## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>NATIONAL FORGE COMPANY, *et, al.* )<br>)<br>Debtor. )<br>)<br>OFFICIAL COMMITTEE OF )<br>UNSECURED CREDITORS OF )<br>NATIONAL FORGE COMPANY, )<br>)<br>Plaintiff )<br>)<br>And )<br>)<br>OFFICIAL COMMITTEE OF RETIREES )<br>OF NATIONAL FORGE COMPANY, )<br>)<br>Interveners )<br>)<br>v. )<br>)<br>E. ROGER CLARK, both individually and )<br>as an officer and director of National Forge )<br>Company; MAURICE J. CASHMAN, both )<br>individually and as an officer and director of )<br>National Forge Company; DANA )<br>BEYELER, both individually and as an )<br>officer and director of National Forge )<br>Company; ROBERT A KAEMMERER, )<br>both individually and as an officer and )<br>director of National Forge Company; )<br>DANIEL ANTOS; WILLIAM D. BAILEY; )<br>RICHARD A. BREWSTER; JAMES E. )<br>CALDWELL; LARRY CAMPBELL; )<br>JAMES C. CONFER; RICHARD )<br>D'ALESSANDRO; DONALD FISSEL; )<br>JAMES B. HARRIS; THOMAS H. )<br>JACKSON; ASHOK K. KHARE; CARL J. )<br>LUPPINO; CLARENCE E. MASON; )<br>HAROLD MURPHY; PHILIP R. )<br>NONOSEL; CHARLES R. OLSON; JAMES ) | C.A. No. 04-21 ERIE |

| | |
|---|---|
| D. RUHLMAN; PHILLIP R. SIMONS; GLENN E. TURK; RONALD L. YOUNG; BARRY ZISCHKAU; J.P. MORGAN CHASE & CO., as a Lender and an Agent on behalf of Certain Lenders under Various Amendments to Amended and Restated Credit Agreement dated April 6, 1998 ; FLEET BUSINESS CREDIT CORPORATION; and NATIONAL CITY BANK OF PENNSYLVANIA, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## JOINT PROPOSED DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff and Interveners, Official Committee of Unsecured Creditors of National Forge and Official Committee of Retirees of National Forge Company, by their respective counsel, Leech Tishman Fuscaldo & Lampl, LLC and Quinn Buseck Leemhuis Toohey & Kroto, Inc., and Defendants E. Roger Clark, et, al., by their respective counsel, Campbell & Levine, LLC, The McDonald Group, LLP and Duane Morris, LLP, file this Joint Proposed Discovery/Case Management Plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Preliminary Scheduling Order dated June 8, 2005:

1. Rule 26(f) Conference. The undersigned counsel for Plaintiff and Intervener and Defendants held a Rule 26(f) Conference on June 15, 2005.

2. Amendments/New Parties. The parties' request that motions to amend their pleadings an/or add new parties be filed on or before August 15, 2005.

3. <u>Initial Disclosures</u>.  The parties agreed to serve their Initial Disclosures under Fed.R.Civ.P. 26(a)(1) on or before August 15, 2005.

4. <u>Subjects of Discovery</u>.  The parties intend to take pretrial discovery with respect to the claims raised by the Plaintiff and Intervener in the complaint and the defenses of the Defendants to those claims.

5. <u>Discovery Period</u>.  The parties request that the following discovery schedule be implemented:

   a. The parties shall complete fact discovery on or before October 6, 2005.

   b. Plaintiff shall submit expert witness reports as contemplated by Fed.R.Civ.P. 26(a)(2)(B) on or before November 6, 2005, with Defendants' expert witness reports due on or before November 6, 2005.

   c. Expert witness depositions, if any, shall be completed on or before December 6, 2005.

6. <u>Changes to Limitations on Discovery</u>.  The parties request that the following change be made to the limitations on pretrial discovery imposed by the Federal Rules of Civil Procedure:

   - Change the limitation on the number of interrogatories set forth at Fed.R.Civ.P. 33(a) to permit each party to serve written interrogatories, not exceeding 30 in number including all discrete subparts, without further leave of court or written stipulation.

7. <u>Dispositive Motions</u>.  The parties request that dispositive motions be filed on or before January 6, 2005.

8. <u>Challenges to Experts</u>.  The parties' request that motions challenging the qualifications of any proposed expert witness and/or the substance of such expert's testimony be filed on or before January 6, 2005.

9. <u>Pretrial Narratives</u>.  The parties request that Plaintiff's and Intervener's pretrial narrative statement be filed on or before 30 days after the resolution of dispositive motions, if any; Defendants' pretrial narrative statement shall be filed on or before 20 days after the filing of Plaintiff's and Intervener's pretrial narrative statement.

Respectfully submitted,

John M. Steiner, Esq.
PA ID No. 79390
525 William Penn Place
Citizens Bank Building, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600

Counsel for Plaintiff


Lawrence C. Bolla, Esq.
PA ID No. 19679
Arthur D. Martinucci, Esquire
Pennsylvania Bar I.D. No. 63699
2222 West Grandview Blvd.
Erie, PA 16506
(814) 833-2222

Counsel for Intervener

8. <u>Challenges to Experts</u>. The parties' request that motions challenging the qualifications of any proposed expert witness and/or the substance of such expert's testimony be filed on or before January 6, 2005.

9. <u>Pretrial Narratives</u>. The parties request that Plaintiff's and Intervener's pretrial narrative statement be filed on or before 30 days after the resolution of dispositive motions, if any; Defendants' pretrial narrative statement shall be filed on or before 20 days after the filing of Plaintiff's and Intervener's pretrial narrative statement.

Respectfully submitted,

---

John M. Steiner, Esq.
PA ID No. 79390
525 William Penn Place
Citizens Bank Building, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600

Counsel for Plaintiff

---

Lawrence C. Bolla, Esq.
PA ID No. 19619
Arthur D. Martinucci, Esquire
Pennsylvania Bar I.D. No. 63699
2222 West Grandview Blvd.
Erie, PA 16506
(814) 833-2222

Counsel for Intervener

-4-

/s/ Douglas A. Campbell
---
Douglas A. Campbell, Esq.
PA ID No. 23143
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
(412) 261-0310

Counsel for Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer.


---
James D. McDonald, Jr., Esq.
PA ID No. 06570
Brian M. McGowan, Esq.
PA ID No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, PA 16507-0757
(814) 456-5318

Counsel for Defendants Daniel Antos, William D. Bailey. Richard A Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young, Barry Zischkau


/s/ Joel M. Walker
---
Joel M. Walker, Esq.
PA ID No. 26515
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
(412) 497-1000

Counsel for Defendants J.P. Morgan Chase & Co., Fleet Business Credit Corporation and National City Bank of Pennsylvania

Douglas A. Campbell, Esq.
PA ID No. _____
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
(412) 261-0310

Counsel for Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer.

*/s/ James D. McDonald, Jr.*
James D. McDonald, Jr., Esq.
PA ID No. 06570
Brian M. McGowan, Esq.
PA ID No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, PA 16507-0757
(814) 456-5318

Counsel for Defendants Daniel Antos, William D. Bailey. Richard A Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young, Barry Zischkau

Joel M. Walker, Esq.
PA ID No. _____
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
(412) 497-1000

Counsel for Defendants J.P. Morgan Chase & Co., Fleet Business Credit Corporation and National City Bank of Pennsylvania

- 5 -

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:                                      )<br>                                             )<br>NATIONAL FORGE COMPANY, *et, al.*           )<br>                                             )<br>    Debtor.                                  )<br>                                             )<br>OFFICIAL COMMITTEE OF                        )<br>UNSECURED CREDITORS OF                       )<br>NATIONAL FORGE COMPANY,                      )<br>                                             )<br>    Plaintiff                                )<br>                                             )<br>  And                                        )<br>                                             )<br>OFFICIAL COMMITTEE OF RETIREES               )<br>OF NATIONAL FORGE COMPANY,                   )<br>                                             )<br>    Interveners                              )<br>                                             )   C.A. No. 04-21 ERIE<br>         v.                                  )<br>                                             )<br>E. ROGER CLARK, both individually and        )<br>as an officer and director of National Forge )<br>Company; MAURICE J. CASHMAN, both            )<br>individually and as an officer and director of )<br>National Forge Company; DANA                 )<br>BEYELER, both individually and as an         )<br>officer and director of National Forge       )<br>Company; ROBERT A KAEMMERER,                 )<br>both individually and as an officer and      )<br>director of National Forge Company;          )<br>DANIEL ANTOS; WILLIAM D. BAILEY;             )<br>RICHARD A. BREWSTER; JAMES E.                )<br>CALDWELL; LARRY CAMPBELL;                    )<br>JAMES C. CONFER; RICHARD                     )<br>D'ALESSANDRO; DONALD FISSEL;                 )<br>JAMES B. HARRIS; THOMAS H.                   )<br>JACKSON; ASHOK K. KHARE; CARL J.             )<br>LUPPINO; CLARENCE E. MASON;                  )<br>HAROLD MURPHY; PHILIP R.                     )<br>NONOSEL; CHARLES R. OLSON; JAMES             )<br>D. RUHLMAN; PHILLIP R. SIMONS;               )<br>GLENN E. TURK; RONALD L. YOUNG;              )  | |

| | |
|---|---|
| BARRY ZISCHKAU; J.P. MORGAN CHASE & CO., as a Lender and an Agent on behalf of Certain Lenders under Various Amendments to Amended and Restated Credit Agreement dated April 6, 1998 ; FLEET BUSINESS CREDIT CORPORATION; and NATIONAL CITY BANK OF PENNSYLVANIA,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Marlene Proden, secretary to John M. Steiner, of Leech Tishman Fuscaldo & Lampl, LLC, hereby certify that a copy of the foregoing **JOINT PROPOSED DISCOVERY/CASE MANAGEMENT PLAN** was served upon the parties listed below via First Class United States mail, postage prepaid, on the 14th day of July, 2005.

William Cullen, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA   15222

Lawrence C. Bolla, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto
2222 West Grandview Blvd.
Erie, PA   16506

Joel M. Walker, Esquire
Duane Morris, LLP
600 Grant Street, Suite 5010
Pittsburgh, PA   15219

Douglas A. Campbell, Esquire
Campbell & Levine
330 Grant Street, Suite 1700
Pittsburgh, PA   15219

James D. McDonald, Esquire
Brian M. McGowan, Esquire
The McDonald Group
456 West Sixth Street
P.O. Box 1757
Erie, PA   16507-0757

DATE: 7-14-05

_____
**MARLENE PRODEN**