IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, <u>et al.</u>,

                Debtor.

--------------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED        Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, <u>et al.</u>,

                Defendants.

_____

<u>MOTION OF DEFENDANTS E. ROGER CLARK, MAURICE J.
CASHMAN, DANA BEYELER AND ROBERT A. KAEMMERER
FOR ENTRY OF AN ORDER GRANTING SUMMARY JUDGMENT</u>

      Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer hereby move, pursuant to Fed. R. Civ. P. 56, for entry of an Order granting them summary judgment on the grounds that the causes of action alleged by the Plaintiffs in Counts I, II, III and VI are barred by Bankruptcy Code § 546(e) and those causes of action alleged in Counts IV and V are premised on statutes that have no application here. Both arguments are fully set forth in the Brief that accompanies this Motion.

2

Dated:  July 18, 2005                                                  Respectfully submitted,


/s/ Erik Sobkiewicz
Douglas A. Campbell
PA I.D. No. 23143
Erik Sobkiewicz
PA I.D. No. 56836
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310

Counsel for Defendants E. Roger
Clark, Maurice J. Cashman, Dana
Beyeler and Robert A. Kaemmerer