IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NATIONAL FORGE COMPANY, et al.,

          Debtor.

---

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NATIONAL FORGE
COMPANY,

          Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

          Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

          Defendants.

Civil No. 04-21 Erie

### APPENDIX IN SUPPORT OF DEFENDANT E. ROGER CLARK, MAURICE J. CASHMAN, DANA BEYELER AND ROBERT A. KAEMMERER'S MOTION FOR SUMMARY JUDGMENT

Douglas A. Campbell
PA I.D. No. 23143
Erik Sobkiewicz
PA I.D. No. 56836
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA 15219
Telephone: (412) 261-0310
Counsel for Defendants E. Roger Clark,
Maurice J. Cashman, Dana Beyeler
and Robert A. Kaemmerer

Table of Contents

| | Exhibit |
|---|---|
| Declaration of Maurice J. Cashman | A |
| Amendment No. 1 to the Amended and Restated Credit Agreement, dated April 6, 1999 | A-1 |
| Chase Account No. 530-043912 Statement of National Forge Company for the period April 1 through April 30, 1999 | A-2 |
| Chase Account No. 530-543648 Statement of National Forge Company Holdings, Inc. for the period April 1 through April 30, 1999 | A-3 |
| Copies of Checks Issued by National Forge Company Holdings, Inc. | A-4 |
| Disclosure Statement in Support of Amended Joint Plan of Liquidation dated November 27, 2002 For National Forge Company and National Forge Components, Inc | B |
| Presentation to National Forge Company Holdings, Inc.'s Board of Directors | C |
| December 22, 1998 Resolution of National Forge Company Holdings, Inc. | D |
| December 22, 1998 Resolution of National Forge Company's Board of Directors | E |
| December 14, 1998 Letter from Valuemetrics, Inc. to Messrs. Clark and Cashman | F |
| National Forge Company Holdings, Inc.'s Business Valuation as of June 30, 1999 | G |
| National Forge Company Holdings, Inc.'s Restated Articles of Incorporation Dated July 9, 1999 | H |