Exhibit A-4
Copies of Checks Issued by
National Forge Company Holdings, Inc.



NATIONAL FORGE COMPANY HOLDINGS, INC.

1061

3-1

DATE 4/13/99

$\frac{10-84}{220}$ 0530

PAY TO THE ORDER OF Maurice J. Cashman

$33,210.24

Thirty Three Thousand Two Hundred Ten and 24/100————————————————DOLLARS

CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 672 Shares, Certificate 2



AP '99 14
← 043000122 →
National City Bank of PA
Pittsburgh, PA

04/15/99
CHASE 55 WATER ST, NY, NY
DEP ACT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

A29















1065

**NATIONAL FORGE COMPANY HOLDINGS, INC.**

2-1

10-84
220 0530

DATE 4/13/1999

PAY TO THE ORDER OF Thomas H. Jackson

$ 155,376.48

One Hundred Fifty Five Thousand Three Hundred Seventy Six and 48/100——————— DOLLARS

**CHASE** The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 3,144 Shares, Certificate 5

⑆00 1065⑆ ⑈0 2 2000 84 2⑈ 530⑈ 54 3648⑈

⑆00 155376 48⑆







A34



NATIONAL FORGE COMPANY HOLDINGS, INC.

1067

10-84
220  0530'

DATE 4/13/1999

PAY
TO THE
ORDER OF    Ashok K. Khare                                           $ 8,599.08

Eight Thousand Five Hundred Ninety Nine and 08/100                                    DOLLARS

CHASE  The Chase Manhattan Bank
       3 Niagara Square
       Buffalo, NY 14202

FOR    174 Shares, Certificate 6

⑆001067⑆ ⑈022000842⑈ 530⑆543848⑆                    ⑈0000859908⑈









NATIONAL FORGE COMPANY HOLDINGS, INC.                    3-1                    1070

PAY
TO THE
ORDER OF   Charles R. Olson                                      DATE 4/13/1999

Forty Two Thousand Five Hundred Fifty and 62/100                    $42,550.62

                                                                    DOLLARS

CHASE   The Chase Manhattan Bank
        5 Niagara Square
        Buffalo, NY  14202

FOR  861 Shares, Certificate 7



