IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.*,<br><br>                              Debtor.<br>--------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                              Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                              Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.*,<br><br>                              Defendants. | Civil No. 04-21 Erie |

**Joinder of Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau in the Motion for Summary Judgment and Opening Brief of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer**

       Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris,

Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau, (collectively "Transferee Defendants") by and through their counsel, The McDonald Group, L.L.P., respectfully submit this Joinder in the Motion for Summary Judgment (the "Motion") and Opening Brief in Support of the Motion (the "Brief") and state as follows:

1. Transferee Defendants agree with the statements of fact, arguments and authorities set forth in the Motion and Brief.

2. Transferee Defendants assert that the arguments and authorities set forth in the Motion and Brief apply with equal force to the Transferee Defendants and, therefore, join in the Motion and the Brief.

3. Transferee Defendants submit an appendix in support of the Motion and Brief.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ Brian M. McGowan\_\_\_\_\_
James D. McDonald, Jr.
PA I.D. No. 06570
Brian M. McGowan
PA I.D. No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318


Attorneys for:
Daniel Antos, William D. Bailey,
Richard A. Brewster, James E. Caldwell,
Larry Campbell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Philip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>      Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>      Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>      Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>      Defendants. | Civil No. 04-21 Erie |

**CERTIFICATE OF SERVICE**

I, Brian M. McGowan, do hereby certify that a true and correct copy of the foregoing

Joinder was served by first class United States mail, postage prepaid, on this 18th day of

July, 2005 upon each of the partied listed below:

John M. Steiner, Esquire      Joel M. Walker, Esquire
Leech Tishman Fuscaldo & Lampl, LLC Duane Morris LLP
1800 Frick Building        600 Grant Street, Suite 5010
Pittsburgh, PA 15219       Pittsburgh, PA 15219

| | |
|---|---|
| Lawrence C. Bolla, Esquire<br>Michael P. Kruszewski, Esquire<br>The Quinn Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 | William T. Cullen, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 |
| Douglas A. Campbell, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building, 310 Grant Street<br>Pittsburgh, PA 15219 | |

                      Respectfully submitted,

                      THE McDONALD GROUP, L.L.P.

                      By: /s/ Brian M. McGowan
                      James D. McDonald, Jr.
                      PA I.D. No. 06570
                      Brian M. McGowan
                      PA I.D. No. 73438
                      456 West Sixth Street
                      P.O. Box 1757
                      Erie, Pennsylvania 16507-0757
                      (814) 456-5318

                      Attorneys for:
                      Daniel Antos, William D. Bailey,
                      Richard A. Brewster, James E. Caldwell,
                      Larry Campbell, James C. Confer,
                      Richard D'Alessandro, Donald Fissel,
                      James B. Harris, Thomas H. Jackson,
                      Ashok K. Khare, Carl J. Luppino,
                      Clarence E. Mason, Harold Murphy,
                      Philip R. Novosel, Charles R. Olson,
                      James D. Ruhlman, Phillip R. Simons,
                      Glenn E. Turk, Ronald L. Young,
                      Barry Zischkau