## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>                                Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                                Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                                Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>                                Defendants. | Civil No. 04-21 Erie |

**Joinder of Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau in the Motion for Summary Judgment and Opening Brief of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer**

Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris,

Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau, (collectively "Transferee Defendants") by and through their counsel, The McDonald Group, L.L.P., respectfully submit this Joinder in the Motion for Summary Judgment (the "Motion") and Opening Brief in Support of the Motion (the "Brief") and state as follows:

1. Transferee Defendants agree with the statements of fact, arguments and authorities set forth in the Motion and Brief.

2. Transferee Defendants assert that the arguments and authorities set forth in the Motion and Brief apply with equal force to the Transferee Defendants and, therefore, join in the Motion and the Brief.

3. Transferee Defendants submit an appendix in support of the Motion and Brief.

WHEREFORE, the Transferee Defendants respectfully request that the Court grant the relief requested in the Motion as to all Defendants, including the Transferee Defendants, and grant such other relief as the Court deems proper.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ Brian M. McGowan\_\_\_\_\_
James D. McDonald, Jr.
PA I.D. No. 06570
Brian M. McGowan
PA I.D. No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318


Attorneys for:
Daniel Antos, William D. Bailey,
Richard A. Brewster, James E. Caldwell,
Larry Campbell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Philip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>                     Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                     Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                     Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>                     Defendants. | Civil No. 04-21 Erie |

**CERTIFICATE OF SERVICE**

I, Brian M. McGowan, do hereby certify that a true and correct copy of the foregoing Joinder was served by first class United States mail, postage prepaid, on this 18th day of July, 2005 upon each of the parties listed below:

John M. Steiner, Esquire              Joel M. Walker, Esquire
Leech Tishman Fuscaldo & Lampl, LLC    Duane Morris LLP
1800 Frick Building                    600 Grant Street, Suite 5010
Pittsburgh, PA 15219                 Pittsburgh, PA 15219

| | |
|---|---|
| Lawrence C. Bolla, Esquire<br>Michael P. Kruszewski, Esquire<br>The Quinn Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 | William T. Cullen, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 |
| Douglas A. Campbell, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building, 310 Grant Street<br>Pittsburgh, PA 15219 | |

        Respectfully submitted,

        THE McDONALD GROUP, L.L.P.

        By: /s/ Brian M. McGowan
        James D. McDonald, Jr.
        PA I.D. No. 06570
        Brian M. McGowan
        PA I.D. No. 73438
        456 West Sixth Street
        P.O. Box 1757
        Erie, Pennsylvania 16507-0757
        (814) 456-5318

        Attorneys for:
        Daniel Antos, William D. Bailey,
        Richard A. Brewster, James E. Caldwell,
        Larry Campbell, James C. Confer,
        Richard D'Alessandro, Donald Fissel,
        James B. Harris, Thomas H. Jackson,
        Ashok K. Khare, Carl J. Luppino,
        Clarence E. Mason, Harold Murphy,
        Philip R. Novosel, Charles R. Olson,
        James D. Ruhlman, Phillip R. Simons,
        Glenn E. Turk, Ronald L. Young,
        Barry Zischkau