# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>　　　　　　　　　Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>　　　　　　　　　Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>　　　　　　　　　Defendants. | Civil No. 04-21 Erie |

**Appendix in support of Joinder of Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau in the Motion for Summary Judgment and Opening Brief of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer**

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ Brian M. McGowan
James D. McDonald, Jr.
PA I.D. No. 06570
Brian M. McGowan
PA I.D. No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318


Attorneys for:
Daniel Antos, William D. Bailey,
Richard A. Brewster, James E. Caldwell,
Larry Campbell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Philip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau

Table of Contents

                                                                                          <u>Exhibit</u>

Affidavit of Larry Campbell…………………………………………….A

Affidavit of James C. Confer……………………………………………B

Affidavit of Thomas H. Jackson…………………………………………..C

Affidavit of Carl J. Luppino …………………………………………….D

Affidavit of Charles R. Olson……………………………………………E

Affidavit of Phillip R. Simons……………………………………………F

Affidavit of Glenn E. Turk………………………………………………….G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>                    Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                    Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                    Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>                    Defendants. | Civil No. 04-21 Erie |

**CERTIFICATE OF SERVICE**

I, Brian M. McGowan, do hereby certify that a true and correct copy of the foregoing

Appendix was served by first class United States mail, postage prepaid, on this 18th day

of July, 2005 upon each of the partied listed below:

John M. Steiner, Esquire                Joel M. Walker, Esquire
Leech Tishman Fuscaldo & Lampl, LLC     Duane Morris LLP
1800 Frick Building                     600 Grant Street, Suite 5010
Pittsburgh, PA 15219                    Pittsburgh, PA 15219

Lawrence C. Bolla, Esquire  
Michael P. Kruszewski, Esquire  
The Quinn Firm  
2222 West Grandview Blvd.  
Erie, PA 16506  

Douglas A. Campbell, Esquire  
Campbell & Levine, LLC  
1700 Grant Building, 310 Grant Street  
Pittsburgh, PA 15219  

William T. Cullen, Esquire  
Kirpatrick & Lockhart, LLC  
Henry W. Oliver Building  
553 Smithfield Street  
Pittsburgh, PA 15222  

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ Brian M. McGowan  
James D. McDonald, Jr.  
PA I.D. No. 06570  
Brian M. McGowan  
PA I.D. No. 73438  
456 West Sixth Street  
P.O. Box 1757  
Erie, Pennsylvania 16507-0757  
(814) 456-5318  

Attorneys for:  
Daniel Antos, William D. Bailey,  
Richard A. Brewster, James E. Caldwell,  
Larry Campbell, James C. Confer,  
Richard D'Alessandro, Donald Fissel,  
James B. Harris, Thomas H. Jackson,  
Ashok K. Khare, Carl J. Luppino,  
Clarence E. Mason, Harold Murphy,  
Philip R. Novosel, Charles R. Olson,  
James D. Ruhlman, Phillip R. Simons,  
Glenn E. Turk, Ronald L. Young,  
Barry Zischkau