IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL FORGE COMPANY, *et, al.,*<br><br>　　　　　Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>　　　　　Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>　　　　　Intervenors,<br><br>　　v.<br><br>E. ROGER CLARK both Individually and as an Officer and Director of National Forge Company; et al.,<br><br>　　　　　Defendants. | Civil Action No. 04-21 ERIE |

## AFFIDAVIT OF THOMAS H. JACKSON

I, Thomas H. Jackson, after being duly sworn according to law, depose and say the following:

1.　I, Thomas H. Jackson, am a former employee of National Forge Company.

2.　During my employment with National Forge Company I directly held 3,144 shares and I also accumulated approximately 1,330 shares of stock through my IRA plan.

3. On or about April 13, 1999, National Forge Company redeemed all of the shares of the Class B Common Stock held directly by me and in my IRA account.

4. National Forge Company paid the funds to me by check and/or wire transfer from National City Bank of Pennsylvania for my IRA shares and by check and/or wire transfer from Chase Bank for my individual shares.

5. Attached hereto and incorporated herein are true and correct copies of the checks I received for my shares.

6. All statements contained in this Affidavit are true and correct to the best of my knowledge, information and belief.

_____
Thomas H. Jackson

COMMONWEALTH OF PENNSYLVANIA    )
                                ) SS.
COUNTY OF WARREN                )

Before me, the undersigned authority, personally appeared THOMAS H. JACKSON, who, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

_____
Thomas H. Jackson

Sworn to and subscribed before me this 14th day of July, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Laura B. Callan, Notary Public
City of Warren, Warren County
My Commission Expires Apr. 15, 2008
Member, Pennsylvania Association of Notaries

C:\DOCUME~1\TRST1212\LOCALS~1\Temp\notesC7A056\~0723119.doc

```
THOMAS H. JACKSON IRA ROLL 2-23-21          L21
ACCOUNT NUMBER: P0-9710-00-8       PAYMENT DATE: 06/09/99
BENEFIT PAYMENT TRANSFERRED TO

                                         CHECK NUMBER 9134703

CHARLES SCHWAB & CO INC CUST FOR IRA  SOC SEC NUM: 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
FBO THOMAS H JACKSON
305 W 5TH AVENUE
WARREN  PA  16365
                              CURRENT        YEAR-TO-DATE
           GROSS AMOUNT       66,237.41      66,237.41
           NET PAYMENT        66,237.41      66,237.41


           TAXABLE AMOUNT              .00
           CAPITAL GAIN                .00
           EMPLOYEE CONTRIB.           .00
           UNREALIZED APPREC.          .00
           DISTRIBUTION CODE           G
```

---

```
                                                                6-12
                                                                 410
46 NATIONAL CITY BANK OF PENNSYLVANIA P0-9710-00-8  DATE  06/09/99   9134703
THOMAS H. JACKSON IRA ROLL 2-23-21

                                                         9134703
PAY  *** SIXTY SIX THOUSAND TWO HUNDRED ***              AMOUNT
TO THE ORDER OF *** THIRTY-SEVEN AND 41/100 ***
                                                         *****66,237.41

CHARLES SCHWAB & CO INC CUST FOR IRA
FBO THOMAS H JACKSON
305 W 5TH AVENUE
WARREN  PA  16365

NATIONAL CITY BANK                               AUTHORIZED SIGNATURE
CLEVELAND, OHIO

    ⑈9134703⑈ ⑆041000124⑆ 7791212⑈
```

**NATIONAL FORGE COMPANY HOLDINGS, INC.**

DATE 4/13/1999

Thomas H. Jackson $155,376

Hundred Fifty Five Thousand Three Hundred Seventy Six and 48/100 -------- DOLLARS

CHASE
The Chase Manhattan Bank
Buffalo, NY 14202

A/c Shares, Certificate 5