IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et, al.*, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | )  Civil Action No. 04-21 ERIE |
| | ) |
| Intervenors, | ) |
| | )  **Jury Trial Demanded** |
| v. | |
| E. ROGER CLARK both Individually and as an Officer and Director of National Forge Company; et al., | |
| Defendants. | |

## CORRECTIVE AMENDED ANSWER AND CROSS-CLAIM

AND NOW come the Defendants, Daniel Antos, William D. Bailey, Richard A. Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau (collectively the "Transferee Defendants") through their counsel, The McDonald Group, L.L.P., and file this Corrective Amended Answer and Cross-Claim only to correct the Answer and the Amended Answer and

Cross-claim of the Defendants to include Thomas H. Jackson and Ashok K. Khare as Defendants and Cross-claimants to these pleadings. Thomas H. Jackson and Ashok K. Khare are represented by The McDonald Group, L.L.P. and were inadvertently not listed in the above referenced pleadings.

Transferee Defendants and Cross-claimants incorporate herein by reference their entire Answer and Amended Answer and Cross-Claim as if set forth in their entirety herein.

Dated: July 19, 2005                              Respectfully submitted,

                                                  THE McDONALD GROUP, L.L.P.


                                                  By: /s/ Brian M. McGowan
                                                  James D. McDonald, Jr.
                                                  PA I.D. No. 06570
                                                  Brian M. McGowan
                                                  PA I.D. No. 73438
                                                  456 West Sixth Street
                                                  P.O. Box 1757
                                                  Erie, Pennsylvania 16507-0757
                                                  (814) 456-5318

                                                  Attorneys for:
                                                  Daniel Antos, William D. Bailey,
                                                  Richard A. Brewster, Larry Campbell,
                                                  James E. Caldwell, James C. Confer,
                                                  Richard D'Alessandro, Donald Fissel,
                                                  James B. Harris, Thomas H. Jackson,
                                                  Ashok K. Khare,  Carl J. Luppino,
                                                  Clarence E. Mason, Harold Murphy,
                                                  Phillip R. Novosel, Charles R. Olson,
                                                  James D. Ruhlman, Phillip R. Simons,
                                                  Glenn E. Turk, Ronald L. Young,
                                                  Barry Zischkau

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et, al.*, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| E. ROGER CLARK both Individually and as an Officer and Director of National Forge Company; et al., | ) ) ) ) |
| Defendants. | ) |

Civil Action No. 04-21 ERIE

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of July, 2005 I served a copy of the foregoing Corrective Amended Answer and Cross-Claim of the Transferee Defendants on the parties identified below by United States First Class Mail, postage pre-paid:

| | |
|---|---|
| David A. Murdoch, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 | Lawrence C. Bolla, Esquire<br>Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.<br>2222 West Grandview Blvd.<br>Erie, PA 16506 |
| David W. Lampl, Esquire<br>Leech Tishman Fuscaldo & Lampl, LLC<br>1800 Frick Building<br>Pittsburgh, PA 15219 | Joel M. Walker, Esquire<br>Bradley J. Walent<br>Duane Morris LLP<br>600 Grant Street, Suite 5010<br>Pittsburgh, PA 15219 |
| Douglas A. Campbell, Esquire<br>Campbell & Levine, LLC<br>1700 Grand Building, 310 Grant Street<br>Pittsburgh, PA 15219 | |

Respectfully submitted,

THE McDONALD GROUP, L.L.P.


By: /s/ Brian M. McGowan
James D. McDonald, Jr.
PA I.D. No. 06570
Brian M. McGowan
PA I.D. No. 73438
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318

Attorneys for:
Daniel Antos, William D. Bailey,
Richard A. Brewster, Larry Campbell,
James E. Caldwell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Phillip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau