## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Jointly administered at |
| | ) | Bankruptcy Case No. 02-10488 |
| | ) | |
| NATIONAL FORGE COMPANY, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Related Docket No. |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Leave to File Amended Complaint (the "Motion"), adequate notice of which having been given, and good cause having been shown, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff be permitted to file an Amended Complaint within the next five (5) days.

BY THE COURT:

_____
Hon. M. Bruce McCullough
United States Bankruptcy Judge