IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et, al.* ) | |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF ) | |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| And ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES ) | |
| OF NATIONAL FORGE COMPANY, ) | |
| ) | |
| Interveners ) | |
| ) | C.A. No. 04-21 ERIE |
| v. ) | |
| ) | |
| E. ROGER CLARK, both individually and ) | |
| as an officer and director of National Forge ) | |
| Company; MAURICE J. CASHMAN, both ) | |
| individually and as an officer and director of ) | |
| National Forge Company; DANA ) | |
| BEYELER, both individually and as an ) | |
| officer and director of National Forge ) | |
| Company; ROBERT A KAEMMERER, ) | |
| both individually and as an officer and ) | |
| director of National Forge Company; ) | |
| DANIEL ANTOS; WILLIAM D. BAILEY; ) | |
| RICHARD A. BREWSTER; JAMES E. ) | |
| CALDWELL; LARRY CAMPBELL; ) | |
| JAMES C. CONFER; RICHARD ) | |
| D'ALESSANDRO; DONALD FISSEL; ) | |
| JAMES B. HARRIS; THOMAS H. ) | |
| JACKSON; ASHOK K. KHARE; CARL J. ) | |
| LUPPINO; CLARENCE E. MASON; ) | |
| HAROLD MURPHY; PHILIP R. ) | |
| NONOSEL; CHARLES R. OLSON; JAMES ) | |
| D. RUHLMAN; PHILLIP R. SIMONS; ) | |
| GLENN E. TURK; RONALD L. YOUNG; ) | |

BARRY ZISCHKAU; J.P. MORGAN )
CHASE & CO., as a Lender and an Agent on )
behalf of Certain Lenders under Various )
Amendments to Amended and Restated )
Credit Agreement dated April 6, 1998 ; )
FLEET BUSINESS CREDIT )
CORPORATION; and NATIONAL CITY )
BANK OF PENNSYLVANIA, )
)
      Defendants )

## CERTIFICATE OF SERVICE

I, John M. Steiner, of Leech Tishman Fuscaldo & Lampl, LLC, hereby certify that a copy of the foregoing MOTION FOR LEAVE TO AMEND COMPLAINT was served upon the parties listed below via First Class United States mail, postage prepaid, on the 13th day of August, 2005.

William Cullen, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA   15222

Lawrence C. Bolla, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto
2222 West Grandview Blvd.
Erie, PA   16506

Joel M. Walker, Esquire
Duane Morris, LLP
600 Grant Street, Suite 5010
Pittsburgh, PA   15219

Douglas A. Campbell, Esquire
Campbell & Levine
330 Grant Street, Suite 1700
Pittsburgh, PA   15219

James D. McDonald, Esquire
Brian M. McGowan, Esquire
The McDonald Group
456 West Sixth Street
P.O. Box 1757
Erie, PA   16507-0757

DATE: 8/12/05

_____
**John M. Steiner**