UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <u>National Forge Company, et al.</u>, Debtor | : : : |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, Plaintiff | : : : : |
| and | : : |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, Intervenors | : : : : : |
| vs. | : : : |
| E. ROGER CLARK, both individually and as an Officer and Director of National Forge Company, et al., Defendants | : : : : |

Civil Action No. 04-21 ERIE

### **ENTRY OF APPEARANCE**

Please enter my appearance on behalf of the Intervenors, Official Committee of Retirees of National Forge Company, in the above-captioned matter. Service of all future pleadings, papers and orders in this matter may be made on me at the address set forth below.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS,
TOOHEY AND KROTO, INC.


By    /s/ Arthur D. Martinucci
   Arthur D. Martinucci, Esquire
   Pa. I.D. #63699
   2222 West Grandview Boulevard
   Erie, PA  16506
   (814) 833-2222
   Attorney for the Intervenors,
   Official Committee of Retirees of
   National Forge