IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Debtor | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| And | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| | ) C.A. No. 04-21 ERIE |
| Intervenors. | ) |
| | ) |
| E. ROGER CLARK, *et al.* | ) |
| | ) |
| Defendants | ) |

CERTIFICATE OF SERVICE OF:

PLAINTIFF'S and INTERVENOR'S

(I)   RESPONSE TO MOTION FOR SUMMARY JUDGMENT;

(II)   BRIEF IN OPPOSITION TO SUMMARY JUDGMENT; AND

(III)   APPENDIX TO BRIEF IN OPPOSTION TO SUMMARY JUDGMENT

SUBMITTED BY:

David W. Lampl, Esquire
PA I.D. #28900
John M. Steiner, Esquire
PA I.D. No. 79390
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219
412-261-1600

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Debtor | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| And | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| | ) C.A. No. 04-21 ERIE |
| Intervenors. | ) |
| | ) |
| E. ROGER CLARK, *et al.* | ) |
| | ) |
| Defendants | ) |

### CERTIFICATE OF SERVICE

I, Marlene Proden, secretary to Kimberly A. Coleman, of Leech Tishman Fuscaldo & Lampl, LLC, hereby certify that a copy of the foregoing **PLAINTIFF'S AND INTERVENOR'S: (I) RESPONSE TO MOTION FOR SUMMARY JUDGMENT; (II) BRIEF IN OPPOSITION TO SUMMARY JUDGMENT; AND (III) APPENDIX TO BRIEF IN OPPOSTION TO SUMMARY JUDGMENT** was served upon the parties listed below via First Class United States mail, postage prepaid, on the 23rd day of August, 2005.

PLEASE SEE THE ATTACHED SERVICE LIST

DATE: 8-23-05

MARLENE PRODEN

## SERVICE LIST

Douglas A. Campbell
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310

Joel M. Walker
Philip J. Uher
Bradley J. Walent
DUANE MORRIS LLP
600 Grant Building, Suite 5010
Pittsburgh, PA  15219
Telephone:  (412) 497-1000

William Cullen, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA   15222

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA    15219

Brian M. McGowan
THE McDONALD GROUP, L.L.P.
456 West 6th Street
P.O. Box 1757
Erie, PA  16507
Telephone:  (814) 456-5318

Lawrence C. Bolla
QUINN, BUSECK, LEEMHUIS,
TOOHEY & KROTO
2222 West Grandview Boulevard
Erie, PA  16505
Telephone:  (814) 833-2222