IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,

                      Debtor.

-------------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                          Document No. _____

                      Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                      Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                      Defendants.

_____

DEFENDANTS' JOINT MOTION FOR AN ORDER ALLOWING
THEM TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT
AND FIXING THE DATE TO PLEAD TO THE AMENDED COMPLAINT

      By this motion (the "Motion"), the Defendants, through their respective counsel, request that the Court permit them to withdraw their request for summary judgment and to fix the date by which they must plead to the Plaintiff's Amended Complaint, and in support of this request state as follows:

      1.     By Order dated August 17, 2005, the Court, on the Plaintiff's motion, permitted the Plaintiff to amend its Complaint to both correct glaring factual inaccuracies and to add new

counts. At the time the Court entered that Order, Defendants Clark, Cashman, Beyeler and Kaemmerer had moved for summary judgment based on the allegations contained in the Complaint, and the remaining Defendants had joined in that motion.

2. Even with the changes made by the Plaintiff in the Amended Complaint, the action is still ripe for summary judgment. The pleadings, however, are in an unusual posture: the Defendants' motion for summary judgment is pending and the Plaintiff has responded to it, and while that motion still addresses some of the Defendants' bases for summary judgment, it does not address all of them. Rather than the Defendants having two summary judgment motions pending (the one that is now and then the one the Defendants intend to file to address the new allegations in the Amended Complaint), the Defendants request that they be permitted to withdraw the pending motion without prejudice to seek summary judgment as to the Amended Complaint.

3. As for pleading to the Amended Complaint, under Fed. R. Civ. P. 15(a) the Defendants' pleading in response to the Amended Complaint is due on September 5, 2005. Because the Defendants expect that their responsive pleading will, in fact, be a motion for summary judgment, they request that the date by which they must plead to the Amended Complaint be extended until September 26, 2005, with the Plaintiff's response due to that motion on October 17, 2005, and the Defendants' replies due on October 31, 2005.

WHEREFORE, the Defendants request that the relief sought above be granted. A

proposed Order is attached for the Court's consideration.

Dated:  September 2, 2005                                             Respectfully submitted,


/s/ Erik Sobkiewicz                                                   s/ Brian M. McGowan
Douglas A. Campbell                                                   Brian M. McGowan
Erik Sobkiewicz                                                       THE McDONALD GROUP, L.L.P.
CAMPBELL & LEVINE, LLC                                                456 West 6th Street
1700 Grant Building                                                   P.O. Box 1757
Pittsburgh, PA  15219                                                 Erie, PA  16507
Telephone:  (412) 261-0310                                            Telephone:  (814) 456-5318

Counsel for Defendants E. Roger Clark,                                Counsel for remaining Individual
Maurice J. Cashman, Dana Beyeler and                                  Defendants
Robert A. Kaemmerer


/s/ Joel M. Walker
Joel M. Walker
DUANE MORRIS LLP
600 Grant Building, Suite 5010
Pittsburgh, PA  15219
Telephone:  (412) 497-1000

Counsel for JPMorgan Chase &
Company, Fleet Business Credit
Corporation and National City Bank of
Pennsylvania

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,

                Debtor.
-------------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED          Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                                 Document No. _____

                Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                Defendants.
_____

Certificate of Service

      I hereby certify that on the 2nd day of September, 2005, I caused a copy of the foregoing "Defendants' Joint Motion for an Order Allowing Them to Withdraw Their Motion for Summary Judgment and Fixing the Date to Plead to the Amended Complaint" to be served on the following by first class mail, postage prepaid:

        David W. Lampl, Esquire
        John M. Steiner, Esquire
        LEECH TISHMAN FUSCALDO &
          LAMPL, LLC
        525 William Penn Place
        Citizens Bank Building, 30th Floor
        Pittsburgh, PA  15219

Dated: September 2, 2005        Respectfully submitted,

        /s/ Erik Sobkiewicz
        Erik Sobkiewicz
        PA I.D. No. 56836
        CAMPBELL & LEVINE, LLC
        1700 Grant Building
        Pittsburgh, PA  15219
        Telephone: (412) 261-0310