IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,

                Debtor.
------------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                                   Document No. _____

                Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                Intervenors,
v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                Defendants.
_____

ORDER

      On this _____ day of September, 2005, and upon consideration of the Defendants'

motion (the "Motion") styled "Defendants' Joint Motion for an Order Allowing Them to

Withdraw Their Motion for Summary Judgment and Fixing the Date to Plead to the Amended

Complaint," it is hereby

      ORDERED, that the Motion is granted, and the motion for summary judgment filed by

Defendants Clark, Cashman, Beyeler and Kaemmerer [Document No. 23] and accompanying

brief [Document No. 25] and the joinders filed by the remaining Defendants to that motion and

2

brief [Document Nos. 26 and 27, respectively] are deemed withdrawn without prejudice; and it is further

ORDERED, that the Defendants shall plead to the Amended Complaint by September 26, 2005, and if the Defendants move for summary judgment, the Plaintiff (and if it elects to plead, the Interventor) shall respond to that motion by October 17, 2005, and Defendants' replies (should they elect to file replies) shall be filed by October 31, 2005.

_____
SEAN P. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

Counsel of Record _____