Exhibit A-3
Chase Account No. 530-043912
Statement of National Forge Company
for the period April 1 through April 30, 1999

April 1, 1999 - April 30, 1999
Page 1 of 7

# Business Statement

Customer Service
Call Business ServiceLine at 421-9909
from area codes 212, 516, 718,and 914
1-800-421-9909 from all other area codes
8:00 AM to 6:00 PM Monday to Friday

Primary Account Number  530-043912
Number of Checks Enclosed:        0

530  000

NATIONAL FORGE COMPANY
ONE FRONT STREET
IRVINE  PA  16329

## Business Checking 530-043912

NATIONAL FORGE COMPANY

| Summary | | Number | Amount |
|---|---|---|---|
| Opening Balance | | | $6,291.67 |
| Deposits and Credits | | 24 | $19,238,271.50 |
| Withdrawals and Debits | | 47 | $19,244,563.17 |
| Checks Paid | | | $0.00 |
| Ending Balance | | | $0.00 |

| Deposits and Credits | Date | Description | Amount |
|---|---|---|---|
| | 04/01 | Credit Memorandum CNYC MAT @ 4.400000000 ON:03/24/99 MAT:04/01/99 | $500,489.37 |
| | 04/05 | Credit Memorandum CNYC MAT @ 4.500000000 ON:03/22/99 MAT:04/05/99 | $1,001,753.07 |
| | 04/06 | Credit Memorandum OPERATING ACCOUNT | $5,169.92 |
| | 04/06 | Credit Memorandum CNYC MAT @ 4.500000000 ON:03/22/99 MAT:04/06/99 | $1,001,878.52 |
| | 04/07 | Credit Memorandum CNYC MAT @ 4.500000000 ON:03/24/99 MAT:04/07/99 | $1,001,753.07 |
| | 04/08 | Credit Memorandum CNYC MAT @ 4.500000000 ON:03/26/99 MAT:04/08/99 | $1,001,627.64 |
| | 04/08 | Credit Memorandum OPERATING ACCOUNT | $1,187,963.05 |
| | 04/09 | Credit Memorandum CNYC MAT @ 4.400000000 ON:03/31/99 MAT:04/09/99 | $500,550.61 |
| | 04/09 | Credit Memorandum CNYC MAT @ 4.500000000 ON:03/29/99 MAT:04/09/99 | $1,001,376.89 |
| | 04/09 | Credit Memorandum CNYC MAT @ 4.300000000 ON:04/06/99 MAT:04/09/99 | $1,500,537.69 |
| | 04/12 | Credit Memorandum OPERATING ACCOUNT | $35,288.60 |
| | 04/12 | Credit Memorandum CNYC MAT @ 4.300000000 ON:04/07/99 MAT:04/12/99 | $1,500,896.37 |
| | 04/12 | Credit Memorandum CNYC MAT @ 4.300000000 ON:04/09/99 MAT:04/12/99 | $3,001,075.39 |
| | 04/13 | Credit Memorandum OPERATING ACCOUNT | $270,431.79 |
| | 04/13 | Credit Memorandum | $1,000,597.58 |

You will receive detailed statements when applicable for Retirement, Credit, and Securities accounts.

April 1, 1999 - April 30, 1999
Page 2 of 7

Primary Account Number  530-043912

NATIONAL FORGE COMPANY

**Business Checking** 530-043912
(continued)

NATIONAL FORGE COMPANY

| Deposits and Credits | Date | Description | Amount |
|---|---|---|---|
| | | CNYC  MAT @ 4.300000000 ON:04/08/99 MAT:04/13/99 | |
| | 04 13 | Nassau Deposit Taken | $4,000,477.78 |
| | 04 14 | Credit Memorandum OPERATING ACCOUNT | $25,000.00 |
| | 04 14 | Credit Memorandum OPERATING ACCOUNT | $72,500.35 |
| | 04 15 | Credit Memorandum OPERATING ACCOUNT | $35,539.94 |
| | 04 20 | Credit Memorandum OPERATING ACCOUNT | $28,633.87 |
| | 04 21 | Credit Memorandum OPERATING ACCOUNT | $99,512.37 |
| | 04 22 | Credit Memorandum OPERATING ACCOUNT | $62,272.12 |
| | 04 29 | Credit Memorandum OPERATING ACCOUNT | $229,968.11 |
| | 04 30 | Credit Memorandum OPERATING ACCOUNT | $172,977.40 |
| | **Total** | | **$19,238,271.50** |

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | 04 01 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:BLUE CROSSSEC:CCD TRACE#:02100002762264 7 EED:990401 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP346 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/01 | $1,449.18 |
| | 04 01 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:BEN COORD SEC:CCD TRACE#:02100002762264 9 EED:990401 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP307 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/01 | $28,011.55 |
| | 04 01 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:LIB MUTUALSEC:CCD TRACE#:02100002762265 1 EED:990401 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP332 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/01 | $43,892.57 |
| | 04 01 | Electronic Funds Transfer ORIG CO NAME:IRS ORIG ID:3387702000 DESC DATE:040199 CO ENTRY DESCR:USATAXPYMTSEC:CCD TRACE#:02100002762264 5 EED:990401 IND ID:22090919541082 1 IND NAME:NFCAC INC | $167,063.39 |
| | 04 01 | Debit Memorandum OPERATING ACCOUNT | $265,000.00 |
| | 04 02 | Book Transfer Debit | $561.16 |

**P47**

April 1, 1999 - April 30, 1999
Page 3 of 7

Primary Account Number  530-043912

NATIONAL FORGE COMPANY

**Business Checking** 530-043912
(continued)

NATIONAL FORGE COMPANY

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | 04 05 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:LIB MUTUALSEC:CCD<br>TRACE#:021000023193888 EED:990405<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP330<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/05 | $6,900.00 |
| | 04 05 | Electronic Funds Transfer<br>ORIG CO NAME:COMMONWEALTHOFPA<br>ORIG ID:1236003133 DESC DATE:040499<br>CO ENTRY DESCR:PAEMPLOYTXSEC:CCD<br>TRACE#:021000023193890 EED:990405<br>IND ID:2311090654<br>IND NAME:NATIONAL FORGE COMPANY<br>TXP*18211714   *EM340*990331*T*<br>0003330360\ | $33,303.60 |
| | 04 05 | Debit Memorandum<br>OPERATING ACCOUNT | $460,000.00 |
| | 04 06 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:BLUE CROSSSEC:CCD<br>TRACE#:021000025184511 EED:990406<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP875<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/06 | $5,169.92 |
| | 04/06 | Debit Memorandum<br>CNYC SALE@ 4.300000000<br>ON:04/06/99 MAT:04/09/99 | $1,500,000.00 |
| | 04.07 | Electronic Funds Transfer<br>ORIG CO NAME:IRS<br>ORIG ID:3387702000 DESC DATE:040799<br>CO ENTRY DESCR:USATAXPYMTSEC:CCD<br>TRACE#:021000027168184 EED:990407<br>IND ID:220909756669490<br>IND NAME:NFCAC INC | $99,089.24 |
| | 04.07 | Debit Memorandum<br>OPERATING ACCOUNT | $594,858.06 |
| | 04.07 | Debit Memorandum<br>CNYC SALE@ 4.300000000<br>ON:04/07/99 MAT:04/12/99 | $1,500,000.00 |
| | 04 08 | Debit Memorandum<br>CNYC SALE@ 4.300000000<br>ON:04/08/99 MAT:04/13/99 | $1,000,000.00 |
| | 04 09 | Debit Memorandum<br>CNYC SALE@ 4.300000000<br>ON:04/09/99 MAT:04/12/99 | $3,000,000.00 |
| | 04 12 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:NPA      SEC:CCD<br>TRACE#:021000022707508 EED:990412<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP881<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/12 | $6,408.70 |
| | 04 12 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE | $6,900.00 |

P48

April 1, 1999 - April 30, 1999
Page 4 of 7

Primary Account Number 530-043912

NATIONAL FORGE COMPANY

**Business Checking** 530-043912
(continued)

NATIONAL FORGE COMPANY

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | 04/12 | ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:LIB MUTUALSEC:CCD TRACE#:02100002270751O EED:990412 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP861 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/12 Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:BEN COORD SEC:CCD TRACE#:02100002270751 2 EED:990412 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP878 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/12 | $23,607.54 |
| | 04/12 | Nassau Deposit Taken | $4,000,000.00 |
| | 04/13 | Book Transfer Debit | $5,749,868.74 |
| | 04/14 | Debit Memorandum OPERATING ACCOUNT | $25,000.00 |
| | 04/14 | Electronic Funds Transfer ORIG CO NAME:IRS ORIG ID:3387702000 DESC DATE:041499 CO ENTRY DESCR:USATAXPYMTSEC:CCD TRACE#:021000028544637 EED:990414 IND ID:22091043686099I IND NAME:NFCAC INC | $73,575.71 |
| | 04/15 | Book Transfer Debit | $4,204.03 |
| | 04/15 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:BLUE CROSSSEC:CCD TRACE#:021000021639431 EED:990415 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP671 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/15 | $10,509.48 |
| | 04/15 | Book Transfer Debit | $23,408.00 |
| | 04/15 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:BEN COORD SEC:CCD TRACE#:021000021639433 EED:990415 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP696 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/15 | $24,282.09 |
| | 04/16 | Book Transfer Debit | $336.23 |
| | 04/16 | Electronic Funds Transfer ORIG CO NAME:NATIONAL FORGE ORIG ID:9530043912 DESC DATE:OFFSET CO ENTRY DESCR:NF COMP  SEC:CCD TRACE#:021000023466717 EED:990416 IND ID:9530043912 IND NAME:EFT FILE NAME: PRP907 EFT/ACH CREATED OFFSET FOR ORIGIN#: 9530043912  CO EFF  DATE: 99/04/16 | $800.11 |
| | 04/20 | Electronic Funds Transfer ORIG CO NAME:COMMONWEALTHOFPA ORIG ID:1236003133 DESC DATE:041999 CO ENTRY DESCR:PAEMPLOYTXSEC:CCD | $25,633.87 |

April 1, 1999 - April 30, 1999
Page 5 of 7

Primary Account Number  530-043912

NATIONAL FORGE COMPANY

## Business Checking 530-043912
(continued)

NATIONAL FORGE COMPANY

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | TRACE#:021000027262783 EED:990420<br>IND ID:2311090654<br>IND NAME:NATIONAL FORGE COMPANY<br>TXP*18211714    *EM340*990415*T*<br>0002563387\ | |
| | 04/21 | Electronic Funds Transfer<br>ORIG CO NAME:IRS<br>ORIG ID:3387702000 DESC DATE:042199<br>CO ENTRY DESCR:USATAXPYMTSEC:CCD<br>TRACE#:021000029011908 EED:990421<br>IND ID:220911169421715<br>IND NAME:NFCAC INC | $99,512.37 |
| | 04/22 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:BLUE CROSSSEC:CCD<br>TRACE#:021000021353102 EED:990422<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP987<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/22 | $3,619.06 |
| | 04/22 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:NPA        SEC:CCD<br>TRACE#:021000021353104 EED:990422<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP972<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/22 | $6,062.77 |
| | 04/22 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:LIB MUTUALSEC:CCD<br>TRACE#:021000021353106 EED:990422<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP993<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/22 | $6,900.00 |
| | 04/22 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:CHASE    SEC:CCD<br>TRACE#:021000021353108 EED:990422<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP941<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/22 | $22,644.01 |
| | 04/22 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:BEN COORD SEC:CCD<br>TRACE#:021000021353110 EED:990422<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP968<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/22 | $23,046.28 |
| | 04/28 | Non-Credit Service Fee<br>REF: FEES FOR SERVICES PERFORMED 03<br>.99 | $724.54 |
| | 04/28 | Electronic Funds Transfer | $5,825.71 |

April 1, 1999 - April 30, 1999
**Page 6 of 7**

Primary Account Number  530-043912

NATIONAL FORGE COMPANY

## Business Checking 530-043912
(continued)

NATIONAL FORGE COMPANY

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:NPA      SEC:CCD<br>TRACE#:02100029163872 EED:990428<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP847<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/28 | |
| | 04/28 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:LIB MUTUALSEC:CCD<br>TRACE#:021000029163874 EED:990428<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP850<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/28 | $6,900.00 |
| | 04/28 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:LIB MUTUALSEC:CCD<br>TRACE#:021000029163876 EED:990428<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP851<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/28 | $92,170.99 |
| | 04/28 | Electronic Funds Transfer<br>ORIG CO NAME:IRS<br>ORIG ID:3387702000 DESC DATE:042899<br>CO ENTRY DESCR:USATAXPYMTSEC:CCD<br>TRACE#:021000029116370 EED:990428<br>IND ID:220911858978614<br>IND NAME:NFCAC INC | $96,868.54 |
| | 04/29 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:BLUE CROSSSEC:CCD<br>TRACE#:021000023610318 EED:990429<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP310<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/29 | $6,210.35 |
| | 04/29 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:BEN COORD SEC:CCD<br>TRACE#:021000023610320 EED:990429<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP293<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/29 | $21,267.98 |
| | 04/30 | Electronic Funds Transfer<br>ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:NF COMP  SEC:CCD<br>TRACE#:021000026982963 EED:990430<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP523<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF  DATE: 99/04/30 | $914.75 |
| | 04/30 | Electronic Funds Transfer | $2,713.58 |

P51

April 1, 1999 - April 30, 1999
Page 7 of 7

Primary Account Number  530-043912

NATIONAL FORGE COMPANY

## Business Checking 530-043912
(continued)

NATIONAL FORGE COMPANY

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | 04/30 | ORIG CO NAME:NATIONAL FORGE<br>ORIG ID:9530043912 DESC DATE:OFFSET<br>CO ENTRY DESCR:T THOMAS SEC:CCD<br>TRACE#:02100002698261 EED:990430<br>IND ID:9530043912<br>IND NAME:EFT FILE NAME: PRP500<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>9530043912  CO EFF DATE: 99/04/30<br>Electronic Funds Transfer | $33,238.32 |
| | 04/30 | ORIG CO NAME:IRS<br>ORIG ID:3387702000 DESC DATE:043099<br>CO ENTRY DESCR:USATAXPYMTSEC:CCD<br>TRACE#:021000026982959 EED:990430<br>IND ID:220912075744731<br>IND NAME:NFCAC INC<br>Electronic Funds Transfer | $136,110.75 |
| | | ORIG CO NAME:IRS<br>ORIG ID:3387702000 DESC DATE:043099<br>CO ENTRY DESCR:USATAXPYMTSEC:CCD<br>TRACE#:021000026982957 EED:990430<br>IND ID:220912048284831<br>IND NAME:NFCAC INC | |
| | **Total** | | **$19,244,563.17** |

| Daily Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|
| | 04/01 | $1,364.35 | 04/09 | $4,092.83 | 04/20 | $0.00 |
| | 04/02 | $803.19 | 04/12 | $504,436.95 | 04/21 | $0.00 |
| | 04/05 | $502,352.66 | 04/13 | $26,075.36 | 04/22 | $0.00 |
| | 04/06 | $4,231.18 | 04/14 | $25,000.00 | 04/28 | -$202,489.78 |
| | 04/07 | -$1,187,963.05 | 04/15 | -$1,863.66 | 04/29 | $0.00 |
| | 04/08 | $1,627.64 | 04/16 | -$3,000.00 | 04/30 | $0.00 |

P52