Exhibit A-4
Chase Account No. 530-543648
Statement of National Forge Company Holdings, Inc.
for the period April 1 through April 30, 1999

April 1, 1999 - April 30, 1999

# CHASE

**Business** Statement

**Customer Service**
Call Business ServiceLine at 421-9909
from area codes 212, 516, 718, and 914
1-800-421-9909 from all other area codes
8:00 AM to 6:00 PM Monday to Friday

094  000

NATIONAL FORGE COMPANY HOLDINGS INC
1 FRONT STREET
IRVINE  PA  16329

Primary Account Number  530-543648
Number of Checks Enclosed:      10

**Business Checking** 530-543648

NATIONAL FORGE COMPANY HOLDINGS INC

| Summary | | Number | Amount |
|---|---|---|---|
| | Opening Balance | | $0.00 |
| | Deposits and Credits | 1 | $5,749,868.74 |
| | Withdrawals and Debits | 1 | $4,672,067.96 |
| | Checks Paid | 10 | $1,074,934.42 |
| | **Ending Balance** | | $2,866.36 |

| Deposits and Credits | Date | Description | Amount |
|---|---|---|---|
| | 04/13 | Book Transfer Credit | $5,749,868.74 |
| | **Total** | | **$5,749,868.74** |

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | 04/13 | Fedwire Debit | $4,672,067.96 |
| | **Total** | | **$4,672,067.96** |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1061 | 04/15 | $33,210.24 | 1065 | 04/16 | $155,376.48 | 1070* | 04/15 | $42,550.62 |
| 1062 | 04/16 | $407,220.80 | 1066 | 04/16 | $242,899.30 | 1071 | 04/23 | $78,627.22 |
| 1063 | 04/23 | $44,329.74 | 1067 | 04/16 | $8,599.08 | | | |
| 1064 | 04/16 | $27,131.58 | 1068 | 04/16 | $34,989.36 | | | |

**Total**   ( 10 checks) — **$1,074,934.42**

\* indicates gap in sequence

| Daily Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|
| | 04/13 | $1,077,800.78 | 04/16 | $125,823.32 | | |
| | 04/15 | $1,002,039.92 | 04/23 | $2,866.36 | | |

You will receive detailed statements when applicable for Retirement, Credit, and Securities accounts.