Exhibit A-5
Copies of Checks Issued by
National Forge Company Holdings, Inc.



NATIONAL FORGE COMPANY HOLDINGS, INC.

1061

**3-1**

4/13/99
DATE

10-84
220 0530

PAY TO THE ORDER OF  Maurice J. Cashman

$33,210.24

Thirty Three Thousand Two Hundred Ten and 24/100——————————— DOLLARS

CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR  672 Shares, Certificate 2



AP '99 14

← 043000122 →
National City Bank of PA
Pittsburgh, PA

CHASE 55 WATER ST. NY, NY
DEP ACT



NATIONAL FORGE COMPANY HOLDINGS, INC.

1062

2-1

DATE 4/13/99

10-84
220
0530

PAY TO THE ORDER OF   Deborah E. Clark

$407,220.80

Four Hundred Seven Thousand Two Hundred Twenty and 80/100 ——————— DOLLARS

CHASE   The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 8,240 Shares, Certificate 66

VP & CEO

⑆00 106 2⑆ ⑈02 2000 84 2⑉ 530⑆ 54 364 8⑆   ⑆0040 7420 80⑆



ORIGINAL
DOCUMENT







NATIONAL FORGE COMPANY HOLDINGS, INC.

1064

7-5

DATE 4/13/1999

PAY TO THE ORDER OF   James B. Harris

$ 27,131.58

Twenty Seven Thousand One Hundred Thirty One and 58/100 ————————— DOLLARS

CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 549 Shares, Certificate 11

Robert A. Kaumann  Treasurer



ORIGINAL DOCUMENT



**1065**

NATIONAL FORGE COMPANY HOLDINGS, INC.

2-1

DATE 4/13/1999

10-84/220 0530

PAY TO THE ORDER OF Thomas H. Jackson

$ 155,376.48

One Hundred Fifty Five Thousand Three Hundred Seventy Six and 48/100 ——————— DOLLARS

CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 3,144 Shares, Certificate 5

⑈001065⑈ ⑆022000842⑆ 530⑈54,384⑈8⑈ ⑈00155376⑈48⑈



ORIGINAL DOCUMENT

P60



NATIONAL FORGE COMPANY HOLDINGS, INC.

1066

2-1

DATE 4/13/1999

PAY TO THE ORDER OF Robert A. Kaemmerer

$ 242,899.30

Two Hundred Forty Two Thousand Eight Hundred Ninety Nine and 30/100 ———— DOLLARS

CHASE   The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR 4,915 Shares, Certificate 3

⑈001066⑈ ⑆022000842⑆ 530⑈543648⑈ ⑈0024208930⑈



ORIGINAL DOCUMENT

1067

**NATIONAL FORGE COMPANY HOLDINGS, INC.**

10-84
220    0530

DATE 4/13/1999

PAY
TO THE
ORDER OF    Ashok K. Khare                                          $ 8,599.08

Eight Thousand Five Hundred Ninety Nine and 08/100 ———————————— DOLLARS

**CHASE** The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR    174 Shares, Certificate 6

�semantic 001067⑥ ⑯022200842⑯ 530⑯5438 48⑯ ⑯00008459908⑯



ORIGINAL DOCUMENT

P62

**NATIONAL FORGE COMPANY HOLDINGS, INC.**

1068

10-84
220  0530

*2-1*

DATE 4/13/1999

PAY TO THE ORDER OF  Carl J. Luppino

$ 34,989.36

Thirty Four Thousand Nine Hundred Eighty Nine and 36/100 —————— DOLLARS

CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

708 Shares, Certificate 12

FOR

⑈0 0 1 0 6 8⑈ ⑊0 2 2 0 0 0 8 4 2⑊ 5 3 0⑈5 4 3 6 4 8⑈    ⑈0 0 0 3 4 9 8 9 3 6⑈    Treasurer





NATIONAL FORGE COMPANY HOLDINGS, INC.

1069

PAY
TO THE
ORDER OF  Harold Murphy

DATE  4/13/1999

$ 2,866.36

Two Thousand Eight Hundred Sixty Six and 36/100———

DOLLARS

CHASE   The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR  58 Shares, Certificate 10

⑆001069⑆ ⑈022000842⑈ 530 54 36 8⑈ 0000286636⑈





**NATIONAL FORGE COMPANY HOLDINGS, INC.**

1070

3-1

PAY
TO THE
ORDER OF  Charles R. Olson

DATE 4/13/1999

$42,550.62

Forty Two Thousand Five Hundred Fifty and 62/100 —————————— DOLLARS

◻ CHASE  The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR  861 Shares, Certificate 7

⑈001070⑈ ⑆022000842⑆ 530⑈543648⑈ ⑈000425408 2⑈

Robert H Kremman, Treasurer



ORIGINAL DOCUMENT

AP 99 14
~ 060000173M ~
National City Bank of PA
Pittsburgh, PA

⑈021000021⑈ 04/15/99
CHASE 55 WATER ST., NY, NY
DEP ACT



NATIONAL FORGE COMPANY HOLDINGS, INC.   2-1   1071

DATE  4/13/1999

PAY TO THE ORDER OF   Glenn E. Turk

$78,627.22

Seventy Eight Thousand Six Hundred Twenty Seven and 22/100   DOLLARS

CHASE   The Chase Manhattan Bank
5 Niagara Square
Buffalo, NY 14202

FOR  1,591 Shares, Certificate 4

⑈0010710⑈ ⑊022000842⑊ 530⑈543648⑈   ⑈00078627220⑈

