Exhibit D
December 14, 1998 Letter from
Valuemetrics, Inc. to Messrs. Clark and Cashman

# VALUEMETRICS, INC.

December 14, 1998

Mr. E. Roger Clark – Chief Executive Officer
Mr. Maurice Cashman – Chief Financial Officer
National Forge Company Holdings, Inc.
One Front Street
Irvine, PA  16329

Re:     Summary of findings on the analysis of an S-Corp conversion

Dear Sirs:

Valuemetrics, Inc. was retained by National Forge Company Holdings, Inc. ("NatForge" or the "Company") to perform an analysis of the effect of the Company's conversion to an S-Corporation that will be 100% ESOP-owned (the "Transaction") on the NatForge stock price.

Our study is motivated by the recent change in the Federal Tax Law that allows an ESOP, a tax-exempt trust to become a shareholder in an S Corporation.  According to this new ruling, an entity that is 100% owned by an ESOP is fully exempt from corporate federal income taxes.

As explained to us, the proposed transaction would include:

- the purchase of shares held by the non-ESOP shareholders using the proceeds of an increase in external debt and using existing cash
- a conversion from LIFO to FIFO inventory accounting
- the elimination of a forecasted tax benefit associated with a $300,000 annual increase in LIFO reserve
- the realization of a taxable gain of $2,200,000 on inventory due to LIFO conversion
- a special non-cash charge of $8,677,000 for the write-off of Deferred Tax Asset offset by the Deferred Tax Liability and a write-off of Book Inventory
- the election of a change of tax status from a C Corporation to a S Corporation

We relied on the Discounted Cash Flow Methodology to determine the Fair Market Value of the Company's shares in this analysis consistent with our historical approach to the valuation of the Company's shares described in the ESOP Valuation Report dated October 13, 1998, which described our valuation of the Company's shares at Fiscal Year End 6/30/98.

---

150 East 52nd Street, 16th Floor, New York, NY  10022          (212) 980-5800   FAX (212) 521-6890

National Forge Company Holdings, Inc.
Analysis of conversion to a S Corporation
December 14, 1998

We compared the effects of the transaction on the per share price as of June 30, 1998 and at the end of each year of the projection period ending June 30, 2002 under the following assumptions:

- The Company remains a C Corporation
- The Company changes its tax status to an S Corporation

In all cases, the underlying forecast relied upon in this study is consistent with the forecast used in the ESOP Valuation report as of October 13, 1998, except for the changes resulting from the transaction described above.

It is Valuemetrics' position that a Fair Market Value Standard requires valuation practitioners to value an S Corporation as a C Corporation. Since a hypothetical buyer may not be able to have NatForge retain its S Corporation status, we therefore have treated the Company as a C corporation for valuation purposes. The imputed tax rate used in this valuation is 39 percent. This is consistent with our 6/30/98 valuation.

In addition, included in the valuation is the excess cash defined as the cash balance less $500,000. The excess cash balance at the end of each forecast year reflects the cumulative cash saved by not paying taxes. Hence, the value of an S Corporation is always higher by the amount of cash that builds up as a result of not paying taxes.

Consistent with the Fair Market Value Standard, the cash savings resulting from not paying taxes in the future years were not discounted and added to the present value of the Company.

**Valuation treating S Corporation as a C Corporation**

The results of our analysis are presented in the graph below:



| | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 |
|---|---|---|---|---|---|
| C Corp No Recap | $49.42 | $56.74 | $64.01 | $70.71 | $77.64 |
| S Corp Recap | $49.51 | $57.48 | $68.59 | $78.74 | $89.97 |

P120



National Forge Company Holdings, Inc.
Analysis of conversion to a S Corporation
December 14, 1998

Please refer to Exhibits A and B for detailed calculations.

Based upon our analysis, the projected stock price of an S Corporation exceeds that of a C Corporation at the end of each projection period.

**Valuation capitalizing S Corporation tax savings**

In addition, you have asked us to calculate a hypothetical value per share of the Company's stock capitalizing the cash savings accumulated at the Company as a result of not paying taxes as an S Corporation for 10 years as well as into perpetuity. The results of our findings are summarized in the following chart.



|  | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 |
|---|---|---|---|---|---|
| S Corp Perpetuity | $74.82 | $83.45 | $92.57 | $103.22 | $115.21 |
| S Corp 10 Year | $68.76 | $78.27 | $88.37 | $100.14 | $113.40 |

Please refer to Exhibits C and D for detailed calculations.

The analysis above results in higher projected prices per share are higher than the prices under a Fair Market Value Definition described in the previous section, however, Valuemetrics does not believe that this valuation of approach is appropriate.

Please call us with any questions.

Cordially,

Valuemetrics, Inc,

3

P121

**Exhibit A: Standard ESOP Valuation - Fair Market Value
C Corporation**

## National Forge Company Holdings, Incorporated

12/14/98

| Assumptions | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| **Income Statement Assumptions** | | | | | | | | | |
| Revenue Growth | 11.6% | (1.1%) | (0.2%) | 8.0% | (0.8%) | 2.1% | 2.8% | 4.3% | 4.5% |
| Historical COGS as a % of Rev | 81.6% | 79.5% | 81.6% | | | | | | |
| Historical Gross Profit Margin | 18.4% | 20.5% | 18.4% | | | | | | |
| Historical Adj to COGS (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward COGS as a % of Rev | 81.6% | 79.5% | 81.6% | 80.0% | 80.8% | 78.2% | 78.8% | 78.9% | 78.9% |
| Going-forward Gross Profit margin | 18.4% | 20.5% | 18.4% | 20.0% | 19.2% | 21.8% | 21.2% | 21.1% | 21.1% |
| Historical SGA as a % of Rev (b4 Depr) | 10.2% | 10.9% | 10.4% | | | | | | |
| Historical Adj to SGA (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward SGA % of Rev. (b4 Depr) | 10.2% | 10.9% | 10.4% | 11.0% | 11.1% | 10.7% | 10.6% | 10.3% | 10.1% |
| Tax Rate | 33.6% | 36.4% | 37.7% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |
| Total Depr. (from schedule or input) | $2,998 | $3,187 | $4,700 | $2,897 | $3,122 | $3,363 | $3,637 | $3,912 | $3,912 |
| Amortization | $0 | $0 | $0 | $1,065 | $1,065 | $1,057 | $1,057 | $1,057 | $1,057 |
| Avg Depreciable Life (Future) | 10 Years | | | 10 Years | | | | | 10 Years |
| | | | | | | | Avg Depreciable Life (Hist) | | |
| **Balance Sheet Assumptions** | | | | | | | | | |
| Cash | $600 | $3,341 | $6,330 | Residual Account | | | | | |
| Avg A/R Turns (Sales/Avg A/R) | 7.8 | 5.7 | 5.8 | 5.6 | 5.5 | 5.6 | 5.6 | 5.7 | 5.7 |
| A/R Turnover (Sales/A/R) | 5.0 | 6.7 | 5.2 | 5.5 | 5.6 | 5.6 | 5.5 | 5.5 | 5.5 |
| Avg Inventory Turns (COGS/Avg Inv) | 3.5 | 3.6 | 3.8 | 4.1 | 3.9 | 3.8 | 4.0 | 4.1 | 4.2 |
| Inventory Turns (COGS/Inv) | 3.7 | 3.7 | 3.9 | 4.0 | 3.8 | 3.9 | 4.0 | 4.1 | 4.1 |
| Other CA | 0.1% | 0.8% | 0.9% | Fixed at LTM $ amount | | | | | |
| Capital Expenditures | $3,274 | $5,074 | $4,129 | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Error Message for CapEx | OK | OK | OK | The Historical CapEx is calc'd based on "Total Depr (from COGS & SGA)" abo | | | | | |
| Cap Ex as a % of Revenues | 3.7% | 5.8% | 4.7% | 4.8% | 4.8% | 4.8% | 4.6% | 4.5% | 4.3% |
| Fixed Assets/Rev. | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Investments & Advances - Eq. Method | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Investments & Advances - Other | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Intangibles | $4,820 | $4,619 | $10,373 | Fixed at LTM $ amount | | | | | |
| Deferred Charges | $7,259 | $6,443 | $6,235 | Fixed at LTM $ amount | | | | | |
| Other Assets | $11,004 | $10,463 | $9,837 | Fixed at LTM $ amount | | | | | |
| Avg A/P Turns (COGS/Avg A/P) | 11.8 | 13.9 | 13.1 | 12.8 | 14.0 | 13.9 | 13.9 | 14.0 | 14.1 |
| A/P Turns (COGS/AP) | 13.4 | 15.2 | 11.3 | 13.9 | 14.2 | 13.8 | 13.6 | 13.8 | 13.8 |
| Income Taxes Payable | $864 | $0 | $369 | 25% of Current Years Taxes (default), or can change to $0 or keep constant | | | | | |
| Other Current Liabilities | $7,696 | $8,333 | $9,355 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Other Liabilities | $31,163 | $32,119 | $33,010 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Deferred Taxes | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Minority Interest | $2,079 | $1,278 | $0 | Fixed at LTM $ amount | | | | | |
| Current Ratio | 1.9 | 2.0 | 1.8 | 2.2 | 2.3 | 2.3 | 2.8 | 3.4 | 3.8 |
| Current Ratio (excl. Cur. Debt) | 2.7 | 2.8 | 2.6 | 3.1 | 3.2 | 3.1 | 3.1 | 3.4 | 3.8 |
| Pfd, Common, & Capital Surplus | $11,088 | $16,688 | $17,438 | Fixed at LTM $ amount | | | | | |
| Retained Earnings | $22,847 | $15,207 | $29,519 | Last Year (not LTM) = NI of Current year | | | | | |

**Valuation Assumptions**

| | | | |
|---|---|---|---|
| Perpetuity Growth Rate | 4.5% | LTM Inflation | 4.0% |
| Discount Rate | 13.6% | WACC or APV? | APV |
| % of 1st Year's CF to include | 100% | DLOM | 5.0% |
| Pre-Transaction Debt | $29,519 | Minority Discount | 0.0% |

Implied Real Growth
Trar
Trans Costs Amortiz
% of Trans Co

Pre-Trans. MC Value    $56,868
Pre-Trans. Equity Value    $37,230

A-1

P124

## National Forge Company Holdings, Incorporated

12/14/98

|  | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Projected Performance |  |  |
| **BALANCE SHEET** |  |  |  |  |  |  |  |  |
| **ASSETS** |  |  |  |  |  |  |  |  |
| Cash & Short Term Investments | $3,341 | $6,330 | $6,402 | $6,440 | $5,958 | $5,403 | $8,624 | $13,808 |
| Restricted Escrow |  | $182 | 901 | 1,022 | 2,342 | 3,063 | 3,784 | 4,505 |
| Accounts Receivable | 13,189 | 16,887 | 17,176 | 16,852 | 17,281 | 17,828 | 18,630 | 19,468 |
| Inventory | 18,979 | 18,376 | 18,893 | 19,896 | 19,331 | 19,597 | 19,933 | 20,830 |
| Other Current Assets | 703 | 777 | 936 | 922 | 914 | 932 | 925 | 925 |
| Total Current Assets | $36,212 | $42,552 | $44,308 | $45,732 | $45,826 | $46,823 | $51,896 | $59,537 |
| Property, Plant & Equipment - Net | $25,559 | $27,757 | $29,450 | $30,910 | $32,141 | $33,076 | $33,775 | $34,474 |
| Investments & Advances - Eq. Method | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments & Advances - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intangibles | 4,619 | 10,373 | 9,808 | 9,257 | 8,706 | 8,156 | 7,605 | 7,054 |
| Deferred Charges | 6,443 | 6,235 | 6,445 | 6,445 | 6,445 | 6,445 | 6,445 | 6,445 |
| Other Assets | 10,463 | 9,837 | 9,742 | 9,430 | 9,150 | 8,891 | 8,656 | 8,656 |
| Total Assets | $83,296 | $96,754 | $99,753 | $101,774 | $102,268 | $103,391 | $108,377 | $116,166 |
| **LIABILITIES** |  |  |  |  |  |  |  |  |
| Debt in Current Liabilities | $5,646 | $7,249 | $6,337 | $5,630 | $5,352 | $1,740 | $54 | $0 |
| Accounts Payable | 4,589 | 6,363 | 5,467 | 5,354 | 5,452 | 5,736 | 5,878 | 6,143 |
| Income Taxes Payable | 0 | 369 | 179 | 240 | 380 | 605 | 743 | 743 |
| Other Current Liabilities | 8,333 | 9,355 | 8,470 | 8,749 | 8,752 | 8,757 | 8,753 | 8,753 |
| Total Current Liabilities | $18,568 | $23,336 | $20,453 | $19,973 | $19,936 | $16,838 | $15,428 | $15,639 |
| Post Retirement Health Benefit Obligations | 32,119 | 33,010 | 33,029 | 33,828 | 34,586 | 35,298 | 35,954 | 35,954 |
| Total Long Term Debt | 9,561 | 22,270 | 19,311 | 13,787 | 8,214 | 6,231 | 5,978 | 5,778 |
| Deferred Taxes | 0 | 0 | 409 | 409 | 409 | 409 | 409 | 409 |
| Post Retirement Pension Obligations | 1,278 | 0 | 363 | 213 | 63 | 0 | 0 | 0 |
| Total Liabilities | $61,526 | $78,616 | $73,565 | $68,210 | $63,208 | $58,776 | $57,769 | $57,780 |
| Preferred Stock | $3,500 | $0 | 0 | 0 | 0 | 0 | $54 | $0 |
| Common Stock | 3 | 5 | 8 | 9 | 9 | 9 | 9 | 9 |
| Capital Surplus | 13,185 | 17,433 | 22,978 | 28,237 | 29,737 | 31,237 | 32,737 | 32,737 |
| Retained Earnings | 5,282 | 1,333 | 4,561 | 7,601 | 13,415 | 19,402 | 26,030 | 33,808 |
| Less Treasury Stock, Contra Equity | (200) | (633) | (1,359) | (2,283) | (4,101) | (6,033) | (8,168) | (8,168) |
| Total Equities | $21,770 | $18,138 | $26,188 | $33,564 | $39,060 | $44,615 | $50,608 | $58,386 |
| Total Liabilities & Equities | $83,206 | $96,754 | $99,753 | $101,774 | $102,268 | $103,391 | $108,377 | $116,166 |

A - 2

12/14/98

## National Forge Company Holdings, Incorporated

|  | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | |
| Net Sales | $88,952 | $87,947 | $87,801 | $94,821 | $94,099 | $96,061 | $98,780 | $103,028 | $107,664 |
| Cost of Goods Sold (Including COGS Depr) | 72,608 | 69,932 | 71,634 | 75,895 | 75,994 | 75,126 | 77,806 | 81,311 | 84,970 |
| Gross Profit | $16,344 | $18,015 | $16,167 | $18,926 | $18,105 | $20,935 | $20,974 | $21,717 | $22,694 |
| SGA (Excl. Depr & Amort) | $9,045 | $9,622 | $9,125 | $10,455 | $10,450 | $10,264 | $10,429 | $10,585 | $10,905 |
| SGA D&A (incl. Financing Costs Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income after Deprec. | $7,299 | $8,393 | $7,042 | $8,471 | $7,655 | $10,671 | $10,545 | $11,132 | $11,790 |
| Other Expense (incl. Fin & Other Amort) | (3683) | ($875) | ($1,057) | $ (1,304) | $ (1,372) | $ (385) | $ (856) | $ (827) | $ - |
| Interest Income (NF Components) | 0 | 0 | 0 | 10 | 22 | 32 | 42 | 52 | 52 |
| Interest (Expense) | (3,053) | (2,224) | (1,958) | (2,525) | (1,982) | (1,465) | (966) | (664) | (468) |
| Special Item Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pretax Income | $3,563 | $5,294 | $4,027 | $4,652 | $4,323 | $8,353 | $8,765 | $9,693 | $11,374 |
| Income Tax | 1,196 | 1,928 | 1,519 | (1,424) | (1,283) | (2,539) | (2,778) | (3,065) | (3,597) |
| Net Income before E&D | $2,367 | $3,366 | $2,513 | $3,228 | $3,040 | $5,814 | $5,987 | $6,628 | $7,778 |
| Extra. Income (Expense) & Disc. Operation | 0 | 0 | (722) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income after E&D | $2,367 | $3,366 | $1,790 | $3,228 | $3,040 | $5,814 | $5,987 | $6,628 | $7,778 |
| Preferred Dividends | 351 | 350 | 268 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $2,016 | $3,016 | $1,522 | $3,228 | $3,040 | $5,814 | $5,987 | $6,628 | $7,778 |

Projected Performance

A - 3

# National Forge Company Holdings, Incorporated

12/14/98

|  | 12 Months | Projected Performance | | | | |
|---|---|---|---|---|---|---|
|  | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
| **CASH STATEMENT BY ACTIVITY** | | | | | | |
| *Operating Activity* | | | | | | |
| Working Capital (Uses) | | | | | | |
| Decr (Incr) in Acct. Rec. | ($289) | $324 | ($429) | ($547) | ($802) | ($838) |
| Decr (Incr) in Escrow | (719) | (721) | (720) | (721) | (721) | (721) |
| Decr (Incr) in Inventory | (517) | (1,003) | 565 | (266) | (336) | (897) |
| Decr (Incr) in Other CA | (159) | 14 | 8 | (18) | 7 | 0 |
| Decr (Incr) in Invest./Advances-Equity | 0 | 0 | 0 | 0 | 0 | 0 |
| (Decr) Incr in Invest and Goodwill | (565) | (551) | (551) | (550) | (551) | (551) |
| Decr (Incr) in Deferred Charges | (210) | 0 | 0 | 0 | 0 | 0 |
| Decr (Incr) in Other LT Assets | 95 | 312 | 280 | 259 | 235 | 0 |
| Incr (Decr) in Acct. Payable | (896) | (113) | 98 | 284 | 142 | 265 |
| Incr (Decr) in Taxes Payable | (190) | 61 | 140 | 225 | 138 | 0 |
| Incr (Decr) in Other Current Liab. | (885) | 279 | 3 | 5 | (4) | 0 |
| Pension Liability Increase | 382 | 649 | 608 | 649 | 656 | 0 |
| Other | 446 | 37 | 45 | 43 | 45 | 1,102 |
| Total WC (Uses) | ($3,507) | ($712) | $47 | ($637) | ($1,191) | ($1,641) |
| Net Income (Loss) | $3,228 | $3,040 | $5,814 | $5,987 | $6,628 | $7,778 |
| Depreciation & Amort. | 3,962 | 4,187 | 4,420 | 4,694 | 4,969 | 3,912 |
| Net Cash From Operations | $3,683 | $6,515 | $10,281 | $10,044 | $10,406 | $10,049 |
| *Investment Activity* | | | | | | |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| *Financing Activities* | | | | | | |
| Less Purchase of Treasury Stock (ESSOP R. | (726) | (924) | (1,818) | (1,932) | (2,135) | 0 |
| Less Purchase Com. & Pref. Stock | 5,548 | 5,260 | 1,500 | 1,500 | 1,500 | 0 |
| Less Cash Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Long-Term Debt Issuance | (2,959) | (5,524) | (5,573) | (1,983) | (253) | (200) |
| Current Debt Change | (912) | (707) | (278) | (3,612) | (1,686) | (54) |
| Other Financial Activity Cash Sources (Us | 28 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Incr (Decr) From Financing | $979 | ($1,895) | ($6,169) | ($6,027) | ($2,574) | ($254) |
| Cash and Equiv. Incr (Decr) | 72 | 38 | (482) | (555) | 3,221 | 5,184 |
| Change in Cash Balances | 72 | 38 | (482) | (555) | 3,221 | 5,184 |

A - 4

12/14/98

## National Forge Company Holdings, Incorporated

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
| | | | | Projected Performance | | |
| **CASH FLOWS** | | | | | | |
| Operating Income | $7,886 | $7,070 | $10,086 | $9,960 | $10,547 | $11,790 |
| Plus ESOP Contrib. incl. as Op. Exp. | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Op. Inc. + ESOP Contrib. | $13,431 | $12,329 | $11,586 | $11,460 | $12,047 | $11,790 |
| Less Taxes on Op. Inc. + ESOP Contrib. | (5,238) | (4,808) | (4,519) | (4,469) | (4,698) | (4,598) |
| Plus Depreciation & Amortization | 3,962 | 4,187 | 4,420 | 4,694 | 4,969 | 4,969 |
| LIFO charge Add-back | 300 | 300 | 300 | 300 | 300 | 300 |
| Working Capital (Uses) | (3,402) | (1,037) | 47 | (657) | (1,191) | (1,641) |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| Net Cash Flow | $4,463 | $6,389 | $7,240 | $6,776 | $6,816 | $6,209 |
| % of CF realized after 06/30/98 | 100% | 100% | 100% | 100% | 100% | 100% |
| Cash Flow Applied to NPV | $4,463 | $6,389 | $7,240 | $6,776 | $6,816 | $6,209 |
| **RESIDUAL VALUE** | | | | | | |
| | | | | Implied EBIT Multiple 5.2 | | CapFactor |
| Residual Value, assuming 4.5% long term growth of cash flows | | | | | | |
| **UNLEVERAGED FIRM VALUE** | | | | | | |
| Unlev. Operating Free Cash Flow | $4,463 | $6,389 | $7,240 | $6,776 | $6,816 | |
| Residual Value | 60,395 | 62,195 | 63,387 | 65,206 | 67,230 | |
| Total Cash Flows | $64,858 | $68,584 | $70,628 | $71,981 | $74,046 | |
| Unleveraged Cost of Equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | |
| Unleveraged Firm Value (Jun-98) | $56,868 | $60,395 | $62,195 | $63,387 | $65,206 | |
| **TAX SHIELD VALUE FROM DEBT & ESOP IN CAPITAL STRUCTURE** | | | | | | |
| Pretax Income | $4,652 | $4,323 | $8,353 | $8,765 | $9,693 | $11,374 |
| Pre-Transaction ESOP Principal | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Interest Expense | 2,525 | 1,982 | 1,465 | 966 | 664 | 468 |
| Pretax Unleveraged Income | $12,722 | $11,564 | $11,318 | $11,231 | $11,857 | $11,842 |
| Pretax Income (Leveraged) | 4,652 | 4,323 | 8,353 | 8,765 | 9,693 | 11,374 |
| Tax on Unleveraged Pretax Income | $4,962 | $4,510 | $4,414 | $4,380 | $4,624 | $4,618 |
| Tax on Leveraged Pretax Income | 1,814 | 1,686 | 3,258 | 3,418 | 3,780 | 4,436 |
| Tax Savings due to Interest + ESOP | $3,147 | $2,824 | $1,156 | $962 | $844 | $182 |
| NPV of Tax Shield (13.6% rate) | $6,845 | 4,548 | 2,340 | 1,501 | 743 | |

A - 5

12/14/98

## National Forge Company Holdings, Incorporated

| SUMMARY | Jun-98 | Jun-99 | Jun-00 | Projected Performance Jun-01 | Jun-02 |
|---|---|---|---|---|---|
| Unleveraged Firm Value | $56,868 | $60,395 | $62,195 | $63,387 | $65,206 |
| PV of Interest & ESOP Tax Shield | 6,845 | 4,548 | 2,340 | 1,501 | 743 |
| PV Mitchell NOL, Unlevered | 175 | 0 | 0 | 0 | 0 |
| Market Capital Value | $63,888 | $64,943 | $64,535 | $64,888 | $65,949 |
| Less: Capital Debt | ($29,519) | ($24,543) | ($18,206) | ($12,576) | ($7,224) |
| Less: Tax Adjusted SAR Value | ($725) | ($954) | ($1,077) | ($1,194) | ($1,476) |
| Plus: Excess Cash | $6,080 | $6,152 | $6,190 | $5,708 | $5,153 |
| Total Mkt. Control Equity Value | $39,720 | $45,600 | $51,440 | $56,830 | $62,400 |
| Marketability Discount (5.0%) | (1,990) | (2,280) | (2,570) | (2,840) | (3,120) |
| Control Equity Value (after Marketability Discount) | $37,730 | $43,320 | $48,870 | $53,990 | $59,280 |
| Shares Outstanding | 763 | 763 | 763 | 763 | 763 |
| Per Share Value | 49.42 | 56.74 | 64.01 | 70.71 | 77.64 |

A - 6

12/14/98

# National Forge Company Holdings Incorporated

|  | 12 Months | | Projected Performance | | |
|---|---|---|---|---|---|
|  | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 |
| **DEBT AMORTIZATION** | | | | | |
| Total Debt | $29,519 | | | | |
| Sum of Debt below | $29,597 | | | | |
| | | | | | |
| **NF Europe** | NA Int. Rate | | Term (Yrs Remaining) | | 7 |
| Beginning Balance | $5,430 | $5,430 | $5,430 | $5,430 | $5,430 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 495 | 474 | 458 | 442 | 425 |
| Ending balance | 5,430 | 5,430 | 5,430 | 5,430 | 5,430 |
| Total P&I | $495 | $474 | $458 | $442 | $425 |
| | | | | | |
| **Chase Term Loan** | 9.30% Int. Rate | | Term (Yrs Remaining) | | 7 |
| Beginning Balance | $21,411 | $17,591 | $11,586 | $6,110 | $1,304 |
| Principal Payment (Borrowing) | 3,820 | 6,005 | 5,476 | 4,806 | 1,304 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 1,818 | 1,296 | 815 | 377 | 122 |
| Ending balance | 17,591 | 11,586 | 6,110 | 1,304 | 0 |
| Total P&I | $5,638 | $7,301 | $6,291 | $5,183 | $1,426 |
| | | | | | |
| **MELF** | 4.6% Int. Rate | | Term (Yrs Remaining) | | 7 |
| Beginning Balance | $348 | $267 | $182 | $93 | $0 |
| Principal Payment (Borrowing) | 81 | 85 | 89 | 93 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 14 | 10 | 6 | 2 | 0 |
| Ending balance | 267 | 182 | 93 | 0 | 0 |
| Total P&I | $95 | $95 | $95 | $95 | $0 |
| | | | | | |
| **Pipeline & Capital Leases** | 10.6% Int. Rate | | Term (Yrs Remaining) | | 7 |
| Beginning Balance | $113 | $0 | $0 | $0 | $0 |
| Principal Payment (Borrowing) | 113 | 0 | 0 | 0 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 6 | 0 | 0 | 0 | 0 |
| Ending balance | 0 | 0 | 0 | 0 | 0 |
| Total P&I | $119 | $0 | $0 | $0 | $0 |
| | | | | | |
| **MS Overdraft Reserve** | 7.0% Int. Rate | | Term (Yrs Remaining) | | 1 |
| Beginning Balance | $718 | $555 | $152 | $149 | $74 |
| Principal Payment (Borrowing) | 163 | 403 | 3 | 75 | 74 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 45 | 25 | 11 | 8 | 3 |
| Ending balance | 555 | 152 | 149 | 74 | 0 |
| Total P&I | $208 | $428 | $14 | $83 | $77 |

A - 7

12/14/98

# National Forge Company Holdings Incorporated

| | | | Projected Performance | | |
|---|---|---|---|---|---|

**NW Forgemasters Overdraft** — N/A Int. Rate — Term (Yrs Remaining) 2

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $422 | $602 | $856 | $794 | $416 |
| Principal Payment (Borrowing) | (180) | (254) | 62 | 378 | 362 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 58 | 64 | 51 | 63 |
| Ending balance | 602 | 856 | 794 | 416 | 54 |
| **Total P&I** | **($136)** | **($196)** | **$126** | **$429** | **$425** |

**NIS Capital Equipment Lease** — 0.5% Int. Rate — Term (Yrs Remaining) 2

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $380 | $98 | $0 | $0 | $0 |
| Principal Payment (Borrowing) | 282 | 98 | 0 | 0 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 23 | 5 | 0 | 0 | 0 |
| Ending balance | 98 | 0 | 0 | 0 | 0 |
| **Total P&I** | **$305** | **$103** | **$0** | **$0** | **$0** |

**NIS Capital Equipment Loan** — N/A Int. Rate — Term (Yrs Remaining) 7

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $775 | $1,105 | $1,211 | $990 | $747 |
| Principal Payment (Borrowing) | (330) | (106) | 221 | 243 | 199 |
| Prepayment | 81 | 115 | 111 | 86 | 51 |
| Interest/Payment | 1,105 | 1,211 | 990 | 747 | 548 |
| Ending balance | | | | | |
| **Total P&I** | **($249)** | **$9** | **$332** | **$329** | **$250** |

**Total Debt** — 9.1% Avg Int. Rate — Avg Term (Yrs Remaining) 7.49480881

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $29,597 | $25,648 | $19,417 | $13,566 | $7,971 |
| Principal Payment (Borrowing) | $3,949 | $6,337 | $5,630 | $5,352 | $1,740 |
| Prepayment | $0 | $0 | $0 | $0 | $0 |
| Interest Payment | $2,525 | $1,982 | $1,465 | $966 | $664 |
| Ending balance | 25,648 | 19,311 | 13,787 | 8,214 | 6,231 |
| **Total P&I** | **$5,852** | **$7,396** | **$6,386** | **$5,278** | **$1,426** |
| Short Term Debt | 6,337 | 5,630 | 5,352 | 1,740 | 54 |
| Long Term Debt | 19,311 | 13,787 | 8,214 | 6,231 | 5,978 |

A - 8

12/14/98

National Forge Company Holdings, Incorporated

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
| DEPRECIATION SCHEDULE | | | | | | |
| Capital Expenditures Req'd. | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Total Depreciation on New Assets | $459 | $917 | $1,377 | $1,834 | $2,295 | $2,756 |
| Depreciation on Existing Assets | 3,740 | 3,325 | 2,909 | 2,494 | 2,078 | 1,663 |
| Total Depreciation Expense | $ 2,897 | $ 3,122 | $ 3,365 | $ 3,037 | $ 3,912 | $4,419 |
| Beginning Fixed Assets | $27,757 | $29,450 | $30,910 | $32,141 | $33,076 | $33,775 |
| Less: Depr. (see Assumptions page) | (2,897) | (3,122) | (3,363) | (3,637) | (3,912) | (3,912) |
| Plus: Capital Exp. | 4,590 | 4,582 | 4,594 | 4,572 | 4,611 | 4,611 |
| Ending Fixed Assets | $29,450 | $30,910 | $32,141 | $33,076 | $33,775 | $34,474 |

A - 9

Exhibit B: Standard ESOP Valuation – Fair Market Value
S Corporation

# National Forge Compar·· Holdings, Incorporated

|  | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Projected Performance Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | |
| **Income Statement Assumptions** | | | | | | | | | |
| Revenue Growth | 11.6% | (1.1%) | (0.2%) | 8.0% | (0.8%) | 2.1% | 2.8% | 4.3% | 4.5% |
| Historical COGS as a % of Rev | 81.6% | 79.5% | 81.6% | 79.7% | 80.4% | 77.9% | 78.5% | 78.6% | 78.6% |
| Historical Gross Profit Margin | 18.4% | 20.5% | 18.4% | 20.3% | 19.6% | 22.1% | 21.5% | 21.4% | 21.4% |
| Historical Adj to COGS (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward COGS as a % of Rev | 81.6% | 79.5% | 81.6% | | | | | | |
| Going-forward Gross Profit margin | 18.4% | 20.5% | 18.4% | | | | | | |
| Historical SGA as a % of Rev (b4 Depr) | 10.2% | 10.9% | 10.4% | | | | | | |
| Historical Adj to SGA (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward SGA % of Rev. (b4 Depr) | 10.2% | 10.9% | 10.4% | 11.0% | 11.1% | 10.7% | 10.6% | 10.3% | 10.1% |
| Tax Rate | 33.6% | 36.4% | 37.7% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |
| Total Depr. (from schedule or input) | $2,998 | $3,187 | $4,700 | $2,802 | $3,212 | $3,363 | $3,637 | $3,912 | $3,912 |
| Amortization | $0 | $0 | $0 | $ 1,065 | $ 1,065 | 1,057 | $ 1,057 | 1,057 | $ 1,057 |
| Avg Depreciable Life (Future) | | | | 10 Years | 10 Years | | | 10 | 10 Years |
|  | | | | Avg Depreciable Life (Hist) | | | | | |
| **Balance Sheet Assumptions** | | | | | | | | | |
| Cash | $600 | $3,341 | $6,330 | Residual Account | | | | | |
| Avg A/R Turns (Sales/Avg A/R) | 7.8 | 5.7 | 5.8 | 5.6 | 5.5 | 5.6 | 5.6 | 5.7 | 5.7 |
| A/R Turnover (Sales/AR) | 5.0 | 6.7 | 5.2 | 5.5 | 5.6 | 5.6 | 5.5 | 5.5 | 5.5 |
| Avg Inventory Turns (COGS/Avg inv) | 3.5 | 3.6 | 3.8 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.3 |
| Inventory Turns (COGS/Inv) | 3.7 | 3.7 | 3.9 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 |
| Other CA | 0.1% | 0.8% | 0.9% | Fixed at LTM $ amount | | | | | |
| Capital Expenditures | $3,274 | $5,074 | $4,129 | $4,590 | $4,552 | $4,594 | $4,572 | $4,611 | $4,611 |
| Error Message for CapEx | OK | OK | OK | The Historical CapEx is calc'd based on "Total Depr" (from COGS & SGA detail) abo... | | | | | |
| Cap Ex as a % of Revenues | 3.7% | 5.8% | 4.7% | 4.8% | 4.9% | 4.8% | 4.6% | 4.5% | 4.3% |
| Fixed Assets/Rev. | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Investments & Advances - Eq. Method | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Investments & Advances - Other | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Intangibles | $4,820 | $4,619 | $10,373 | Fixed at LTM $ amount | | | | | |
| Deferred Charges | $7,259 | $6,443 | $6,235 | Fixed at LTM $ amount | | | | | |
| Other Assets | $11,004 | $10,463 | $9,837 | Fixed at LTM $ amount | | | | | |
| Avg. A/P Turns (COGS/Avg A/P) | 11.8 | 13.9 | 13.1 | 12.8 | 14.0 | 13.8 | 13.9 | 14.0 | 14.1 |
| A/P Turns (COGS/AP) | 13.4 | 15.2 | 11.3 | 13.8 | 14.1 | 13.7 | 13.5 | 13.8 | 13.8 |
| Income Taxes Payable | $864 | $0 | $369 | 25% of Current Years Taxes (default), or can change to $0 or keep constant | | | | | |
| Other Current Liabilities | $7,696 | $8,333 | $9,355 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Other Liabilities | $31,163 | $32,119 | $33,010 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Deferred Taxes | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Minority Interest | $2,079 | $1,278 | $0 | Fixed at LTM $ amount | | | | | |
| Current Ratio | 1.9 | 2.0 | 1.8 | 1.8 | 1.9 | 1.9 | 2.5 | 3.4 | 4.1 |
| Current Ratio (excl. Cur. Debt) | 2.7 | 2.8 | 2.6 | 2.7 | 2.8 | 2.9 | 3.0 | 3.4 | 4.1 |
| Pfd, Common, & Capital Surplus | $11,088 | | | Fixed at LTM $ amount | | | | | |
| Retained Earnings | $16,688 | $17,438 | | Last Year (not LTM) + NI of Current year | | | | | |

| Valuation Assumptions | | | | |
|---|---|---|---|---|
| Perpetuity Growth Rate | 4.5% | LTM Inflation | 4.0% | Implied Real Growth |
| Discount Rate | 13.6% | WACC or APV? | APV | Trar |
| % of 1st Year's CF to include | 100% | DLOM | 5.0% | Trans Costs Amortiz... |
| Pre-Transaction Debt | $39,519 | Minority Discount | 0.0% | % of Trans Co |

| Pre-Trans. MC Value | $55,978 |
|---|---|
| Pre-Trans. Equity Value | $30,680 |

B-1

12/4/98

12/14/98

# National Forge Company Holdings, Incorporated

Projected Performance

|  | Jun-97 | Jun-98 | | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| **BALANCE SHEET** | | | | | | | | | |
| **ASSETS** | | | | | | | | | |
| Cash & Short Term Investments | $3,341 | $6,330 | | $3,957 | $4,031 | $4,364 | $3,532 | $8,142 | $16,666 |
| Restricted Escrow | | $182 | | 901 | 1,022 | 2,342 | 3,063 | 3,784 | 4,505 |
| Accounts Receivable | 13,189 | 16,887 | | 17,176 | 16,852 | 17,281 | 17,828 | 18,650 | 19,468 |
| Inventory | 18,979 | 18,376 | | 17,987 | 18,024 | 17,803 | 18,463 | 19,320 | 20,189 |
| Other Current Assets | 703 | 777 | | 677 | 663 | 655 | 673 | 666 | 666 |
| Total Current Assets | $36,212 | $42,552 | | $40,698 | $41,192 | $42,445 | $43,559 | $50,542 | $61,495 |
| Property, Plant & Equipment - Net | $25,559 | $27,757 | | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,569 |
| Investments & Advances - Eq. Method | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments & Advances - Other | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Intangibles | 4,619 | 10,373 | | 9,808 | 9,257 | 8,706 | 8,156 | 7,605 | 7,054 |
| Deferred Charges | 6,443 | 6,235 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 10,463 | 9,837 | | 9,742 | 9,430 | 9,150 | 8,891 | 8,656 | 8,656 |
| Total Assets | $83,296 | $96,754 | | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |
| **LIABILITIES** | | | | | | | | | |
| Debt in Current Liabilities | $5,646 | $7,249 | | $7,789 | $6,425 | $7,225 | $2,684 | $54 | $0 |
| Accounts Payable | 4,589 | 6,363 | | 5,467 | 5,354 | 5,452 | 5,736 | 5,878 | 6,143 |
| Income Taxes Payable | 0 | 369 | | 900 | 700 | 450 | 100 | 100 | 100 |
| Other Current Liabilities | 8,333 | 9,355 | | 8,470 | 8,749 | 8,752 | 8,757 | 8,753 | 8,753 |
| Total Current Liabilities | $18,568 | $23,336 | | $22,626 | $21,228 | $21,879 | $17,277 | $14,785 | $14,996 |
| Post Retirement Health Benefit Obligations | 32,119 | 33,010 | | 33,029 | 33,828 | 34,586 | 35,298 | 35,954 | 35,954 |
| Total Long Term Debt | 9,561 | 22,270 | | 21,819 | 15,394 | 8,168 | 5,484 | 5,430 | 5,430 |
| Deferred Taxes | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Retirement Pension Obligations | 1,278 | 0 | | 363 | 213 | 63 | 0 | 0 | 0 |
| Total Liabilities | $61,526 | $78,616 | | $77,838 | $70,663 | $64,697 | $58,059 | $56,169 | $56,380 |
| Preferred Stock | $3,500 | $0 | | 0 | 0 | 0 | 0 | 0 | $0 |
| Common Stock | 3 | 5 | | 8 | 9 | 9 | 9 | 9 | 9 |
| Capital Surplus | 13,185 | 17,433 | | 22,978 | 28,237 | 29,737 | 31,237 | 32,737 | 32,737 |
| Retained Earnings | 5,282 | 1,333 | | (3,289) | 641 | 8,576 | 16,885 | 26,307 | 37,198 |
| Less Treasury Stock, Contra Equity | (200) | (633) | | (7,742) | (8,666) | (10,482) | (12,414) | (14,549) | (14,549) |
| Total Equities | $21,770 | $18,138 | | $11,955 | $20,221 | $27,840 | $35,717 | $44,504 | $55,395 |
| Total Liabilities & Equities | $83,296 | $96,754 | | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |

B - 2

12/14/98

# National Forge Company Holdings, Incorporated

| INCOME STATEMENT | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Projected Performance Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $88,952 | $87,947 | $87,801 | $94,821 | $94,099 | $96,061 | $98,780 | $103,028 | $107,664 |
| Cost of Goods Sold (Including COGS Depn) | 72,608 | 69,932 | 71,634 | 75,595 | 75,694 | 74,826 | 77,506 | 81,011 | 84,656 |
| Gross Profit | $16,344 | $18,015 | $16,167 | $19,226 | $18,405 | $21,235 | $21,274 | $22,017 | $23,008 |
| SGA (Excl. Depr & Amort) | $9,045 | $9,622 | $9,125 | $10,455 | $10,450 | $10,264 | $10,429 | $10,585 | $10,905 |
| SGA D&A (Incl. Financing Costs Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income after Deprec. | $7,299 | $8,393 | $7,042 | $8,771 | $7,955 | $10,971 | $10,845 | $11,432 | $12,103 |
| Other Expense (Incl. Fin & Other Amort) | ($683) | ($875) | ($1,057) | $ (1,182) | $ (1,250) | $ (771) | $ (742) | $ (713) | $ - |
| Interest Income (NF Components) | | 0 | 0 | 10 | 22 | 32 | 42 | 52 | 52 |
| Interest (Expense) | (3,053) | (2,224) | (1,958) | (3,099) | (2,550) | (1,844) | (1,238) | (624) | (425) |
| Special Item Income (Expense) | 0 | 0 | 0 | (6,677) | 0 | 0 | 0 | 0 | 0 |
| Pretax Income | $3,563 | $5,294 | $4,027 | $(4,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 |
| Income Tax | 1,196 | 1,928 | 1,519 | (445) | (247) | (453) | (598) | (726) | (839) |
| Net Income before E&D | $2,367 | $3,366 | $2,513 | $(4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Extra. Income (Expense) & Disc. Operation | 0 | - | (723) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income after E&D | $2,367 | $3,366 | $1,790 | $(4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Preferred Dividends | 351 | 350 | 268 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $2,016 | $3,016 | $1,522 | $(4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |

B - 3

12/14/98

## National Forge Company Holdings, Incorporated

**Projected Performance**

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|
| **CASH STATEMENT BY ACTIVITY** | | | | | | |
| *Operating Activity* | | | | | | |
| Working Capital (Uses) | | | | | | |
| Decr (Incr) in Acct. Rec. | ($289) | $324 | ($429) | ($547) | ($802) | ($838) |
| Decr (Incr) in Escrow | (719) | (721) | (720) | (721) | (721) | (721) |
| Decr (Incr) in Inventory | 389 | (37) | 221 | (660) | (857) | (869) |
| Decr (Incr) in Other CA | 100 | 14 | 8 | (18) | 7 | 0 |
| Decr (Incr) in Invest./Advances-Equity | 0 | 0 | 0 | 0 | 0 | 0 |
| (Decr) Incr in Invest and Goodwill | (565) | (551) | (551) | (550) | (551) | (551) |
| Decr (Incr) in Deferred Charges | 6,235 | 0 | 0 | 0 | 0 | 0 |
| Decr (Incr) in Other LT Assets | 95 | 312 | 280 | 259 | 235 | 0 |
| Incr (Decr) in Acct. Payable | (896) | (113) | 98 | 284 | 142 | 265 |
| Incr (Decr) in Taxes Payable | 531 | (200) | (250) | (350) | 0 | 0 |
| Incr (Decr) in Other Current Liab. | (885) | 279 | 3 | 5 | (4) | 0 |
| Pension Liability Increase | 382 | 649 | 603 | 649 | 656 | 0 |
| Other | 37 | 37 | 45 | 43 | 45 | 1,102 |
| Total WC (Uses) | $4,415 | ($57) | ($687) | ($1,606) | ($1,850) | ($1,613) |
| Net Income (Loss) | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Depreciation & Amort. | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 3,912 |
| Net Cash From Operations | $3,660 | $8,110 | $11,668 | $11,397 | $12,540 | $13,190 |
| *Investment Activity* | | | | | | |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| *Financing Activities* | | | | | | |
| Less Purchase of Treasury Stock (ESOP R. | (7,109) | (924) | (1,816) | (1,932) | (2,135) | 0 |
| Less Purchase Com. & Pref. Stock | 5,548 | 5,260 | 1,500 | 1,500 | 1,500 | 0 |
| Less Cash Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Long-Term Debt Issuance | (451) | (6,425) | (7,225) | (2,684) | (54) | 0 |
| Current Debt Change | 540 | (1,364) | 800 | (4,541) | (2,630) | (54) |
| Other Financial Activity Cash Sources (Us | 28 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Incr (Decr) from Financing | ($1,443) | ($3,453) | ($6,741) | ($7,657) | ($3,319) | ($554) |
| Cash and Equiv. Incr (Decr) | (2,373) | 75 | 332 | (332) | 4,610 | 8,525 |
| Change in Cash Balances | (2,373) | 75 | 332 | (332) | 4,610 | 8,525 |

B-4

## National Forge Company Holdings, Incorporated

12/14/98

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
| | | | Projected Performance | | | |
| **CASH FLOWS** | | | | | | |
| Operating Income | $8,186 | $7,370 | $10,386 | $10,260 | $10,847 | $12,103 |
| Plus ESOP Contrib. incl. as Op. Exp. | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Op. Inc. + ESOP Contrib. | $13,731 | $12,629 | $11,886 | $11,760 | $12,347 | $12,103 |
| Less Taxes on Op. Inc. + ESOP Contrib. | (5,355) | (4,925) | (4,636) | (4,586) | (4,815) | (4,720) |
| Plus Depreciation & Amortization | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 4,969 |
| LIFO charge Add-back | 0 | 0 | 0 | 0 | 0 | 0 |
| Working Capital (Uses) - C-Corp | (3,402) | (1,142) | 152 | (637) | (1,191) | (1,641) |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| Net Cash Flow | $4,251 | $6,167 | $7,228 | $6,659 | $6,699 | $6,100 |
| % of CF realized after 06/30/98 | 100% | 100% | 100% | 100% | 100% | 100% |
| Cash Flow Applied to NPV | $4,251 | $6,167 | $7,228 | $6,659 | $6,699 | $6,100 |

### RESIDUAL VALUE

| | | | | | | CapFactor |
|---|---|---|---|---|---|---|
| Residual Value, assuming 4.5% long term growth of cash flows | | | Implied EBIT Multiple 5.0 | | | |

### UNLEVERAGED FIRM VALUE

| | | | | | | |
|---|---|---|---|---|---|---|
| Unlev. Operating Free Cash Flow | $4,251 | $6,167 | $7,228 | $6,659 | $6,699 | |
| Residual Value | 59,317 | 61,192 | 62,261 | 64,043 | 66,028 | |
| Total Cash Flows | $63,568 | $67,359 | $69,489 | $70,702 | $72,726 | |
| Unleveraged Cost of Equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | |
| Unleveraged Firm Value (Jun-98) | $55,978 | $59,317 | $61,192 | $62,261 | $64,043 | |

### TAX SHIELD VALUE FROM DEBT & ESOP IN CAPITAL STRUCTURE

| | | | | | | |
|---|---|---|---|---|---|---|
| Pretax Income | ($4,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 |
| Pre-Transaction ESOP Principal | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Interest Expense | 3,099 | 2,550 | 1,844 | 1,238 | 624 | 425 |
| Pretax Unleveraged Income | $4,467 | $11,986 | $11,732 | $11,645 | $12,271 | $12,155 |
| Pretax Income (Leveraged) | (4,177) | 4,177 | 8,388 | 8,907 | 10,147 | 11,730 |
| Tax on Unleveraged Pretax Income | $1,742 | $4,675 | $4,575 | $4,542 | $4,786 | $4,741 |
| Tax on Leveraged Pretax Income | (1,629) | 1,629 | 3,271 | 3,474 | 3,958 | 4,575 |
| Tax Savings due to Interest + ESOP | $3,371 | $3,046 | $1,304 | $1,068 | $828 | $166 |
| NPV of Tax Shield (13.6% rate) | $7,376 | 4,920 | 2,542 | 1,582 | 729 | |

B - 5

12/14/98

National Forge Company Holdings, Incorporated

| SUMMARY | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 |
| --- | --- | --- | --- | --- | --- |
| | | | | Projected Performance | |
| Unleveraged Firm Value | $55,978 | $59,317 | $61,192 | $62,261 | $64,043 |
| PV of Interest & ESOP Tax Shield | 7,376 | 4,920 | 2,542 | 1,582 | 729 |
| PV Mitchell NOL, Unlevered | 175 | 0 | 0 | 0 | 0 |
| Market Capital Value | $63,529 | $64,237 | $63,734 | $63,843 | $64,773 |
| Less: Capital Debt + Buyout Debt | ($35,398) | ($29,609) | ($21,819) | ($15,394) | ($8,168) |
| Less: Tax Adjusted SAR Value | ($696) | ($831) | ($952) | ($1,205) | ($1,205) |
| Plus: Excess Cash post Buyout | $4,853 | $3,707 | $3,781 | $4,114 | $3,282 |
| Total Mkt. Control Equity Value | $32,290 | $37,500 | $44,740 | $51,360 | $58,680 |
| Marketability Discount (5.0%) | (1,610) | (1,880) | (2,240) | (2,570) | (2,930) |
| Control Equity Value (after Marketability Discount) | $30,680 | $35,620 | $42,500 | $48,790 | $55,750 |
| Shares Outstanding | 620 | 620 | 620 | 620 | 620 |
| Per Share Value | 49.51 | 57.48 | 68.59 | 78.74 | 89.97 |

B - 6

12/14/98

# National Forge Company Holding Incorporated

|  | 12 Months | Projected Performance | | | |
|---|---|---|---|---|---|
|  | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 |
| **DEBT AMORTIZATION** | | | | | |
| Total Debt | $29,519 | | | | |
| Sum of Debt below | $35,398 | | | | |
| **NF Europe** | 9.00% Int. Rate | | Term (Yrs Remaining) 7 | | |
| Beginning Balance | $5,430 | $5,430 | $5,430 | $5,430 | $5,430 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 495 | 474 | 458 | 442 | 425 |
| Ending balance | 5,430 | 5,430 | 5,430 | 5,430 | 5,430 |
| Total P&I | $495 | $474 | $458 | $442 | $425 |
| **Chase Term Loan** | 8.50% Int. Rate | | Term (Yrs Remaining) 7 | | |
| Beginning Balance | $21,411 | $16,846 | $10,459 | $5,585 | $525 |
| Principal Payment (Borrowing) | 4,565 | 6,387 | 4,874 | 5,060 | 525 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 1,820 | 1,432 | 889 | 475 | 45 |
| Ending balance | 16,846 | 10,459 | 5,585 | 525 | 0 |
| Total P&I | $6,385 | $7,819 | $5,763 | $5,535 | $570 |
| **MELF, Pipeline & Cap Lease** | 4.6% Int. Rate | | Term (Yrs Remaining) 7 | | |
| Beginning Balance | $460 | $267 | $182 | $93 | $0 |
| Principal Payment (Borrowing) | 193 | 85 | 89 | 93 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 17 | 10 | 6 | 2 | 0 |
| Ending balance | 267 | 182 | 93 | 0 | 0 |
| Total P&I | $210 | $95 | $95 | $95 | $0 |
| **Buyout Loan** | 10.6% Int. Rate | | Term (Yrs Remaining) 5 | | |
| Beginning Balance | $5,882 | $4,706 | $3,529 | $2,353 | $1,176 |
| Principal Payment (Borrowing) | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 561 | 436 | 312 | 187 | 62 |
| Ending balance | 4,706 | 3,529 | 2,353 | 1,176 | 0 |
| Total P&I | $1,738 | $1,613 | $1,488 | $1,363 | $1,239 |
| **MS Overdraft Reserve** | 7.0% Int. Rate | | Term (Yrs Remaining) 1 | | |
| Beginning Balance | $705 | $555 | $152 | $149 | $74 |
| Principal Payment (Borrowing) | 150 | 403 | 3 | 75 | 74 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 25 | 11 | 8 | 3 |
| Ending balance | 555 | 152 | 149 | 74 | 0 |
| Total P&I | $194 | $428 | $14 | $83 | $77 |

B - 7