12/14/98

# National Forge Company Holdings Incorporated

| NW Forgemasters Overdraft | NA Int. Rate | | 2 | Projected Performance Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $228 | $602 | $856 | $794 | $416 |
| Principal Payment (Borrowing) | (374) | (254) | 62 | 378 | 362 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 58 | 64 | 51 | 63 |
| Ending balance | 602 | 856 | 794 | 416 | 54 |
| Total P&I | ($330) | ($196) | $126 | $429 | $425 |

| MS Capital Equipment Lease | 9.5% Int. Rate | | 2 | Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $1,282 | $1,203 | $1,211 | $990 | $547 |
| Principal Payment (Borrowing) | 79 | (8) | 221 | 443 | 547 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 118 | 115 | 105 | 73 | 26 |
| Ending balance | 1,203 | 1,211 | 990 | 547 | 0 |
| Total P&I | $197 | $107 | $326 | $516 | $573 |

| MS Capital Equipment Loan | NA Int. Rate | | 7 | Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $0 | $0 | $0 | $0 | $0 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Interest/Payment | 0 | 0 | 0 | 0 | 0 |
| Ending balance | 0 | 0 | 0 | 0 | 0 |
| Total P&I | $0 | $0 | $0 | $0 | $0 |

| Total Debt | 9.5% Avg Int Rate | 6.1142782 | | Avg Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $35,398 | $29,609 | $21,819 | $15,394 | $8,168 |
| Principal Payment (Borrowing) | $5,789 | $7,789 | $6,425 | $7,225 | $2,684 |
| Prepayment | $0 | $0 | $0 | $0 | $0 |
| Interest Payment | $3,099 | $2,550 | $1,844 | $1,238 | $624 |
| Ending balance | 29,609 | 21,819 | 15,394 | 8,168 | 5,484 |
| Total P&I | $8,332 | $9,527 | $7,346 | $6,993 | $1,808 |
| | | | | | |
| Short Term Debt | 7,789 | 6,425 | 7,225 | 2,684 | 54 |
| Long Term Debt | 21,819 | 15,394 | 8,168 | 5,484 | 5,430 |

B - 8

12/14/98

## National Forge Company Holdings, Incorporated

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
| **DEPRECIATION SCHEDULE** | | | | | | |
| Capital Expenditures Req'd. | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Total Depreciation on New Assets | $459 | $917 | $1,377 | $1,834 | $2,295 | $2,756 |
| Depreciation on Existing Assets | 3,740 | 3,325 | 2,909 | 2,494 | 2,078 | 1,663 |
| Total Depreciation Expense | $ 2,802 | $ 3,122 | $ 3,363 | $ 3,037 | $ 3,912 | $ 4,419 |
| Beginning Fixed Assets | $27,757 | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 |
| Less: Depr. (see Assumptions page) | (2,802) | (3,122) | (3,363) | (3,637) | (3,912) | (3,912) |
| Plus: Capital Exp. | 4,590 | 4,582 | 4,594 | 4,572 | 4,611 | 4,611 |
| Ending Fixed Assets | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,569 |

B - 9

**Exhibit C: Hypothetical ESOP Valuation – S Corporation
Capitalizing Taxes Saved for Ten Years**

12/14/98

# National Forge Company Holdings, Incorporated

| Jun-96 | Jun-97 | Jun-98 | Assumptions | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **12 Months** | | | | **Projected Performance** | |
| | | | **Income Statement Assumptions** | | | | | | |
| 11.6% | (1.1%) | (0.2%) | Revenue Growth | 8.0% | (0.8%) | 2.1% | 2.8% | 4.3% | 4.5% |
| 81.6% | 79.5% | 81.6% | Historical COGS as a % of Rev | | | | | | |
| 18.4% | 20.5% | 18.4% | Historical Gross Profit Margin | | | | | | |
| $0 | $0 | $0 | Historical Adj to COGS (in $) | | | | | | |
| 81.6% | 79.5% | 81.6% | Going-forward COGS as a % of Rev | 79.7% | 80.4% | 77.9% | 78.5% | 78.6% | 78.6% |
| 18.4% | 20.5% | 18.4% | Going-forward Gross Profit margin | 20.3% | 19.6% | 22.1% | 21.5% | 21.4% | 21.4% |
| 10.2% | 10.9% | 10.4% | Historical SGA as a % of Rev (b4 Depr) | 11.0% | 11.1% | 10.7% | 10.6% | 10.3% | 10.1% |
| $0 | $0 | $0 | Historical Adj to SGA (in $) | | | | | | |
| 10.2% | 10.9% | 10.4% | Going-forward SGA % of Rev. (b4 Depr) | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |
| 33.6% | 36.4% | 37.7% | Tax Rate | $2,802 | $3,122 | $3,363 | $3,637 | $3,912 | $3,912 |
| $2,998 | $3,187 | $4,700 | Total Depr. (from schedule or input) | $1,065 | $1,065 | $1,057 | $1,057 | $1,057 | $1,057 |
| $0 | $0 | $0 | Amortization | | | | | | |
| | | | Avg Depreciable Life (Future) | 10 Years | 10 Years | 10 | 10 | 10 | 10 |
| | | | Avg Depreciable Life (Hist) | | | | | | |
| | | | **Balance Sheet Assumptions** | **Residual Account** | | | | | |
| $600 | $3,341 | $6,330 | Cash | 5.6 | 5.5 | 5.6 | 5.6 | 5.7 | 5.7 |
| 7.8 | 5.7 | 5.8 | Avg A/R Turns (Sales/Avg A/R) | 5.5 | 5.6 | 5.6 | 5.5 | 5.5 | 5.5 |
| 5.0 | 6.7 | 5.2 | A/R Turnover (Sales/A/R) | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.3 |
| 3.5 | 3.6 | 3.6 | Avg Inventory Turns (COGS/Avg Inv) | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 |
| 3.7 | 3.7 | 3.9 | Inventory Turns (COGS/Inv) | Fixed at LTM $ amount | | | | | |
| 0.1% | 0.8% | 0.9% | Other CA | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| $3,274 | $5,074 | $4,129 | Capital Expenditures | The Historical CapEx is calc'd based on "Total Depr (from COGS & SGA detail)" abov | | | | | |
| OK | OK | OK | Error Message for CapEx | 4.8% | 4.9% | 4.8% | 4.6% | 4.5% | 4.3% |
| 3.7% | 5.8% | 4.7% | Cap Ex as a % of Revenues | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| 0.3 | 0.3 | 0.3 | Fixed Assets/Rev. | Fixed at LTM $ amount | | | | | |
| $0 | $0 | $0 | Investments & Advances - Eq. Method | Fixed at LTM $ amount | | | | | |
| $0 | $0 | $0 | Investments & Advances - Other | Fixed at LTM $ amount | | | | | |
| $0 | $0 | $0 | Intangibles | Fixed at LTM $ amount | | | | | |
| $4,820 | $4,619 | $10,373 | Deferred Charges | Fixed at LTM $ amount | | | | | |
| $7,259 | $6,443 | $6,235 | Other Assets | Fixed at LTM $ amount | | | | | |
| $11,004 | $10,463 | $9,837 | Avg. A/P Turns (COGS/Avg A/P) | 12.8 | 14.0 | 13.8 | 13.9 | 14.0 | 14.1 |
| 11.8 | 13.9 | 13.1 | A/P Turns (COGS/AP) | 13.3 | 14.1 | 13.7 | 13.5 | 13.8 | 13.8 |
| 13.4 | 15.2 | 11.3 | Income Taxes Payable | 25% of Current Years Taxes (default), or can change to $0 or keep constant | | | | | |
| $864 | | $369 | Other Current Liabilities | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| $7,696 | $8,333 | $9,355 | Other Liabilities | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| $31,163 | $32,119 | $33,010 | Deferred Taxes | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| $0 | $0 | $0 | Minority Interest | Fixed at LTM $ amount | | | | | |
| $2,079 | $1,278 | | Current Ratio | Fixed at LTM $ amount | | | | | |
| 1.9 | 1.8 | | Current Ratio (excl. Cur. Debt) | 1.8 | 1.9 | 1.9 | 2.5 | 3.4 | 4.1 |
| 2.7 | 2.8 | 2.6 | Pfd, Common, & Capital Surplus | 2.7 | 2.8 | 2.9 | 3.0 | 3.4 | 4.1 |
| $11,038 | $16,688 | $17,438 | Retained Earnings | Fixed at LTM (+ net LTM) + NI of Current year | | | | | |
| $22,847 | $15,207 | $29,519 | | $29,519 | | | | | |

**Valuation Assumptions**

| | | | | |
|---|---|---|---|---|
| Perpetuity Growth Rate | 4.5% | | LTM Inflation | 4.0% | Implied Real Growth |
| Discount Rate | 13.6% | | WACC or APV? | APV | |
| % of 1st Year's CF to include | 100% | | DLOM | 5.0% | Trans Costs Amortiz |
| Pre-Transaction Debt | $29,519 | | Minority Discount | 0.0% | % of Trans Co |

Pre-Trans. MC Value    $56,084
Pre-Trans. Equity Value    $42,610

C-1

12/14/98

## National Forge Company Holdings, Incorporated

Projected Performance

| BALANCE SHEET | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Cash & Short Term Investments | $3,341 | $6,330 | $3,957 | $4,031 | $4,364 | $3,532 | $8,142 | $16,666 |
| Restricted Escrow | | $182 | 901 | 1,622 | 2,342 | 3,063 | 3,784 | 4,505 |
| Accounts Receivable | 13,189 | 16,887 | 17,176 | 16,852 | 17,281 | 17,828 | 18,630 | 19,468 |
| Inventory | 18,979 | 18,376 | 17,987 | 18,024 | 17,803 | 18,463 | 19,320 | 20,189 |
| Other Current Assets | 703 | 777 | 677 | 663 | 655 | 673 | 666 | 666 |
| Total Current Assets | $36,212 | $42,552 | $40,698 | $41,192 | $42,445 | $43,559 | $50,542 | $61,495 |
| Property, Plant & Equipment - Net | $25,559 | $27,757 | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,559 |
| Investments & Advances - Eq. Method | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments & Advances - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intangibles | 4,619 | 10,373 | 9,808 | 9,257 | 8,706 | 8,156 | 7,605 | 7,054 |
| Deferred Charges | 6,443 | 6,235 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 10,463 | 9,837 | 9,742 | 9,430 | 9,150 | 8,891 | 8,656 | 8,656 |
| Total Assets | $83,296 | $96,754 | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |
| **LIABILITIES** | | | | | | | | |
| Debt in Current Liabilities | $5,646 | $7,249 | $7,789 | $6,425 | $7,225 | $2,684 | $54 | $0 |
| Accounts Payable | 4,589 | 6,363 | 5,467 | 5,354 | 5,452 | 5,736 | 5,878 | 6,143 |
| Income Taxes Payable | 0 | 369 | 900 | 700 | 450 | 100 | 100 | 100 |
| Other Current Liabilities | 8,333 | 9,355 | 8,470 | 8,740 | 8,752 | 8,757 | 8,753 | 8,753 |
| Total Current Liabilities | $18,568 | $23,336 | $22,626 | $21,228 | $21,879 | $17,277 | $14,785 | $14,996 |
| Post Retirement Health Benefit Obligations | 32,119 | 33,010 | 33,029 | 33,828 | 34,586 | 35,298 | 35,954 | 35,954 |
| Total Long Term Debt | 9,561 | 22,270 | 21,819 | 15,394 | 8,168 | 5,484 | 5,430 | 5,430 |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Retirement Pension Obligations | 1,278 | 0 | 363 | 213 | 63 | 0 | 0 | 0 |
| Total Liabilities | $61,526 | $78,616 | $77,838 | $70,663 | $64,697 | $58,059 | $56,169 | $56,380 |
| Preferred Stock | $3,500 | $0 | 0 | 0 | 0 | 0 | 0 | $0 |
| Common Stock | 3 | 5 | 8 | 9 | 9 | 9 | 9 | 9 |
| Capital Surplus | 13,185 | 17,433 | 22,978 | 28,237 | 29,737 | 31,237 | 32,737 | 32,737 |
| Retained Earnings | 5,282 | 1,333 | (3,289) | 641 | 8,576 | 16,885 | 26,307 | 37,198 |
| Less Treasury Stock, Contra Equity | (200) | (633) | (7,742) | (8,666) | (10,482) | (12,414) | (14,549) | (14,549) |
| Total Equities | $21,770 | $18,138 | $11,955 | $20,221 | $27,840 | $35,717 | $44,504 | $55,395 |
| Total Liabilities & Equities | $83,296 | $96,754 | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |

12/14/98

## National Forge Compan·· Holdings, Incorporated

| INCOME STATEMENT | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $88,952 | $87,947 | $87,801 | $94,821 | $94,099 | $96,061 | $98,780 | $103,028 | $107,664 |
| Cost of Goods Sold (Including COGS Deprec.) | 72,608 | 69,932 | 71,634 | 75,595 | 75,694 | 74,826 | 77,506 | 81,011 | 84,656 |
| Gross Profit | $16,344 | $18,015 | $16,167 | $19,226 | $18,405 | $21,235 | $21,274 | $22,017 | $23,008 |
| SGA (Excl. Depr & Amort) | $9,045 | $9,622 | $9,125 | $10,455 | $10,450 | $10,264 | $10,429 | $10,585 | $10,905 |
| SGA D&A (Incl. Financing Costs Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income after Deprec. | $7,299 | $8,393 | $7,042 | $8,771 | $7,955 | $10,971 | $10,845 | $11,432 | $12,103 |
| Other Expense (incl. Fin & Other Amort) | $(5,683) | ($875) | ($1,057) | $ (1,182) | $ (1,250) | $ (771) | $ (742) | $ (713) | $ - |
| Interest Income (NF Components) | 0 | 0 | 0 | 10 | 22 | 32 | 42 | 52 | 52 |
| Interest (Expense) | (3,053) | (2,224) | (1,958) | (3,099) | (2,550) | (1,844) | (1,238) | (624) | (425) |
| Special Item Income (Expense) | 0 | 0 | 0 | (8,677) | 0 | 0 | 0 | 0 | 0 |
| Pretax Income | $3,563 | $5,294 | $4,027 | ($54,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 |
| Income Tax | 1,196 | 1,928 | 1,519 | (445) | (247) | (453) | (598) | (726) | (839) |
| Net Income before E&D | $2,367 | $3,366 | $2,513 | ($54,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Extra. Income (Expense) & Disc. Operations | 0 | 0 | (723) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income after E&D | $2,367 | $3,366 | $1,790 | ($54,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Preferred Dividends | 351 | 350 | 268 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $2,016 | $3,016 | $1,522 | ($54,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |

C-3

# National Forge Company Holdings, Incorporated

12/14/98

Projected Performance

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|
| **CASH STATEMENT BY ACTIVITY** | | | | | | |
| *Operating Activity* | | | | | | |
| Working Capital (Uses) | | | | | | |
| Decr (Incr) in Acct. Rec. | ($289) | $324 | ($429) | ($547) | ($802) | ($838) |
| Decr (Incr) in Escrow | (719) | (721) | (720) | (721) | (721) | (721) |
| Decr (Incr) in Inventory | 389 | (37) | 221 | (660) | (857) | (869) |
| Decr (Incr) in Other CA | 100 | 14 | 8 | (18) | 7 | 0 |
| Decr (Incr) in Invest./Advances-Equity | 0 | 0 | 0 | 0 | 0 | 0 |
| (Decr) Incr in Invest and Goodwill | (565) | (551) | (551) | (550) | (551) | (551) |
| Decr (Incr) in Deferred Charges | 6,235 | 0 | 0 | 0 | 0 | 0 |
| Decr (Incr) in Other LT Assets | 95 | 312 | 280 | 259 | 235 | 0 |
| Incr (Decr) in Acct. Payable | (896) | (113) | 98 | 284 | 142 | 265 |
| Incr (Decr) in Taxes Payable | 531 | (200) | (250) | (350) | 0 | 0 |
| Incr (Decr) in Other Current Liab. | (885) | 279 | 3 | 5 | (4) | 0 |
| Pension Liability Increase | 382 | 649 | 608 | 649 | 656 | 0 |
| Other | 37 | 37 | 45 | 43 | 45 | 1,102 |
| Total WC (Uses) | $4,415 | ($57) | ($687) | ($1,606) | ($1,850) | ($1,613) |
| Net Income (Loss) | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Depreciation & Amort. | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 3,912 |
| Net Cash From Operations | $3,660 | $8,110 | $11,668 | $11,397 | $12,540 | $13,190 |
| *Investment Activity* | | | | | | |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| *Financing Activities* | | | | | | |
| Less Purchase of Treasury Stock (ESOP Rep | (7,109) | (924) | (1,816) | (1,932) | (2,135) | 0 |
| Less Purchase Com. & Pref. Stock | 5,548 | 5,260 | 1,500 | 1,500 | 1,500 | 0 |
| Less Cash Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Long-Term Debt Issuance | (451) | (6,425) | (7,225) | (2,684) | (54) | (54) |
| Current Debt Change | 540 | (1,364) | 800 | (4,541) | (2,630) | 0 |
| Other Financial Activity Cash Sources (Uses) | 28 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Incr (Decr) from Financing | ($1,443) | ($3,453) | ($6,741) | ($7,657) | ($3,319) | ($54) |
| Cash and Equiv. Incr (Decr) | (2,373) | 75 | 332 | (832) | 4,610 | 8,525 |
| Change in Cash Balances | (2,373) | 75 | 332 | (832) | 4,610 | 8,525 |

C-4

# National Forge Company Holdings, Incorporated

Projected Performance

12/14/98

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual | CapFactor |
|---|---|---|---|---|---|---|---|
| **CASH FLOWS** | | | | | | | |
| Operating Income after non-ded. Depr. | $8,186 | $7,370 | $10,386 | $10,200 | $10,847 | $12,103 | |
| Plus ESOP Contrib. incl. as Op. Exp. | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 | |
| Op. Inc. + ESOP Contrib. | $13,731 | $12,629 | $11,886 | $11,760 | $12,347 | $12,103 | |
| Less C-Corp. Taxes @ 39% | (5,355) | (4,925) | (4,636) | (4,586) | (4,815) | (4,720) | |
| Plus Depreciation & Amortization | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 4,969 | |
| LIFO charge Add-back | 0 | 0 | 0 | 0 | 0 | 0 | |
| WC net of charge on Def Taxes | (2,757) | (7) | (687) | (1,606) | (1,850) | (1,613) | |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) | |
| Net Cash Flow | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | $6,128 | |
| % of CF realized after 06/30/98 | 100% | 100% | 100% | 100% | 100% | 100% | |
| Cash Flow Applied to NPV | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | $6,128 | |

**RESIDUAL VALUE**

Residual Value, assuming 4.5% long term growth of cash flows          Implied EBIT Multiple 5.0

| | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | | |
|---|---|---|---|---|---|---|---|
| **UNLEVERAGED FIRM VALUE** | | | | | | | |
| Unlev. Operating Free Cash Flow | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | | |
| Residual Value | $8,792 | 59,462 | 61,134 | 63,733 | 66,334 | | |
| Total Cash Flows | $63,688 | $66,763 | $67,523 | $69,423 | $72,374 | | |
| Unleveraged Cost of Equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | | |
| Unleveraged Firm Value (Jun-98) | $56,084 | $58,792 | $59,462 | $61,134 | $63,733 | | |

**C-CORP VALUE OF TAX SHIELD VALUE FROM DEBT & ESOP IN CAPITAL STRUCTURE**

| | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual | |
|---|---|---|---|---|---|---|---|
| Pretax Income | ($4,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 | |
| Pre-Transaction ESOP Principal | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 | |
| Interest Expense | 3,099 | 2,550 | 1,844 | 1,238 | 624 | 425 | |
| Pretax Unleveraged Income | $4,467 | $11,986 | $11,732 | $11,645 | $12,271 | $12,155 | |
| Pretax Income (Leveraged) | (4,177) | 4,177 | 8,388 | 8,907 | 10,147 | 11,730 | |
| Tax on Unleveraged Pretax Income | $1,742 | $4,675 | $4,575 | $4,542 | $4,786 | $4,741 | |
| Tax on Leveraged Pretax Income | (1,629) | 1,629 | 3,271 | 3,474 | 3,958 | 4,575 | |
| Tax Savings due to Interest + ESOP | $3,371 | $3,046 | $1,304 | $1,068 | $828 | $166 | |
| NPV of Tax Shield (13.6% rate) | 7,302 | 4,920 | 2,542 | 1,582 | 729 | | |

The Taxes Saved in the Current year are not accounted for in the Tax Shield Calculation

The Tax Shields were calculated based on savings for the next ten years

C - 5

12/14/98

# National Forge Company Holdings, Incorporated

## S-CORP VALUE OF TAX SAVINGS

| | Jun-98 | Jun-99 | Jun-00 | Projected Performance Jun-01 | Jun-02 | |
|---|---|---|---|---|---|---|
| Operating Income | $8,186 | $7,370 | $10,386 | $10,260 | $10,847 | |
| Plus: ESOP Contribution | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | |
| Adjusted Operating Income | $13,731 | $12,629 | $11,886 | $11,760 | $12,347 | |
| Less: Total Taxes (UK & US) at 39% | $5,355 | $4,925 | $4,636 | $4,586 | $4,815 | |
| Less: UK Taxes | (445) | (247) | (453) | (598) | (726) | |
| Total Taxes Saved | $4,910 | $4,678 | $4,183 | $3,988 | $4,089 | $4,089 |
| Taxes Saved under C-Corp | $3,371 | $3,046 | $1,304 | $1,068 | $828 | $166 |
| Incremental Tax Savings | $1,539 | $1,633 | $2,878 | $2,921 | $3,261 | $3,924 |
| % Of Savings Applied | 100% | 100% | 100% | 100% | 100% | 100% |
| Total Tax Savings Applied | $1,539 | $1,633 | $2,878 | $2,921 | $3,261 | $3,924 |
| NPV of Tax Shield (13.6% rate) | $13,925 | $15,475 | $16,139 | $16,855 | $17,369 | $17,369 |

The Taxes Saved in the Current year are not accounted for in the Tax Shield Calculation

The Tax Shields were calculated based on savings for the next ten years

## SUMMARY:

| | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 |
|---|---|---|---|---|---|
| Unlevered Firm Value | $56,084 | $58,792 | $59,462 | $61,134 | $63,733 |
| C-Corp. PV of Interest & ESOP Tax Shield | 7,302 | 4,920 | 2,542 | 1,582 | 729 |
| S-Corp. PV of Incremental Tax Shield | 13,925 | 15,475 | 16,139 | 16,855 | 17,369 |
| PV Mitchell NOL, Unlevered | 175 | 0 | 0 | 0 | 0 |
| Market Capital Value | $77,485 | $79,187 | $78,142 | $79,571 | $81,831 |
| Less: Capital Debt + Buyout Debt | ($35,398) | ($29,609) | ($21,819) | ($15,394) | ($8,168) |
| Less: Non-Tax Adjusted SAR Value | ($2,087) | ($2,240) | ($2,468) | ($2,974) | ($2,974) |
| Plus: Excess Cash post Buyout | $4,853 | $3,707 | $3,781 | $4,114 | $3,282 |
| Total Mkt. Control Equity Value | $44,850 | $51,050 | $57,640 | $65,320 | $73,970 |
| Marketability Discount (5.0%) | (2,240) | (2,550) | (2,880) | (3,270) | (3,700) |
| Control Equity Value (after Marketability Discount) | $42,610 | $48,500 | $54,760 | $62,050 | $70,270 |
| Shares Outstanding | 620 | 620 | 620 | 620 | 620 |
| Per Share Value | 68.76 | 78.27 | 88.37 | 100.14 | 113.40 |

C-6

# National Forge Company Holding Incorporated

Projected Performance

12/14/98

| | 12 Months | | | | |
| --- | --- | --- | --- | --- | --- |
| | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 |
| Total Debt | $29,519 | | | | |
| Sum of Debt below | $35,398 | | | | |
| **DEBT AMORTIZATION** | | | | | |
| NF Europe | 9.00% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $5,430 | $5,430 | $5,430 | $5,430 | $5,430 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 495 | 474 | 458 | 442 | 425 |
| Ending balance | 5,430 | 5,430 | 5,430 | 5,430 | 5,430 |
| Total P&I | $495 | $474 | $458 | $442 | $425 |
| Chase Term Loan | 8.50% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $21,411 | $16,846 | $10,459 | $5,585 | $525 |
| Principal Payment (Borrowing) | 4,565 | 6,387 | 4,874 | 5,060 | 525 |
| Prepayment | 0 | 0 | 0 | 0 | 45 |
| Interest Payment | 1,820 | 1,432 | 989 | 475 | 45 |
| Ending balance | 16,846 | 10,459 | 5,585 | 525 | 0 |
| Total P&I | $6,385 | $7,819 | $5,763 | $5,535 | $570 |
| MELLF, Pipeline & Cap Lease | 4.6% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $460 | $267 | $182 | $93 | $0 |
| Principal Payment (Borrowing) | 193 | 85 | 89 | 93 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 17 | 10 | 6 | 2 | 0 |
| Ending balance | 267 | 182 | 93 | 0 | 0 |
| Total P&I | $210 | $95 | $95 | $95 | $0 |
| Buyout Loan | 10.6% Int. Rate | | 5 | Term (Yrs Remaining) | |
| Beginning Balance | $5,882 | $4,706 | $3,529 | $2,353 | $1,176 |
| Principal Payment (Borrowing) | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
| Prepayment | 0 | 0 | 0 | 0 | 62 |
| Interest Payment | 561 | 436 | 312 | 187 | 0 |
| Ending balance | 4,706 | 3,529 | 2,353 | 1,176 | 0 |
| Total P&I | $1,738 | $1,613 | $1,488 | $1,363 | $1,239 |
| MS Overdraft Reserve | 7.0% Int. Rate | | 1 | Term (Yrs Remaining) | |
| Beginning Balance | $705 | $555 | $152 | $149 | $74 |
| Principal Payment (Borrowing) | 150 | 403 | 3 | 75 | 74 |
| Prepayment | 0 | 0 | 0 | 0 | 3 |
| Interest Payment | 44 | 25 | 11 | 8 | 0 |
| Ending balance | 555 | 152 | 149 | 74 | 0 |
| Total P&I | $194 | $428 | $14 | $83 | $77 |

12/14/98

# National Forge Company Holding, Incorporated

| | | | | Projected Performance | |
|---|---|---|---|---|---|

**NW Forgemasters Overdraft** — NA Int. Rate | | Term (Yrs Remaining) | | |

| | | | 2 | 2 | |
|---|---|---|---|---|---|
| Beginning Balance | $228 | $602 | $856 | $794 | $416 |
| Principal Payment (Borrowing) | (374) | (254) | 62 | 378 | 302 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 58 | 64 | 51 | 63 |
| Ending balance | 602 | 856 | 794 | 416 | 54 |
| Total P&I | ($330) | ($196) | $126 | $429 | $425 |

**MS Capital Equipment Lease** — 9.5% Int. Rate | | Term (Yrs Remaining) | | |

| | | | 2 | 2 | |
|---|---|---|---|---|---|
| Beginning Balance | $1,282 | $1,203 | $1,211 | $990 | $547 |
| Principal Payment (Borrowing) | 79 | (8) | 221 | 443 | 547 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 118 | 115 | 105 | 73 | 26 |
| Ending balance | 1,203 | 1,211 | 990 | 547 | 0 |
| Total P&I | $197 | $107 | $326 | $516 | $573 |

**MS Capital Equipment Loan** — NA Int. Rate | | Term (Yrs Remaining) | | |

| | | | 7 | 7 | |
|---|---|---|---|---|---|
| Beginning Balance | $0 | $0 | $0 | $0 | $0 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 0 | 0 | 0 | 0 | 0 |
| Ending balance | 0 | 0 | 0 | 0 | 0 |
| Total P&I | $0 | $0 | $0 | $0 | $0 |

**Total Debt** — 9.5% Avg Int Rate  6.11427818 Avg Term (Yrs Remaining)

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $35,398 | $29,609 | $21,819 | $15,394 | $8,168 |
| Principal Payment (Borrowing) | $5,789 | $7,789 | $6,425 | $7,225 | $2,684 |
| Prepayment | $0 | $0 | $0 | $0 | $0 |
| Interest Payment | $3,099 | $2,550 | $1,844 | $1,238 | $624 |
| Ending balance | 29,609 | 21,819 | 15,394 | 8,168 | 5,484 |
| Total P&I | $8,332 | $9,527 | $7,346 | $6,993 | $1,808 |

| | | | | | |
|---|---|---|---|---|---|
| Short Term Debt | 7,789 | 6,425 | 7,225 | 2,684 | 54 |
| Long Term Debt | 21,819 | 15,394 | 15,394 | 5,484 | 5,430 |

C - 8

12/14/98

## National Forge Company Holdings, Incorporated

| | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
| | | | | Projected Performance | | |
| **DEPRECIATION SCHEDULE** | | | | | | |
| Capital Expenditures Req'd. | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Total Depreciation on New Assets | $459 | $917 | $1,377 | $1,834 | $2,295 | $2,756 |
| Depreciation on Existing Assets | 3,740 | 3,325 | 2,909 | 2,494 | 2,078 | 1,663 |
| Total Depreciation Expense | $ 2,802 | $ 3,122 | $ 3,363 | $ 3,637 | $ 3,912 | $ 4,419 |
| Beginning Fixed Assets | $27,757 | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 |
| Less: Depr. (see Assumptions page) | (2,802) | (3,122) | (3,363) | (3,637) | (3,912) | (3,912) |
| Plus: Capital Exp. | 4,590 | 4,582 | 4,594 | 4,572 | 4,611 | 4,611 |
| Ending Fixed Assets | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,569 |

C - 9

**Exhibit D: Hypothetical ESOP Valuation – S Corporation
Capitalizing Taxes Saved in Perpetuity**

National Forge Compa[ny]  Holdings, Incorporated

12/14/98

| Assumptions | Jun-96 | Jun-97 | Jun-98 | Jun-99 (12 Months) | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|---|
| **Income Statement Assumptions** | | | | | | | | | |
| Revenue Growth | 11.6% | (1.1%) | (0.2%) | 8.0% | (0.8%) | 2.1% | 2.8% | 4.3% | 4.5% |
| Historical COGS as a % of Rev | 81.6% | 79.5% | 81.6% | | | | | | |
| Historical Gross Profit Margin | 18.4% | 20.5% | 18.4% | | | | | | |
| Historical Adj to COGS (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward COGS as a % of Rev | 81.6% | 79.5% | 81.6% | 79.7% | 80.4% | 77.9% | 78.5% | 78.6% | 78.6% |
| Going-forward Gross Profit margin | 18.4% | 20.5% | 18.4% | 20.3% | 19.6% | 22.1% | 21.5% | 21.4% | 21.4% |
| Historical SGA as a % of Rev (b4 Depr) | 10.2% | 10.9% | 10.4% | | | | | | |
| Historical Adj to SGA (in $) | $0 | $0 | $0 | | | | | | |
| Going-forward SGA % of Rev. (b4 Depr) | 10.2% | 10.9% | 10.4% | 11.0% | 11.1% | 10.7% | 10.6% | 10.3% | 10.1% |
| Tax Rate | 33.6% | 36.4% | 37.7% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |
| Total Depr. (from schedule or input) | $2,998 | $3,187 | $4,700 | $2,802 | $3,122 | $3,363 | $3,637 | $3,912 | |
| Amortization | | | | $ 1,065 | $ 1,065 | $ 1,057 | $ 1,057 | $ 1,057 | $ 1,057 |
| Avg Depreciable Life (Future) | | | | 10 Years | | | | | 10 Years |
| | | | | Avg Depreciable Life (Hist) | | | | | |
| **Balance Sheet Assumptions** | | | | | | | | | |
| Cash | $600 | $3,341 | $6,330 | Residual Account | | | | | |
| Avg A/R Turns (Sales/Avg A/R) | 7.8 | 5.7 | 5.8 | 5.6 | 5.5 | 5.6 | 5.6 | 5.7 | 5.7 |
| A/R Turnover (Sales/AR) | 5.0 | 6.7 | 5.2 | 5.5 | 5.6 | 5.6 | 5.5 | 5.5 | 5.5 |
| Avg Inventory Turns (COGS/Avg Inv) | 3.5 | 3.6 | 3.8 | 4.2 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 |
| Inventory Turns (COGS/Inv) | 3.7 | 3.7 | 3.9 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 |
| Other CA | 0.1% | 0.8% | 0.9% | | | | | | |
| Capital Expenditures | $3,274 | $5,074 | $4,129 | Fixed at LTM $ amount $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Error Message for CapEx | 0K | 0K | 0K | The Historical CapEx is calc'd based on 'Total Depr (from COGS & SGA detail)' abov | | | | | |
| Cap Ex as a % of Revenues | 3.7% | 5.8% | 4.7% | 4.8% | 4.9% | 4.8% | 4.6% | 4.5% | 4.3% |
| Fixed Assets/Rev. | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Investments & Advances - Eq. Method | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Investments & Advances - Other | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Intangibles | $4,820 | $4,619 | $10,373 | Fixed at LTM $ amount | | | | | |
| Deferred Charges | $7,259 | $6,443 | $6,235 | Fixed at LTM $ amount | | | | | |
| Other Assets | $11,004 | $10,463 | $9,837 | Fixed at LTM $ amount | | | | | |
| Avg A/P Turns (COGS/Avg A/P) | 11.8 | 13.9 | 13.1 | 12.8 | 14.0 | 13.8 | 13.9 | 14.0 | 14.1 |
| A/P Turns (COGS/AP) | 13.4 | 15.2 | 11.3 | 13.8 | 14.1 | 13.7 | 13.5 | 13.8 | 13.8 |
| Income Taxes Payable | $864 | $0 | $369 | 25% of Current Years Taxes (default), or can change to $0 or keep constant | | | | | |
| Other Current Liabilities | $7,696 | $8,333 | $9,355 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Other Liabilities | $31,163 | $32,119 | $33,010 | Fixed at LTM $ amount (default), or can change to % of Sales or % of Total Assets | | | | | |
| Deferred Taxes | $0 | $0 | $0 | Fixed at LTM $ amount | | | | | |
| Minority Interest | $2,079 | $1,278 | $0 | Fixed at LTM $ amount 1.8 | 1.9 | 1.9 | 2.5 | 3.4 | 4.1 |
| Current Ratio | 1.9 | 2.0 | 1.8 | 2.7 | 2.8 | 2.9 | 3.0 | 3.4 | 4.1 |
| Current Ratio (excl. Cur. Debt) | 2.7 | 2.8 | 2.6 | | | | | | |
| Pfd, Common, & Capital Surplus | $11,088 | $16,688 | $17,438 | Fixed at LTM $ amount | | | | | |
| Retained Earnings | | | | Last Year (not LTM) + NI of Current year | | | | | |
| **Valuation Assumptions** | | | | | | | | | |
| Perpetuity Growth Rate | | | | 4.5% | LTM Inflation | 4.0% | | Implied Real Growth | |
| Discount Rate | | | | 13.6% | WACC or APV? | APV | | | |
| % of 1st Year's CF to include | | | | 100% | DLOM | 5.0% | | | Trans Costs Amortize |
| Pre-Transaction Debt | $22,847 | $15,207 | $29,519 | $29,519 | Minority Discount | 0.0% | | | % of Trans Co |

Pre-Trans. MC Value      $56,084

Pre-Trans. Equity Value  $46,360

D - 1

12/14/98

## National Forge Company Holdings, Incorporated

| | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Projected Performance | | |
| **BALANCE SHEET** | | | | | | | | |
| **ASSETS** | | | | | | | | |
| Cash & Short Term Investments | $3,341 | $6,330 | $3,957 | $4,031 | $4,364 | $3,532 | $8,142 | $16,666 |
| Restricted Escrow | | $182 | 901 | 1,622 | 2,342 | 3,063 | 3,784 | 4,505 |
| Accounts Receivable | 13,189 | 16,887 | 17,176 | 16,852 | 17,281 | 17,828 | 18,630 | 19,468 |
| Inventory | 18,979 | 18,376 | 17,987 | 18,024 | 17,803 | 18,463 | 19,320 | 20,189 |
| Other Current Assets | 703 | 777 | 677 | 663 | 655 | 673 | 666 | 666 |
| Total Current Assets | $36,212 | $42,552 | $40,698 | $41,192 | $42,445 | $43,559 | $50,542 | $61,495 |
| Property, Plant & Equipment - Net | $25,559 | $27,757 | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,569 |
| Investments & Advances - Eq. Method | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments & Advances - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intangibles | 4,619 | 10,373 | 9,808 | 9,257 | 8,706 | 8,156 | 7,605 | 7,054 |
| Deferred Charges | 6,443 | 6,235 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 10,463 | 9,837 | 9,742 | 9,430 | 9,150 | 8,891 | 8,656 | 8,656 |
| Total Assets | $83,296 | $96,754 | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |
| **LIABILITIES** | | | | | | | | |
| Debt in Current Liabilities | $5,646 | $7,249 | $7,789 | $6,425 | $7,225 | $2,684 | $54 | $0 |
| Accounts Payable | 4,589 | 6,363 | 5,467 | 5,354 | 5,452 | 5,736 | 5,878 | 6,143 |
| Income Taxes Payable | 0 | 369 | 900 | 700 | 450 | 100 | 100 | 100 |
| Other Current Liabilities | 8,333 | 9,355 | 8,470 | 8,749 | 8,752 | 8,757 | 8,753 | 8,753 |
| Total Current Liabilities | $18,568 | $23,336 | $22,626 | $21,228 | $21,879 | $17,277 | $14,785 | $14,996 |
| Post Retirement Health Benefit Obligations | 32,119 | 33,010 | 33,029 | 33,828 | 34,586 | 35,298 | 35,954 | 35,954 |
| Total Long Term Debt | 9,561 | 22,270 | 21,819 | 15,394 | 8,168 | 5,484 | 5,430 | 5,430 |
| Deferred Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Retirement Pension Obligations | 1,278 | 0 | 363 | 213 | 63 | 0 | 0 | 0 |
| Total Liabilities | $61,526 | $78,616 | $77,838 | $70,663 | $64,697 | $58,059 | $56,169 | $56,380 |
| Preferred Stock | $3,500 | $0 | 0 | 0 | 0 | 0 | 0 | $0 |
| Common Stock | 3 | 5 | 8 | 9 | 9 | 9 | 9 | 9 |
| Capital Surplus | 13,185 | 17,433 | 22,978 | 28,237 | 29,737 | 31,237 | 32,737 | 32,737 |
| Retained Earnings | 5,282 | 1,333 | (3,289) | 641 | 8,576 | 16,885 | 26,307 | 37,198 |
| Less Treasury Stock, Contra Equity | (200) | (633) | (7,742) | (8,666) | (10,482) | (12,414) | (14,549) | (14,549) |
| Total Equities | $21,770 | $18,138 | $11,955 | $20,221 | $27,840 | $35,717 | $44,504 | $55,395 |
| Total Liabilities & Equities | $83,296 | $96,754 | $89,793 | $90,884 | $92,537 | $93,777 | $100,673 | $111,774 |

D - 2

## National Forge Company Holdings, Incorporated

12/14/98

| INCOME STATEMENT | Jun-96 | Jun-97 | Jun-98 | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 (Projected) | Jun-04 (Projected) |
|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $88,952 | $87,947 | $87,801 | $94,821 | $94,099 | $96,061 | $98,780 | $103,028 | $107,664 |
| Cost of Goods Sold (Including COGS Deprec.) | 72,608 | 69,932 | 71,634 | 75,595 | 75,694 | 74,826 | 77,506 | 81,011 | 84,656 |
| Gross Profit | $16,344 | $18,015 | $16,167 | $19,226 | $18,405 | $21,235 | $21,274 | $22,017 | $23,008 |
| SGA (Excl. Depr & Amort) | $9,045 | $9,622 | $9,123 | $10,455 | $10,450 | $10,264 | $10,429 | $10,585 | $10,905 |
| SGA D&A (Incl. Financing Costs Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income after Deprec. | $7,299 | $8,393 | $7,042 | $8,771 | $7,955 | $10,971 | $10,845 | $11,432 | $12,103 |
| Other Expense (Incl. Fin & Other Amort) | ($683) | ($875) | ($1,057) | $ (1,182) | $ (1,250) | $ (771) | $ (742) | $ (713) | $ - |
| Interest Income (NF Components) | 0 | 0 | 0 | 10 | 22 | 32 | 42 | 52 | 52 |
| Interest (Expense) | (3,053) | (2,224) | (1,958) | (3,099) | (2,550) | (1,844) | (1,238) | (624) | (425) |
| Special Item Income (Expense) | 0 | 0 | 0 | (8,677) | 0 | 0 | 0 | 0 | 0 |
| Pretax Income | $3,563 | $5,294 | $4,027 | (4,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 |
| Income Tax | 1,196 | 1,928 | 1,519 | (445) | (247) | (453) | (598) | (726) | (839) |
| Net Income before E&D | $2,367 | $3,366 | $2,513 | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Extra. Income (Expense) & Disc. Operations | 0 | 0 | (723) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income after E&D | $2,367 | $3,366 | $1,799 | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Preferred Dividends | 351 | 350 | 268 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $2,016 | $3,016 | $1,522 | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |

D - 3

12/14/98

## National Forge Company Holdings, Incorporated

| CASH STATEMENT BY ACTIVITY | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 | Jun-04 |
|---|---|---|---|---|---|---|
| **Operating Activity** | | | | | | |
| Working Capital (Uses) | ($289) | $324 | ($429) | ($547) | ($802) | ($838) |
| Decr (Incr) in Acct. Rec. | (719) | (721) | (720) | (721) | (721) | (721) |
| Decr (Incr) in Escrow | 389 | (37) | 221 | (660) | (857) | (869) |
| Decr (Incr) in Inventory | 100 | 14 | 8 | (18) | 7 | 0 |
| Decr (Incr) in Other CA | 0 | 0 | 0 | 0 | 0 | 0 |
| Decr (Incr) in Invest./Advances-Equity | (565) | (551) | (551) | (550) | (551) | (551) |
| (Decr) Incr in Invest and Goodwill | 6,235 | 0 | 0 | 0 | 0 | 0 |
| Decr (Incr) in Deferred Charges | 95 | 312 | 280 | 259 | 235 | 0 |
| Decr (Incr) in Other LT Assets | (896) | (113) | 98 | 284 | 142 | 265 |
| Incr (Decr) in Accts. Payable | 531 | (200) | (250) | (350) | 0 | 0 |
| Incr (Decr) in Taxes Payable | (885) | 279 | 3 | 5 | (4) | 0 |
| Incr (Decr) in Other Current Liab. | 382 | 649 | 608 | 649 | 656 | 0 |
| Pension Liability Increase | 37 | 37 | 45 | 43 | 45 | 1,102 |
| Other | 37 | (37) | 45 | 43 | 45 | 0 |
| **Total WC (Uses)** | $4,415 | ($37) | ($687) | ($1,606) | ($1,850) | ($1,613) |
| | | | | | | |
| Net Income (Loss) | ($4,622) | $3,930 | $7,935 | $8,309 | $9,421 | $10,891 |
| Depreciation & Amort. | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 3,912 |
| **Net Cash From Operations** | $3,660 | $8,110 | $11,668 | $11,397 | $12,540 | $13,190 |
| | | | | | | |
| **Investment Activity** | | | | | | |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| | | | | | | |
| **Financing Activities** | | | | | | |
| Less Purchase of Treasury Stock (ESOP Rep | (7,109) | (924) | (1,816) | (1,932) | (2,135) | 0 |
| Less Purchase Com. & Pref. Stock | 5,548 | 5,260 | 1,500 | 1,500 | 1,500 | 0 |
| Less Cash Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Long-Term Debt Issuance | (451) | (6,425) | (7,225) | (2,684) | (54) | (54) |
| Current Debt Change | 540 | (1,364) | 800 | (4,541) | (2,630) | 0 |
| Other Financial Activity Cash Sources (Uses | 28 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Incr (Decr) from Financing** | ($1,443) | ($3,453) | ($6,741) | ($7,657) | ($3,319) | ($54) |
| | | | | | | |
| Cash and Equiv. Incr (Decr) | (2,373) | 75 | 332 | (832) | 4,610 | 8,525 |
| Change in Cash Balances | (2,373) | 75 | 332 | (832) | 4,610 | 8,525 |

D - 4

12/14/98

## National Forge Company Holdings, Incorporated

|  | 12 Months Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual |
|---|---|---|---|---|---|---|
|  |  | Projected Performance | | | | CapFactor |
| **CASH FLOWS** | | | | | | |
| Operating Income after non-ded. Depr. | $8,186 | $7,370 | $10,386 | $10,260 | $10,847 | $12,103 |
| Plus ESOP Contrib. incl. as Op. Exp. | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Op. Inc. + ESOP Contrib. | $13,731 | $12,629 | $11,886 | $11,760 | $12,347 | $12,103 |
| Less C-Corp. Taxes @ 39% | (5,355) | (4,925) | (4,636) | (4,586) | (4,815) | (4,720) |
| Plus Depreciation & Amortization | 3,867 | 4,187 | 4,420 | 4,694 | 4,969 | 4,969 |
| LIFO charge Add-back | 0 | 0 | 0 | 0 | 0 | 0 |
| WC net of charge on Def Taxes | (2,757) | (7) | (687) | (1,606) | (1,859) | (1,613) |
| Less Capital Expenditures | (4,590) | (4,582) | (4,594) | (4,572) | (4,611) | (4,611) |
| Net Cash Flow | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | $6,128 |
| % of CF realized after 06/30/98 | 100% | 100% | 100% | 100% | 100% | 100% |
| Cash Flow Applied to NPV | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | $6,128 |
| **RESIDUAL VALUE** | | | | | | |
| Residual Value, assuming 4.5% long term growth of cash flows | | | Implied EBIT Multiple 5.0 | | | |
| **UNLEVERAGED FIRM VALUE** | | | | | | |
| Unlev. Operating Free Cash Flow | $4,896 | $7,302 | $6,389 | $5,690 | $6,040 | |
| Residual Value | 58,792 | 59,462 | 61,134 | 63,733 | 66,334 | |
| Total Cash Flows | $63,688 | $66,763 | $67,523 | $69,423 | $72,374 | |
| Unleveraged Cost of Equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | |
| Unleveraged Firm Value (Jun-98) | $56,084 | $58,792 | $59,462 | $61,134 | $63,733 | |
| **C-CORP VALUE OF TAX SHIELD VALUE FROM DEBT & ESOP IN CAPITAL STRUCTURE** | | | | | | |
| Pretax Income | ($4,177) | $4,177 | $8,388 | $8,907 | $10,147 | $11,730 |
| Pre-Transaction ESOP Principal | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | 0 |
| Interest Expense | 3,099 | 2,550 | 1,844 | 1,238 | 624 | 425 |
| Pretax Unleveraged Income | $4,467 | $11,986 | $11,732 | $11,645 | $12,271 | $12,155 |
| Pretax Income (Leveraged) | (4,177) | 4,177 | 8,388 | 8,907 | 10,147 | 11,730 |
| Tax on Unleveraged Pretax Income | $1,742 | $4,675 | $4,575 | $4,542 | $4,786 | $4,741 |
| Tax on Leveraged Pretax Income | (1,629) | 1,629 | 3,271 | 3,474 | 3,958 | 4,575 |
| Tax Savings due to Interest + ESOP | $3,371 | $3,046 | $1,304 | $1,068 | $828 | $166 |
| NPV of Tax Shield (13.6% rate) | 7,302 | 4,920 | 2,542 | 1,582 | 729 | |

The Taxes Saved in the Current year are not accounted for in the Tax Shield Calculation

The Tax Shields were calculated based on savings for the next ten years

D - 5

12/14/98

## National Forge Company Holdings, Incorporated

Projected Performance

### S-CORP VALUE OF TAX SAVINGS

| | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 | |
|---|---|---|---|---|---|---|
| Operating Income | $8,186 | $7,370 | $10,386 | $10,260 | $10,847 | |
| Plus: ESOP Contribution | 5,545 | 5,259 | 1,500 | 1,500 | 1,500 | |
| Adjusted Operating Income | $13,731 | $12,629 | $11,886 | $11,760 | $12,347 | |
| Less: Total Taxes (UK & US) at 39% | $5,355 | $4,925 | $4,636 | $4,586 | $4,815 | |
| Less: UK Taxes | (445) | (247) | (453) | (598) | (726) | |
| Total Taxes Saved | $4,910 | $4,678 | $4,183 | $3,988 | $4,089 | $4,273 |
| Taxes Saved under C-Corp | $3,371 | $3,046 | $1,304 | $1,068 | $828 | $166 |
| Incremental Tax Savings | $1,539 | $1,633 | $2,878 | $2,921 | $3,261 | $4,108 |
| % Of Savings Applied | 100% | 100% | 100% | 100% | 100% | 100% |
| Total Tax Savings Applied | $1,539 | $1,633 | $2,878 | $2,921 | $3,261 | $4,108 |
| NPV of Tax Shield (13.6% rate) | $17,871 | $18,856 | $18,878 | $18,865 | $18,551 | |

The Taxes Saved in the Current year are not accounted for in the Tax Shield Calculation

The Tax Shields were calculated based on savings for the next ten years

### SUMMARY:

| | Jun-98 | Jun-99 | Jun-00 | Jun-01 | Jun-02 |
|---|---|---|---|---|---|
| Unlevered Firm Value | $56,084 | $58,792 | $59,462 | $61,134 | $63,733 |
| C-Corp. PV of Interest & ESOP Tax Shield | 7,202 | 4,920 | 2,542 | 1,582 | 729 |
| S-Corp. PV of Incremental Tax Shield | 17,871 | 18,856 | 18,878 | 18,865 | 18,551 |
| PV Mitchell NOL, Unlevered | 175 | 0 | 0 | 0 | 0 |
| Market Capital Value | $81,432 | $82,569 | $80,882 | $81,582 | $83,014 |
| Less: Capital Debt + Buyout Debt | ($35,398) | ($29,609) | ($21,819) | ($15,394) | ($8,168) |
| Less: Non-Tax Adjusted SAR Value | ($2,087) | ($2,240) | ($2,468) | ($2,974) | ($2,974) |
| Plus: Excess Cash post Buyout | $4,853 | $3,707 | $3,781 | $4,114 | $3,282 |
| Total Mkt. Control Equity Value | $48,800 | $54,430 | $60,380 | $67,330 | $75,150 |
| Marketability Discount (5.0%) | (2,440) | (2,720) | (3,020) | (3,370) | (3,760) |
| Control Equity Value (after Marketability Discount) | $46,360 | $51,710 | $57,360 | $63,960 | $71,390 |
| Shares Outstanding | 620 | 620 | 620 | 620 | 620 |
| Per Share Value | 74.82 | 83.45 | 92.57 | 103.22 | 115.21 |

D - 6

National Forge Company Holding Incorporated

12/14/98

|  | 12 Months Jun-99 | Jun-00 | Jun-01 | Projected Performance Jun-02 | Jun-03 |
|---|---|---|---|---|---|
| **DEBT AMORTIZATION** | | | | | |
| Total Debt | $29,519 | | | | |
| Sum of Debt below | $35,398 | | | | |
| | | | | | |
| **NF Europe** | 9.00% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $5,430 | $5,430 | $5,430 | $5,430 | $5,430 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Prepayment | 495 | 474 | 458 | 442 | 425 |
| Interest Payment | 5,430 | 5,430 | 5,430 | 5,430 | 5,430 |
| Ending balance | | | | | |
| | | | | | |
| Total P&I | $495 | $474 | $458 | $442 | $425 |
| | | | | | |
| **Chase Term Loan** | 8.50% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $21,411 | $16,846 | $10,459 | $5,585 | $525 |
| Principal Payment (Borrowing) | 4,565 | 6,387 | 4,874 | 5,060 | 525 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 1,820 | 1,432 | 889 | 475 | 45 |
| Ending balance | 16,846 | 10,459 | 5,585 | 525 | 0 |
| | | | | | |
| Total P&I | $6,385 | $7,819 | $5,763 | $5,535 | $570 |
| | | | | | |
| **MELF, Pipeline & Cap Lease** | 4.6% Int. Rate | | 7 | Term (Yrs Remaining) | |
| Beginning Balance | $460 | $267 | $182 | $93 | $0 |
| Principal Payment (Borrowing) | 193 | 85 | 89 | 93 | 0 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 17 | 10 | 6 | 2 | 0 |
| Ending balance | 267 | 182 | 93 | 0 | 0 |
| | | | | | |
| Total P&I | $210 | $95 | $95 | $95 | $0 |
| | | | | | |
| **Buyout Loan** | 10.0% Int. Rate | | 5 | Term (Yrs Remaining) | |
| Beginning Balance | $5,882 | $4,706 | $3,529 | $2,353 | $1,176 |
| Principal Payment (Borrowing) | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 561 | 436 | 312 | 187 | 62 |
| Ending balance | 4,706 | 3,529 | 2,353 | 1,176 | 0 |
| | | | | | |
| Total P&I | $1,738 | $1,613 | $1,488 | $1,363 | $1,239 |
| | | | | | |
| **NS Overdraft Reserve** | 7.0% Int. Rate | | 1 | Term (Yrs Remaining) | |
| Beginning Balance | $705 | $555 | $152 | $149 | $74 |
| Principal Payment (Borrowing) | 150 | 403 | 3 | 75 | 74 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 25 | 11 | 8 | 3 |
| Ending balance | 555 | 152 | 149 | 74 | 0 |
| | | | | | |
| Total P&I | $194 | $428 | $14 | $83 | $77 |

D - 7

12/14/98

## National Forge Company Holdin    Incorporated

**NW Forgemasters Overdraft** — NA Int. Rate | 2 | 2 | Term (Yrs Remaining) | Projected Performance

| | | | 2 | Term (Yrs Remaining) | Projected Performance |
|---|---|---|---|---|---|
| Beginning Balance | $228 | $602 | $856 | $794 | $416 |
| Principal Payment (Borrowing) | (374) | (254) | 0 | 378 | 362 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 44 | 58 | 64 | 51 | 63 |
| Ending balance | 602 | 856 | 794 | 416 | 54 |
| Total P&I | ($330) | ($196) | $126 | $429 | $425 |

**NFS Capital Equipment Lease** — 9.5% Int. Rate | 2 | 2 | Term (Yrs Remaining)

| | | | 2 | Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $1,282 | $1,203 | $1,211 | $990 | $547 |
| Principal Payment (Borrowing) | 79 | (8) | 221 | 443 | 547 |
| Prepayment | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 118 | 115 | 105 | 73 | 26 |
| Ending balance | 1,203 | 1,211 | 990 | 547 | 0 |
| Total P&I | $197 | $107 | $326 | $516 | $573 |

**NFS Capital Equipment Loan** — NA Int. Rate | 7 | 7 | Term (Yrs Remaining)

| | | | 7 | Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $0 | $0 | $0 | $0 | $0 |
| Principal Payment (Borrowing) | 0 | 0 | 0 | 0 | 0 |
| Interest Payment | 0 | 0 | 0 | 0 | 0 |
| Ending balance | 0 | 0 | 0 | 0 | 0 |
| Total P&I | $0 | $0 | $0 | $0 | $0 |

**Total Debt** — 9.5% Avg Int Rate | 6.11427818 Avg Term (Yrs Remaining)

| | | | | Avg Term (Yrs Remaining) | |
|---|---|---|---|---|---|
| Beginning Balance | $35,398 | $29,609 | $21,819 | $15,394 | $8,168 |
| Principal Payment (Borrowing) | $5,789 | $7,789 | $6,425 | $7,225 | $2,684 |
| Prepayment | $0 | $0 | $0 | $0 | $0 |
| Interest Payment | $3,099 | $2,550 | $1,844 | $1,238 | $624 |
| Ending balance | 29,609 | 21,819 | 15,394 | 8,168 | 5,484 |
| Total P&I | $8,332 | $9,527 | $7,346 | $6,993 | $1,808 |
| Short Term Debt | 7,789 | 6,425 | 7,225 | 2,684 | 54 |
| Long Term Debt | 21,819 | 15,394 | 8,168 | 5,484 | 5,430 |

D - 8

National Forge Company Holdings, Incorporated

12/14/98

| | 12 Months Jun-99 | Projected Performance |||||
|---|---|---|---|---|---|---|
| | | Jun-00 | Jun-01 | Jun-02 | Jun-03 | Residual |
| **DEPRECIATION SCHEDULE** | | | | | | |
| Capital Expenditures Req'd. | $4,590 | $4,582 | $4,594 | $4,572 | $4,611 | $4,611 |
| Total Depreciation on New Assets | $459 | $917 | $1,377 | $1,834 | $2,295 | $2,756 |
| Depreciation on Existing Assets | 3,740 | 3,325 | 2,909 | 2,494 | 2,078 | 1,663 |
| Total Depreciation Expense | $ 2,802 | $ 3,122 | $ 3,303 | $ 3,637 | $ 3,912 | $4,419 |
| Beginning Fixed Assets | $27,757 | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 |
| Less: Depr. (see Assumptions page) | (2,802) | (3,122) | (3,363) | (3,637) | (3,912) | (3,912) |
| Plus: Capital Exp. | 4,590 | 4,582 | 4,594 | 4,572 | 4,611 | 4,611 |
| Ending Fixed Assets | $29,545 | $31,005 | $32,236 | $33,171 | $33,870 | $34,569 |

D - 9