Exhibit E
National Forge Company Holdings, Inc.'s
Business Valuation as of June 30, 1999

P166

# NATIONAL FORGE COMPANY HOLDINGS, INC.

# BUSINESS VALUATION

June 30, 1999

Prepared By

Valuemetrics, Inc.
150 East 52nd Street
New York, NY 10022
(212) 980-5800

Issued September 20, 1999

## National Forge Company

| SUMMARY | Jun-99 | Jun-00 | Jun-01 | Jun-02 | Jun-03 |
|---|---|---|---|---|---|
| | | | | Projected Performance | |
| Unleveraged Firm Value | $54,695 | $59,024 | $64,914 | $68,823 | $70,327 |
| PV of Interest & ESOP Tax Shield | 7,453 | 5,470 | 4,746 | 4,251 | 3,758 |
| Plus: Nonoperating Assets | 0 | 0 | 0 | 0 | 0 |
| Plus: WC Excess (Deficit) | 0 | 0 | 0 | 0 | 0 |
| Plus: Mitchell, Shackleton NOL | 265 | 236 | 126 | 0 | 0 |
| Market Capital Value | $62,413 | $64,731 | $69,787 | $73,074 | $74,085 |
| Less: Capital Debt | (24,054) | (21,497) | (18,786) | (13,429) | (3,855) |
| Less: Tax Adjusted SAR Value | ($530) | ($600) | ($710) | ($830) | ($980) |
| Total Mkt. Control Equity Value | $37,829 | $42,634 | $50,291 | $58,815 | $69,250 |
| Minority Interest Discount (13.0%) | 0 | 0 | 0 | 0 | 0 |
| Marketable Control Value of Equity | $37,829 | $42,634 | $50,291 | $58,815 | $69,250 |
| Marketability Discount (5.0%) | (1,891) | (2,132) | (2,515) | (2,941) | (3,463) |
| Minority Equity Value (Rounded) | $35,940 | $40,500 | $47,780 | $55,870 | $65,790 |
| (after Marketability Discount) | | | | | |
| shares outstanding | 619,318 | 619,318 | 619,318 | 619,318 | 619,318 |
| Implied Per Share Value | $58.03 | $65.39 | $77.15 | $90.21 | $106.23 |

B - 6