

Mitchell, Shackleton & Co. Ltd.

Sales



Mitchell, Shackleton & Co. Ltd.

Operating Profits

P245



Mitchell, Shackleton & Co. Ltd.

Operating Profit Percentages

P246



Mitchell, Shackleton & Co. Ltd.

Annual Operating Profit/Employee

P247



Mitchell, Shackleton & Co. Ltd.

Rolling Twelve-Month Period-Sales and Operating Profit

Twelve-Month Rolling Period for Sales

Twelve-Month Rolling Period for Operating Profit

Mitchell, Shackleton & Co. Ltd.

## Annual Sales/Employee



Mitchell, Shackleton & Co. Ltd.

Annual Sales/Hours Worked Hourly

P250



Mitchell, Shackleton & Co. Ltd.

Bookings

Mitchell, Shackleton & Co. Ltd.



Quarter Ending Backlog

North Wes    gemasters Ltd.
A Subsidiary of Nauonal Forge Europe Ltd.
Results of Operations
For the first quarter ended September 30, 1999 and September 30, 1998
*(dollars in thousands)*

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | % Better or (Worse) Than Plan | First Quarter FY 1999 | Better or (Worse) Than FY 99 | % Better or (Worse) Than FY 99 | FY 00 Business Plan |
|---|---|---|---|---|---|---|---|---|
| Sales-customers | $773 | $1,005 | ($232) | (23.1)% | $1,498 | ($725) | (48.4)% | $4,458 |
| Sales-intercompany | 2 | 0 | 2 | 0.0 | 5 | (3) | (60.0) | 0 |
| Net Sales | 775 | 1,005 | (230) | (22.9) | 1,503 | (728) | (48.4) | 4,458 |
| Cost of sales: | | | | | | | | |
| Material | 391 | 465 | 74 | 15.9 | 883 | 492 | 55.7 | 2,064 |
| Labor | 59 | 61 | 2 | 3.3 | 69 | 10 | 14.5 | 270 |
| Overhead | 108 | 152 | 44 | 28.9 | 124 | 16 | 12.9 | 673 |
| Errors and defects | 0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 |
| Cost of sales | 558 | 678 | 120 | 17.7 | 1,076 | 518 | 48.1 | 3,007 |
| Gross profit | 217 | 327 | (110) | (33.6) | 427 | (210) | (49.2) | 1,451 |
| Selling | 37 | 65 | 28 | 43.1 | 65 | 28 | 43.1 | 262 |
| Administrative | 106 | 124 | 18 | 14.5 | 137 | 31 | 22.6 | 503 |
| Operating profit | 74 | 138 | (64) | (46.4) | 225 | (151) | (67.1) | 686 |
| Other expense (income) | 0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 |
| Interest expense (income) | 4 | 6 | 2 | 33.3 | 2 | (2) | (100.0) | 40 |
| Pre-tax profit | $70 | $132 | ($62) | (47.0)% | $223 | ($153) | (68.6)% | $646 |

As a percent of net sales

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | | First Quarter FY 1999 | Better or (Worse) Than FY 99 | | FY 00 Business Plan |
|---|---|---|---|---|---|---|---|---|
| Net Sales | 100.0% | 100.0% | 0.0% | | 100.0% | 0.0% | | 100.0% |
| Cost of sales: | | | | | | | | |
| Material | 50.5 | 46.3 | (4.2) | | 58.7 | 8.3 | | 46.3 |
| Labor | 7.6 | 6.1 | (1.5) | | 4.6 | (3.0) | | 6.1 |
| Overhead | 13.9 | 15.1 | 1.2 | | 8.3 | (5.7) | | 15.1 |
| Errors and defects | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | | 0.0 |
| Cost of sales | 72.0 | 67.5 | (4.5) | | 71.6 | (0.4) | | 67.5 |
| Gross profit | 28.0 | 32.5 | (4.5) | | 28.4 | (0.4) | | 32.5 |
| Selling and administrative | 18.5 | 18.8 | 0.4 | | 13.4 | (5.0) | | 17.2 |
| Operating profit | 9.5 | 13.7 | (4.2) | | 15.0 | (5.4) | | 15.4 |
| Other expense (income) | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | | 0.0 |
| Interest expense (income) | 0.5 | 0.6 | 0.1 | | 0.1 | (0.4) | | 0.9 |
| Pre-tax profit | 9.0 | 13.1 | (4.1) | | 14.8 | (5.8) | | 14.5 |

LLC 10/21/99

North West Forgemasters Ltd.

Subsidiary of National Forge Europe Ltd.

Balance Sheet

*(dollars in thousands)*

|  | September 30, 1999 Actual | September 30, 1998 Actual |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $0 | $0 |
| Accounts receivable | 781 | 1,518 |
| Intercompany receivables | 1,003 | 600 |
| Inventories: | | |
| Work in process | 137 | 197 |
| Supplies | 140 | 155 |
| Total Inventories | 277 | 352 |
| Prepaid expenses | 0 | 0 |
| **Total Current Assets** | 2,061 | 2,470 |
| Property, Plant and Equipment - net | 479 | 547 |
| Other Assets | 0 | 0 |
| **TOTAL ASSETS** | $2,540 | $3,017 |
| **LIABILITIES** | | |
| **Current Liabilities:** | | |
| Notes payable | $357 | $129 |
| Current portion of long term debt | 0 | 0 |
| Accounts payable | 576 | 1,003 |
| Salaries, wages and commissions | 0 | 0 |
| Accrued taxes on income | 384 | 265 |
| Accrued pension | 0 | 0 |
| Customer deposits | 0 | 0 |
| Other accrued liabilities | 58 | 117 |
| **Total Current Liabilities** | 1,375 | 1,514 |
| Long Term Debt | 0 | 0 |
| Intercompany Payables | 0 | 0 |
| **TOTAL LIABILITIES** | 1,375 | 1,514 |
| **SHAREHOLDERS' EQUITY** | | |
| Common Stock | 2 | 2 |
| Additional Paid in Capital | 1,004 | 1,004 |
| Retained Earnings (Deficit) | 173 | 452 |
| Foreign Currency Translation Adjustment | (14) | 45 |
| **TOTAL COMMON SHAREHOLDERS' EQUITY** | 1,165 | 1,503 |
| **TOTAL LIABILITIES AND EQUITY** | $2,540 | $3,017 |
| **WORKING CAPITAL** | $686 | $956 |

North West Forgemasters Ltd.
Subsidiary of National Forge Europe Ltd.
Statement of Cash Flows
Period Ended September 30, 1999 and September 30, 1998

*(dollars in thousands)*

|  | First quarter | |
|---|---|---|
|  | **FY 2000** | FY 1999 |
| **Cash Flows From Operating Activities:** | | |
| Net income (loss) | $49 | $153 |
| Adjustment to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Depreciation | 16 | 11 |
| Deferred taxes | 0 | 0 |
| Change in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | 8 | 33 |
| (Increase) decrease in inventories | 0 | 167 |
| (Increase) decrease in prepaid expenses | 0 | 0 |
| Increase (decrease) in accounts payable | (64) | (43) |
| Increase (decrease) in income taxes | 37 | 20 |
| Increase (decrease) in customer deposits | 0 | 0 |
| Increase (decrease) in all other current liabilities | | |
| (excluding borrowings) | 30 | 27 |
| Other net | 0 | 0 |
| **Net Cash Provided By (Used For) Operating Activities** | 76 | 368 |
| **Cash Flows From Investing Activities:** | | |
| (Additions) reductions of property, plant and equipment | (2) | (25) |
| **Net Cash Used In Investing Activities** | (2) | (25) |
| **Cash Flows From Financing Activities:** | | |
| Additional (repayment of) borrowings | 193 | (99) |
| Dividend payment | (262) | 0 |
| Increase (decrease) in intercompany account | (42) | (263) |
| **Net Cash Provided By Financing Activities** | (111) | (362) |
| Change in cumulative foreign currency | | |
| translation adjustment | 37 | 19 |
| **Increase (Decrease) In Cash And Cash** | | |
| **Equivalents** | $0 | $0 |

National [ ]    Europe, Ltd.
Including Only Nortu West Forgemasters Ltd.
Results of Operations
For the first quarter ended September 30, 1999 and September 30, 1998

*(dollars in thousands)*

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | % Better or (Worse) Than Plan | First Quarter FY 1999 | Better or (Worse) Than FY 99 | % Better or (Worse) Than FY 99 | FY 00 Business Plan |
|---|---|---|---|---|---|---|---|---|
| Sales-customers | $773 | $1,005 | ($232) | (23.1)% | $1,498 | ($725) | (48.4)% | $4,458 |
| Sales-intercompany | 2 | 0 | 2 | 0.0 | 5 | (3) | (60.0) | 0 |
| Net Sales | 775 | 1,005 | (230) | (22.9) | 1,503 | (728) | (48.4) | 4,458 |
| Cost of sales: | | | | | | | | |
| Material | 391 | 465 | 74 | 15.9 | 883 | 492 | 55.7 | 2,064 |
| Labor | 59 | 61 | 2 | 3.3 | 69 | 10 | 14.5 | 270 |
| Overhead | 108 | 152 | 44 | 28.9 | 124 | 16 | 12.9 | 673 |
| Errors and defects | 0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 |
| Cost of sales | 558 | 678 | 120 | 17.7 | 1,076 | 518 | 48.1 | 3,007 |
| Gross profit | 217 | 327 | (110) | (33.6) | 427 | (210) | (49.2) | 1,451 |
| Selling | 37 | 65 | 28 | 43.1 | 65 | 28 | 43.1 | 262 |
| Administrative | 119 | 136 | 17 | 12.5 | 139 | 20 | 14.4 | 551 |
| Operating profit | 61 | 126 | (65) | (51.6) | 223 | (162) | (72.6) | 638 |
| Other expense (income) | 74 | 74 | 0 | 0.0 | 77 | 3 | 3.9 | 297 |
| Interest expense | 76 | 82 | 6 | 7.3 | 129 | 53 | 41.1 | 348 |
| Pre-tax profit (loss) | ($89) | ($30) | ($59) | (196.7)% | $17 | ($106) | (623.5)% | ($57) |

As a percent of net sales

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | | First Quarter FY 1999 | Better or (Worse) Than FY 99 | | FY 00 Business Plan |
|---|---|---|---|---|---|---|---|---|
| Net Sales | 100.0% | 100.0% | 0.0% | | 100.0% | 0.0% | | 100.0% |
| Cost of sales: | | | | | | | | |
| Material | 50.5 | 46.3 | (4.2) | | 58.7 | 8.3 | | 46.3 |
| Labor | 7.6 | 6.1 | (1.5) | | 4.6 | (3.0) | | 6.1 |
| Overhead | 13.9 | 15.1 | 1.2 | | 8.3 | (5.7) | | 15.1 |
| Errors and defects | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | | 0.0 |
| Cost of sales | 72.0 | 67.5 | (4.5) | | 71.6 | (0.4) | | 67.5 |
| Gross profit | 28.0 | 32.5 | (4.5) | | 28.4 | (0.4) | | 32.5 |
| Selling and administrative | 20.1 | 20.0 | (0.1) | | 13.6 | (6.6) | | 18.2 |
| Operating profit | 7.9 | 12.5 | (4.7) | | 14.8 | (7.0) | | 14.3 |
| Other expense (income) | 9.5 | 7.4 | (2.2) | | 5.1 | (4.4) | | 6.7 |
| Interest expense | 9.8 | 8.2 | (1.6) | | 8.6 | (1.2) | | 7.8 |
| Pre-tax profit (loss) | (11.5) | (3.0) | (8.5) | | 1.1 | (12.6) | | (0.2) |

LLC 10/27/99

**National Forge Europe Ltd.**

**Subsidiary of National Forge Company**

**Balance Sheet**

*(dollars in thousands)*

|  | September 30, 1999 Actual | September 30, 1998 Actual |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $473 | $395 |
| Accounts receivable | 3 | 0 |
| Intercompany receivables | 0 | 0 |
| Inventories: | | |
| Work in process | 0 | 0 |
| Supplies | 0 | 0 |
| Total Inventories | 0 | 0 |
| Prepaid expenses | 3 | 0 |
| **Total Current Assets** | 479 | 395 |
| Property, Plant and Equipment - net | 0 | 0 |
| Investment in subsidiaries | 5,108 | 5,108 |
| Other Assets | 0 | 0 |
| Goodwill | 5,503 | 5,993 |
| **TOTAL ASSETS** | $11,090 | $11,496 |
| **LIABILITIES** | | |
| **Current Liabilities:** | | |
| Notes payable | $0 | $0 |
| Current portion of long term debt | 1,138 | 1,112 |
| Accounts payable | 20 | 10 |
| Salaries, wages and commissions | 0 | 0 |
| Accrued taxes on income | (185) | (42) |
| Other accrued liabilities | 0 | 0 |
| **Total Current Liabilities** | 973 | 1,080 |
| Long Term Debt | 3,503 | 4,413 |
| Intercompany Payables | 1,191 | 731 |
| **TOTAL LIABILITIES** | 5,667 | 6,224 |
| **SHAREHOLDERS' EQUITY** | | |
| Common Stock | 5,709 | 5,709 |
| Additional Paid in Capital | 0 | 0 |
| Retained Earnings (Deficit) | (301) | (447) |
| Foreign Currency Translation Adjustment | 15 | 10 |
| **TOTAL COMMON SHAREHOLDERS' EQUITY** | 5,423 | 5,272 |
| **TOTAL LIABILITIES AND EQUITY** | $11,090 | $11,496 |
| **WORKING CAPITAL** | ($494) | ($685) |

P257

LLC: 10/21/99

National Forge Europe Ltd.

A Subsidiary of National Forge Company

Statement of Cash Flows

Period Ended September 30, 1999 and September 30, 1998

*(dollars in thousands)*

| | First quarter | |
| --- | --- | --- |
| | FY 2000 | FY 1999 |
| **Cash Flows From Operating Activities:** | | |
| Net income (loss) | $128 | ($168) |
| Adjustment to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Depreciation | 0 | 0 |
| Deferred taxes | 0 | 0 |
| Amortization | 74 | 77 |
| Change in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | (1) | 0 |
| (Increase) decrease in inventories | 0 | 0 |
| (Increase) decrease in prepaid expenses | 0 | 3 |
| Increase (decrease) in accounts payable | (15) | (85) |
| Increase (decrease) in income taxes | (33) | 34 |
| Increase (decrease) in customer deposits | 0 | 0 |
| Increase (decrease) in all other current liabilities | | |
| (excluding borrowings) | 0 | 0 |
| Other net | (235) | (115) |
| **Net Cash Provided By (Used For) Operating Activities** | (82) | (254) |
| **Cash Flows From Investing Activities:** | | |
| (Additions) reductions of property, plant and equipment | 0 | 0 |
| **Net Cash Used In Investing Activities** | 0 | 0 |
| **Cash Flows From Financing Activities:** | | |
| Additional (repayment of) borrowings | 196 | 105 |
| Increase (decrease) in intercompany account | 84 | 346 |
| **Net Cash Provided By Financing Activities** | 280 | 451 |
| Change in cumulative foreign currency | | |
| translation adjustment | 8 | 6 |
| **Increase (Decrease) In Cash And Cash** | | |
| **Equivalents** | $206 | $203 |

# NORTH WEST FORGEMASTERS LTD.

## QUARTERLY REPORT TO NATIONAL FORGE COMPANY BOARD OF DIRECTORS

### OCTOBER, 1999

## 1. FINANCIAL UPDATE

The trading performance achieved in the first quarter of FY2000 continues to be disappointing with sales representing only 78 percent of Business Plan and 74 percent of the comparative actual figure for the previous year though to some extent this was distorted by the inclusion of flanges in the early part of FY99.

This reduction in volume together with increased pressure on margins has resulted in the return on sales falling below 10 percent.

Whilst it would be possible to reduce costs by declaring a small redundancy exercise, it is currently considered more important to retain the skills and focus upon a number of marketing initiatives to increase sales.

A comparison with the previous year reveals that the pre-tax net profit is £12,000 higher, however, it is considered very unlikely that the current Business Plan projections of £2,750,000 sales and a pre-tax profit of £402,000 are achievable. The revised forecast will be included in the three-year strategic plan, which is currently being compiled.

### 3 MONTHS ENDED SEPTEMBER, 1999
£000's

| 1st Quarter FY 1999 Actual | | 1st Quarter FY 2000 Actual | FY 2000 Business Plan |
|---|---|---|---|
| £655 | Sales | £483 | £620 |
| £154 | Manufacturing Profit | £134 | £201 |
| 23.5% | % of Sales | 27.7% | 32.4% |
| £32 | Trading Profit | £45 | £85 |
| £31 | Net Profit | £43 | £81 |
| 4.7% | Return on Sales | 8.9% | 13.1% |
| 66.0% | Return on Net Assets | 54.8% | 103.2% |
| £76 | Net External Borrowings | £217 | £307 |
| £501 | Capital Employed | £705 | £495 |

2

## 2. OPERATIONAL REVIEW

Employee levels have remained consistent throughout the quarter with overtime kept to a minimum in line with meeting customer delivery requirements. Due to low workloads, we have not experienced any difficulties with machine tool loading or critical areas of plant.

The increased order levels at North West Flanges have recently benefited the vertical boring section which is carrying out sub-contract machining of large flanges on their behalf. This area has traditionally been very short of work since the flange business was transferred to Patricroft.

One area of management concern still revolves around the installation of the new computer system which is running behind schedule. Whilst this issue is being dealt with, data retrieval in many areas is still being carried out manually which is inefficient and time consuming for all concerned.

## 3. MARKETING.

Orders received in the quarter amounted to £473,000, which is a very modest 4 ½% better than the last quarter and some significant way below Business Plan projections. Sales for the same period were £483,000. The low backlog of orders for some time now means that as a rule of thumb this month's order intake equals next month's sales.

It has been decided that our external sales person Richard Price, should be encouraged to increase his area coverage and he has already made visits in the North East of England to target accounts. Enquiries have been received but we have still to convert these to orders.

The recent changes at Ulstein following their acquisition by Vickers are still causing concern. This has been complicated further by Rolls Royce acquiring the newly formed Vickers Ulstein Marine Systems Company. We have recently received a copy press release from Vickers Ulstein, which expresses greater optimism for UK component manufacture but does not expand on the impact of Rolls Royce's involvement. Alstom Energy also remains an uncertainty as we await further developments from ABB with regard to the future of the Stafford site. The remainder of our major accounts are still holding up well in the light of the difficult trading conditions, particularly considering the continuing strength of sterling.

3

## 4.  **STRATEGIC PLANNING**

We have finally received the results of our enquiry with the Chamber of Commerce with regard to finding potential agents in the Norwegian market place. Nine companies have expressed an interest in further discussions and sixteen companies have shown no interest. Of the sixteen companies who did not wish to consider agency agreements, one has already placed an order generating sufficient profit to pay for half the exercise. The remainder of the cost will be recovered in grants when we visit Norway.

From early discussions on the three year strategic plan, it has been very apparent that we will have to actively pursue a number of marketing initiatives, perhaps the most obvious of which would be to seek an additional sales person who can bring new accounts/products to North West Forgemasters. This has further been reinforced by the success of this exercise at North West Flanges.

I. Thomas                                                      IT/BE
Managing Director                                    19 October, 1999

National Forge C     ny Holdings, Inc.
Consolidating Results of Operations
First Quarter Ended September 30, 1999

*(dollars in thousands)*

| | NFC Irvine Plant * | National Forge Components, Inc. | Mitchell Shackleton & Co. Ltd. | Global Crankshaft Services Ltd. | North West Forgemasters, Ltd. | National Forge Europe, Ltd. | NFC Holdings, Inc. Consolidated |
|---|---|---|---|---|---|---|---|
| Sales-Customers | $15,060 | $95 | $2,064 | $45 | $773 | $0 | $18,037 |
| Sales-Intercompany/Dividends | 0 | 0 | 2 | 0 | 2 | 262 | 0 |
| Net sales | 15,060 | 95 | 2,066 | 45 | 775 | 262 | 18,037 |
| Cost of sales | 12,912 | 88 | 1,712 | 29 | 558 | 0 | 15,295 |
| Gross profit | 2,148 | 7 | 354 | 16 | 217 | 262 | 2,742 |
| Selling | 699 | 0 | 57 | 5 | 37 | 0 | 798 |
| Administrative | 1,057 | 19 | 243 | 29 | 106 | 13 | 1,467 |
| Operating profit (loss) | 392 | (12) | 54 | (18) | 74 | 249 | 477 |
| Other deductions (income) | 299 | (2) | 0 | 0 | 0 | 74 | 371 |
| Interest | 352 | 3 | 25 | 2 | 4 | 72 | 458 |
| Minority interest | 0 | 0 | 0 | (5) | 0 | 0 | (5) |
| Pre-tax profit (loss) | (259) | (13) | 29 | (15) | 70 | 103 | (347) |
| Taxes | 0 | 1 | 0 | (6) | 21 | (25) | (9) |
| Net profit (loss) | ($259) | ($14) | $29 | ($9) | $49 | $128 | ($338) |
| Income before: | | | | | | | |
| Interest and Taxes | $93 | ($10) | $54 | ($13) | $74 | $175 | $111 |
| Interest, Taxes and Depreciation | $795 | ($7) | $135 | ($7) | $90 | $175 | $919 |
| Total Depreciation | $702 | $3 | $81 | $6 | $16 | $0 | $808 |

* NFC Irvine Plant also includes the results of National Forge Export. LTD. and NFIP. Inc.

LLC 10/21/99

National Forge ... y Holdings, Inc.
Consolidati... Balance Sheet
As of September 30, 1999
*(dollars in thousands)*

| | NFC Irvine Plant * | National Forge Components, Inc. | Mitchell Shackleton & Co., Ltd. | Global Crankshaft Services Ltd. | North West Forgemasters, Ltd. | National Forge Europe, Ltd. | NFC Holdings, Inc. | NFC Holdings, Inc. Consolidated |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash and cash equivalents | $49 | $0 | $5 | $0 | $0 | $473 | $0 | $527 |
| Accounts receivable | 10,409 | 62 | 2,634 | 122 | 781 | 3 | 0 | 14,011 |
| Intercompany receivables | 416 | 0 | (72) | 0 | 1,003 | 0 | 8,164 | 0 |
| Inventories | 14,731 | 0 | 1,186 | 3 | 277 | 0 | 0 | 16,197 |
| Prepaid expenses | 784 | 6 | 0 | 3 | 0 | 3 | 0 | 796 |
| Total Current Assets | 26,389 | 68 | 3,753 | 128 | 2,061 | 479 | 8,164 | 31,531 |
| Property, Plant and Equipment - net | 25,894 | 85 | 3,932 | 91 | 479 | 0 | 0 | 30,481 |
| Investment in subsidiaries | 6,772 | 0 | 125 | 0 | 0 | 5,108 | 1,601 | 0 |
| Other Assets | 8,552 | 2 | 667 | 69 | 0 | 0 | 0 | 9,221 |
| Goodwill | 4,167 | 0 | 0 | 0 | 0 | 5,503 | 0 | 9,739 |
| **TOTAL ASSETS** | $71,774 | $155 | $8,477 | $288 | $2,540 | $11,090 | $9,765 | $80,972 |
| **LIABILITIES** | | | | | | | | |
| Current Liabilities: | | | | | | | | |
| Notes payable | $2,555 | $0 | $715 | $66 | $357 | $0 | $0 | $3,733 |
| Current portion of long term debt | 3,229 | 0 | 295 | 0 | 0 | 1,138 | 0 | 4,663 |
| Accounts payable | 3,536 | 1 | 968 | 79 | 576 | 20 | 0 | 5,180 |
| Other accrued liabilities | 8,166 | 0 | 387 | 18 | 442 | (185) | 64 | 8,892 |
| Total Current Liabilities | 17,526 | 1 | 2,366 | 163 | 1,375 | 973 | 64 | 22,468 |
| Long Term Debt | 13,076 | 0 | 168 | 0 | 0 | 3,503 | 0 | 16,747 |
| Pension and Other Noncurrent Liabilities | (805) | 0 | 0 | 0 | 0 | 0 | 0 | (805) |
| Postretirement and Postemployment Benefits Other Than Pensions | 32,906 | 0 | 0 | 0 | 0 | 0 | 0 | 32,906 |
| Intercompany payables | 8,164 | 156 | 1,062 | 0 | 0 | 1,191 | 0 | 0 |
| **TOTAL LIABILITIES** | 70,867 | 157 | 3,596 | 163 | 1,375 | 5,667 | 64 | 71,316 |
| Minority Interest | 0 | 0 | 0 | 30 | 0 | 0 | 0 | 30 |
| **SHAREHOLDERS' EQUITY** | | | | | | | | |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 |
| Class A Common Stock to be issued to the ESOP Trust | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Common Stock | 0 | 1 | 2,708 | 125 | 2 | 5,709 | 0 | 0 |
| Additional Paid in Capital | 1,601 | 0 | 1,847 | (26) | 1,004 | (301) | 15,740 | 21,200 |
| Retained Earnings (Deficit) | (725) | (3) | (866) | (4) | 173 | 15 | (5,346) | (11,097) |
| Minimum Pension Liability Adjustment | 31 | 0 | 0 | 0 | (14) | 0 | 0 | 0 |
| Foreign Currency Translation Adjustment | 0 | 0 | 1,192 | 0 | 0 | 0 | (699) | 217 |
| Less Treasury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (699) |
| **TOTAL COMMON SHAREHOLDERS' EQUITY** | 907 | (2) | 4,881 | 95 | 1,165 | 5,423 | 9,701 | 9,626 |
| **TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY** | $71,774 | $155 | $8,477 | $288 | $2,540 | $11,090 | $9,765 | $80,972 |
| **WORKING CAPITAL** | $8,863 | $67 | $1,337 | ($35) | $686 | ($494) | $8,100 | $9,063 |

* NFC Irvine Plant also includes the results of National Forge Export, LTD. and NFIP, Inc.

LLC-10/21/99

National Forge ...any Holdings, Inc.
...Co. ...ated
Results of Operations
For the first quarter ended September 30, 1999 and September 30, 1998
*(dollars in thousands)*

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | % Better or (Worse) Than Plan % | First Quarter FY 1999 Restated | Better or (Worse) Than FY 99 | % Better or (Worse) Than FY 99 % | FY 00 Business Plan |
|---|---|---|---|---|---|---|---|---|
| Net Sales | $18,037 | $21,506 | ($3,469) | (16.1)% | $18,513 | ($476) | (2.6)% | $86,657 |
| Cost of sales: | | | | | | | | |
| Material | 4,007 | 4,193 | 186 | 4.4 | 3,981 | (26) | (0.7) | 17,061 |
| Labor | 1,941 | 2,165 | 224 | 10.3 | 1,785 | (156) | (8.7) | 8,627 |
| Overhead | 8,596 | 9,977 | 1,381 | 13.8 | 8,553 | (43) | (0.5) | 41,896 |
| Errors and defects | 316 | 475 | 159 | 33.5 | 183 | (133) | (72.7) | 1,862 |
| Period costs | 357 | 410 | 53 | 12.9 | 302 | (55) | (18.2) | 1,668 |
| Research and development | 78 | 208 | 130 | 62.5 | 29 | (49) | (169.0) | 502 |
| Cost of sales | 15,295 | 17,428 | 2,133 | 12.2 | 14,833 | (462) | (3.1) | 71,616 |
| Gross profit | 2,742 | 4,078 | (1,336) | (32.8) | 3,680 | (938) | (25.5) | 15,041 |
| Selling | 798 | 972 | 174 | 17.9 | 796 | (2) | (0.3) | 3,943 |
| Administrative | 1,467 | 1,525 | 58 | 3.8 | 1,463 | (4) | (0.3) | 6,014 |
| Operating profit | 477 | 1,581 | (1,104) | (69.8) | 1,421 | (944) | (66.4) | 5,084 |
| Other expense (income) | 371 | 316 | (55) | (17.4) | 75 | (296) | (394.7) | 1,263 |
| Interest expense | 458 | 564 | 106 | 18.8 | 677 | 219 | 32.3 | 2,214 |
| Minority interest | (5) | 3 | 8 | 266.7 | 3 | 8 | 266.7 | 12 |
| Pre-tax profit (loss) | (347) | 698 | (1,045) | (149.7) | 666 | (1,013) | (152.1) | 1,595 |
| Taxes | (9) | (2) | 7 | 350.0 | 212 | 221 | 104.2 | 8 |
| Net Income (loss) | ($338) | $700 | ($1,038) | (148.3)% | $454 | ($792) | (174.4)% | $1,587 |

As a percent of net sales

| | First Quarter FY 2000 | First Quarter FY 00 Plan | Better or (Worse) Than Plan | First Quarter FY 1999 Restated | Better or (Worse) Than FY 99 | FY 00 Business Plan |
|---|---|---|---|---|---|---|
| Net Sales | 100% | 100% | 0.0% | 100% | 0.0% | 100% |
| Cost of sales: | | | | | | |
| Material | 22.2 | 19.5 | (2.7) | 21.5 | (0.7) | 19.7 |
| Labor | 10.8 | 10.1 | (0.7) | 9.6 | (1.1) | 10.0 |
| Overhead | 47.7 | 46.4 | (1.3) | 46.2 | (1.5) | 48.3 |
| Errors and defects | 1.8 | 2.2 | 0.5 | 1.0 | (0.8) | 2.1 |
| Other costs | 2.4 | 2.9 | 0.5 | 1.8 | (0.6) | 2.5 |
| Cost of sales | 84.8 | 81.0 | (3.8) | 80.1 | (4.7) | 82.6 |
| Gross profit | 15.2 | 19.0 | (3.8) | 19.9 | (4.7) | 17.4 |
| Selling and administrative | 12.6 | 11.6 | (0.9) | 12.2 | (0.4) | 11.5 |
| Operating profit | 2.6 | 7.4 | (4.7) | 7.7 | (5.0) | 5.9 |
| Other expense (income) | 2.1 | 1.5 | (0.6) | 0.4 | (1.7) | 1.5 |
| Interest expense | 2.5 | 2.6 | 0.1 | 3.7 | 1.1 | 2.6 |
| Minority interest | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pre-tax profit (loss) | (1.9) | 3.2 | (5.2) | 3.6 | (5.5) | 1.8 |
| Taxes | (0.0) | (0.0) | 0.0 | 1.1 | 1.2 | 0.0 |
| Net income (loss) | (1.9) | 3.3 | (5.1) | 2.5 | (4.3) | 1.8 |

Prior periods have been restated to reflect inventory calculated on a FIFO basis.

LLC 1027/99

National Forge Company Holdings, Inc.
Consolidated Balance Sheet
*(dollars in thousands)*

| | September 30, 1999 Actual | September 30, 1998 Restated |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $527 | $4,650 |
| Accounts receivable | 14,011 | 14,934 |
| Inventories: | | |
| Work in process | 12,926 | 13,728 |
| Raw materials | 1,003 | 1,042 |
| Supplies | 2,268 | 2,362 |
| Total Inventories | 16,197 | 17,132 |
| Prepaid expenses | 796 | 1,177 |
| Deferred income taxes | 0 | 306 |
| **Total Current Assets** | 31,531 | 38,199 |
| Property, Plant and Equipment - net | 30,481 | 28,633 |
| Deferred Income Taxes | 0 | 6,235 |
| Other Assets | 9,221 | 9,706 |
| Goodwill | 9,739 | 10,436 |
| **TOTAL ASSETS** | $80,972 | $93,209 |
| **LIABILITIES** | | |
| **Current Liabilities:** | | |
| Notes payable | $3,733 | $1,122 |
| Current portion of long term debt | 4,663 | 6,702 |
| Accounts payable | 5,180 | 5,985 |
| Salaries, wages and commissions | 2,577 | 2,612 |
| Accrued taxes on income | 567 | 131 |
| Accrued pension | 17 | 58 |
| Customer deposits | 241 | 243 |
| Deferred Income Taxes | 364 | 376 |
| Other accrued liabilities | 5,126 | 4,551 |
| **Total Current Liabilities** | 22,468 | 21,780 |
| Long Term Debt | 16,747 | 21,202 |
| Pension and Other Noncurrent Liabilities | (805) | 297 |
| Postretirement and Postemployment Benefits | | |
| Other Than Pensions | 32,906 | 32,805 |
| **TOTAL LIABILITIES** | 71,316 | 76,084 |
| Minority Interest | 30 | 37 |
| **SHAREHOLDERS' EQUITY** | | |
| Common Stock, $.01 Par Value-Authorized | | |
| 635,000 Shares; 475,708 Shares Outstanding as of September 30, 1999 | 5 | 0 |
| and 0 Shares Outstanding as of September 30, 1998 | | |
| Common Stock, Class A, $.01 Par Value-Authorized | | |
| 635,000 Shares; 0 Shares Outstanding as of September 30, 1999 | 0 | 4 |
| and 384,117 Shares Outstanding as of September 30, 1998 | | |
| Common Stock, Class B, $.01 Par Value-Authorized | | |
| 1,000,000 Shares; 0 Shares Outstanding as of September 30, 1999 | | |
| and 140,346 Shares Outstanding as of September 30, 1998 | 0 | 2 |
| Common Stock to be issued to the ESOP Trust | 0 | 0 |
| Additional Paid in Capital | 21,200 | 17,400 |
| Retained Earnings | (11,097) | 573 |
| Minimum Pension Liability Adjustment | 0 | (571) |
| Foreign Currency Translation Adjustment | 217 | 430 |
| Less Common Stock held in Treasury, 15,682 shares as of | | |
| September 30, 1999 and 18,872 shares as of September 30, 1998 | (699) | (750) |
| **TOTAL SHAREHOLDERS' EQUITY** | 9,626 | 17,088 |
| **TOTAL LIABILITIES AND EQUITY** | $80,972 | $93,209 |
| **WORKING CAPITAL** | $9,063 | $16,419 |

Prior periods have been restated to reflect inventory calculated on a FIFO basis.

National Forge Company Holdings, Inc.

Consolidated

Statement of Cash Flows

Period Ended September 30, 1999 and September 30, 1998

*(dollars in thousands)*

| | First quarter | |
| --- | --- | --- |
| | **FY 2000** | FY 1999 |
| **Cash Flows From Operating Activities:** | | |
| Net income (loss) | **($338)** | $454 |
| Adjustment to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Provision for Common Stock to be issued to the ESOP Trust | **1,365** | 1,235 |
| Depreciation | **808** | 706 |
| Amortization | **257** | 263 |
| Deferred taxes | **0** | 0 |
| Change in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | **1,388** | 1,953 |
| (Increase) decrease in inventories | **(952)** | (261) |
| (Increase) decrease in prepaid expenses | **(712)** | (706) |
| Increase (decrease) in accounts payable | **(22)** | (378) |
| Increase (decrease) in income taxes | **(114)** | (38) |
| Increase (decrease) in customer deposits | **124** | 16 |
| Increase (decrease) in all other current liabilities | | |
| (excluding borrowings) | **(2,307)** | (2,973) |
| Other net | **33** | (98) |
| **Net Cash Provided By (Used For) Operating Activities** | **(470)** | 173 |
| **Cash Flows From Investing Activities:** | | |
| (Additions) reductions of property, plant and equipment | **(822)** | (1,490) |
| **Net Cash Used In Investing Activities** | **(822)** | (1,490) |
| **Cash Flows From Financing Activities:** | | |
| Additional (repayment of) borrowings | **1,089** | (493) |
| Repurchase of stock | **0** | (117) |
| **Net Cash Provided By Financing Activities** | **1,089** | (610) |
| Change in cumulative foreign currency | | |
| translation adjustment | **110** | 65 |
| **Increase (Decrease) In Cash And Cash** | | |
| **Equivalents** | **($93)** | **($1,862)** |

### Summary of Loans Outstanding -Irvine
### (000's Omitted)

|  | 9/30/99 | 6/30/99 | 3/31/99 | 12/31/98 | 9/30/98 |
|---|---|---|---|---|---|
| **Notes payable and current portion of long-term debt** | | | | | |
| Revolver | $ 2,595 | $ 786 | $ - | $ - | $ - |
| Term Loan | 3,143 | 3,143 | 3,149 | 2,946 | 4,762 |
| Capitalized Leases | - | -- | - | - | 3 |
| Gas Pipeline | - | - | 7 | 44 | 74 |
| MELF-Pa loan | 86 | 85 | 84 | 83 | 81 |
| Warrant Amortization | - | | - | - | - |
| Total | $ 5,824 | $ 4,014 | $ 3,240 | $ 3,073 | $ 4,920 |
| | | | | | |
| **Long-Term Debt** | | | | | |
| Term Loan | $ 12,916 | $ 13,702 | $ 14,482 | $ 15,274 | $ 16,059 |
| Capitalized Leases | - | - | - | - | - |
| Gas Pipeline | - | - | - | - | - |
| MELF-Pa loan | 160 | 182 | 204 | 225 | 247 |
| Warrant Amortization | - | - | - | - | - |
| Total | $ 13,076 | $ 13,884 | $ 14,686 | $ 15,499 | $ 16,306 |
| | | | | | |
| **Total Debt** | | | | | |
| Revolver | $ 2,595 | $ 786 | $ - | $ - | $ - |
| Term Loan | 16,059 | 16,845 | 17,631 | 18,220 | 20,821 |
| Capitalized Leases | - | - | - | - | 3 |
| Gas Pipeline | - | - | 7 | 44 | 74 |
| MELF-Pa loan | 246 | 267 | 288 | 308 | 328 |
| Warrant Amortization | - | - | - | - | - |
| Total | $ 18,900 | $ 17,898 | $ 17,926 | $ 18,572 | $ 21,226 |
| | | | | | |
| **Total Cash and cash equivalents** | $ 49 | $ 348 | $ 5,940 | $ 1,697 | $ 4,051 |
| | | | | | |
| **Net Borrowings** | $ 18,851 | $ 17,550 | $ 11,986 | $ 16,875 | $ 17,175 |

## Summary of Loans Outstanding -Mitchell, Shackleton & Co. Ltd.
### (000's Omitted)

|  | 9/30/99 | 6/30/99 | 3/31/99 | 12/31/98 | 9/30/98 |
|---|---|---|---|---|---|
| **Notes payable and current portion of long-term debt** | | | | | |
| Bank Overdraft | $ 715 | $ 885 | $ 819 | $ 536 | $ 976 |
| Business Development Loan | 43 | 40 | 40 | 40 | 40 |
| Capital Equipment Loans | 66 | 151 | 250 | 317 | 401 |
| Capital Equipment Leases | 187 | 227 | 227 | 229 | 229 |
| | $ 1,011 | $ 1,303 | $ 1,336 | $ 1,122 | $ 1,646 |
| | | | | | |
| **Long-Term Debt** | | | | | |
| Business Development Loan | $ 27 | $ 36 | $ 48 | $ 60 | $ 72 |
| Capital Equipment Loan | 138 | 145 | 147 | 182 | 215 |
| Capital Equipment Lease | 3 | 11 | 71 | 133 | 196 |
| | $ 168 | $ 192 | $ 266 | $ 375 | $ 483 |
| | | | | | |
| **Total Debt** | | | | | |
| Bank Overdraft | $ 715 | $ 885 | $ 819 | $ 536 | $ 976 |
| Business Development Loan | 70 | 76 | 88 | 100 | 112 |
| Capital Equipment Loan | 204 | 296 | 397 | 499 | 616 |
| Capital Equipment Lease | 190 | 238 | 298 | 362 | 425 |
| | $ 1,179 | $ 1,495 | $ 1,602 | $ 1,497 | $ 2,129 |
| | | | | | |
| **Total Cash and cash equivalents** | $ 5 | $ 5 | $ 6 | $ 7 | $ 10 |
| | | | | | |
| **Net Borrowings** | $ 1,174 | $ 1,490 | $ 1,596 | $ 1,490 | $ 2,119 |
| | | | | | |
| Exchange Rate | 1.6471 | 1.5773 | 1.6118 | 1.6595 | 1.7000 |