National Forge Company Holdings, Inc.
Consolidated
Results of Operations
Strategic Long Range Forecast  (A)
(dollars in thousands)

| | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 87,947 | $ 87,801 | $ 83,587 | $ 89,928 | $ 77,724 | $ 78,656 | $ 80,512 |
| **Cost of sales:** | | | | | | | |
| Cost of Goods | 64,825 | 67,044 | 65,027 | 70,106 | 63,516 | 63,711 | 66,251 |
| Lifo adjustment | - | - | - | - | - | - | - |
| Errors and defects | 2,325 | 2,274 | 1,674 | 1,982 | 1,768 | 1,755 | 1,758 |
| Period costs | 1,760 | 1,509 | 1,530 | 1,626 | 1,600 | 1,585 | 1,622 |
| Research and development | 44 | 175 | 133 | 372 | 276 | 276 | 276 |
| Cost of sales | 68,954 | 71,002 | 68,364 | 74,086 | 67,160 | 67,327 | 69,907 |
| Gross profit | 18,993 | 16,799 | 15,223 | 15,842 | 10,564 | 11,329 | 10,605 |
| Gross Profit % | 21.6% | 19.1% | 18.2% | 17.6% | 13.6% | 14.4% | 13.2% |
| Selling and Administrative | 9,622 | 9,120 | 9,568 | 10,045 | 9,921 | 9,932 | 10,210 |
| Operating profit | 9,371 | 7,679 | 5,655 | 5,797 | 643 | 1,397 | 395 |
| Operating Profit % | 10.7% | 8.7% | 6.8% | 6.4% | 0.8% | 1.8% | 0.5% |
| Other expense (income) | 875 | 1,062 | 784 | 1,349 | 1,278 | 1,176 | 1,201 |
| Interest expense | 2,224 | 1,958 | 2,196 | 1,964 | 1,686 | 1,660 | 1,828 |
| Minority interest | - | (5) | (2) | 28 | 13 | 18 | 21 |
| Pre-tax profit | 6,272 | 4,664 | 2,677 | 2,456 | (2,334) | (1,457) | (2,655) |
| Pre-tax profit | 7.1% | 5.3% | 3.2% | 2.7% | -3.0% | -1.9% | -3.3% |
| Extraordinary charge | - | 1,166 | - | - | - | - | - |
| Taxes | 2,251 | 1,297 | 8,096 | 24 | 23 | 64 | 262 |
| Net Income | $ 4,021 | $ 2,201 | $ (5,419) | $ 2,432 | $ (2,357) | $ (1,521) | $ (2,917) |
| Net Income % | 4.6% | 2.5% | -6.5% | 2.7% | -3.0% | -1.9% | -3.6% |
| Depreciation | $ 2,094 | $ 2,441 | $ 2,729 | $ 3,160 | $ 3,480 | $ 3,699 | $ 3,899 |

Long range Forecast A

| Section 7.08 Debt Service Coverage Ratio | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| Net cash flow | 9,032 | (872) | 1 | (1,094) |
| Debt Service Expense | 3,646 | 3,544 | 3,919 | 2,519 |
| Required Covenant Ratio -- Minimum Allowed | 1.20 | 1.20 | 1.20 | 1.20 |
| Calculated ratio | 2.48 | (0.25) | 0.00 | (0.43) |
| Compliance (Yes/No) | Yes | No | No | No |

| Section 7.09 Interest Coverage Ratio | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| EBITDA less capital expenditures | 12,573 | 2,535 | 3,035 | 2,317 |
| Cash Interest Expense | 1,860 | 1,566 | 1,540 | 1,708 |
| Required Covenant Ratio - Minimum Allowed | 4.00 | 4.00 | 4.00 | 4.00 |
| Calculated ratio | 6.76 | 1.62 | 1.97 | 1.36 |
| Compliance (Yes/No) | Yes | No | No | No |

| Section 7.10 Total Funded Debt to Net Cash Flow | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| Total Funded Debt | 23,296 | 21,108 | 21,789 | 24,016 |
| Net Cash Flow | 9,032 | (872) | 1 | (1,094) |
| Required Covenant Ratio - Maximum Allowed | 4.00 | 4.00 | 4.00 | 3.00 |
| Calculated ratio | 2.58 | 24.21 | 21,789 | 21.95 |
| Compliance (Yes/No) | Yes | No | No | No |

National Forge Company
Irvine Plant - only
Results of Operations
Strategic Long Range Forecast (A)
(dollars in thousands)

| | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 79,320 | $ 76,099 | $ 69,651 | $ 76,270 | $ 62,184 | $ 61,392 | $ 61,630 |
| Cost of sales: | | | | | | | |
|   Cost of Goods | 58,306 | 58,114 | 54,287 | 60,129 | 52,113 | 51,076 | 52,410 |
|   Lifo adjustment | - | - | - | - | - | - | - |
|   Errors and defects | 2,180 | 2,102 | 1,564 | 1,721 | 1,456 | 1,444 | 1,447 |
|   Period costs | 1,760 | 1,509 | 1,530 | 1,626 | 1,600 | 1,585 | 1,622 |
|   Research and development | 44 | 175 | 133 | 372 | 276 | 276 | 276 |
| Cost of sales | 62,290 | 61,900 | 57,514 | 63,848 | 55,445 | 54,381 | 55,755 |
| Gross profit | 17,030 | 14,199 | 12,137 | 12,422 | 6,739 | 7,011 | 5,875 |
| Gross Profit % | 21.5% | 18.7% | 17.4% | 16.3% | 10.8% | 11.4% | 9.5% |
| Selling and Administrative | 8,384 | 7,359 | 7,199 | 7,711 | 7,317 | 7,170 | 7,300 |
| Operating profit | 8,646 | 6,840 | 4,938 | 4,711 | (578) | (159) | (1,425 |
| Operating Profit % | 10.9% | 9.0% | 7.1% | 6.2% | -0.9% | -0.3% | -2.3% |
| Other expense (income) | 873 | 939 | 379 | 923 | 858 | 756 | 756 |
| Interest expense | 2,438 | 1,887 | 1,619 | 1,506 | 1,193 | 1,161 | 1,369 |
| Pre-tax profit | 5,335 | 4,014 | 2,940 | 2,282 | (2,629) | (2,076) | (3,550 |
| Pre-tax profit % | 6.7% | 5.3% | 4.2% | 3.0% | -4.2% | -3.4% | -5.8% |
| Extraordinary charge | - | 1,166 | - | - | - | - | - |
| Taxes | 1,830 | 994 | 8,035 | - | - | - | - |
| Net Income | $ 3,505 | $ 1,854 | $ (5,095) | $ 2,282 | $ (2,629) | $ (2,076) | $ (3,55 |
| Depreciation | $ 1,788 | $ 2,062 | $ 2,290 | $ 2,671 | $ 2,911 | $ 3,037 | $ 3,17 |



National Forge Company
Irvine Plant

Sales Mix in Dollars Plan A

- All Other
- Penetrators
- Pipe Molds
- Crankshafts

Dollars in Thousands



National Forge Company
Irvine Plant

Sales Mix by Percent Plan A



National Forge Company
Irvine Plant

Forecasted Plant Sales & PTP – Plan A



National Forge Company
Irvine Plant

Forecasted PTP - Plan A



## Active and Retired Health ...re Expense With No Change

| Fiscal Year | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| Total | 5,200,076 | 5,422,503 | 5,315,444 | 6,060,406 | 6,305,750 | 6,492,688 | 6,689,822 |
| Retired Health Care | 2,893,227 | 3,132,647 | 2,714,471 | 3,265,406 | 3,370,750 | 3,410,688 | 3,453,822 |
| Active Health Care | 2,306,849 | 2,289,856 | 2,600,974 | 2,795,000 | 2,935,000 | 3,082,000 | 3,236,000 |

# National Forge Company®

## Irvine Plant

## FY 2000 – FY 2003

### Plan B
### Reductions

- Products
- People
- Benefits

**All changes in accordance with existing agreements with employees and retirees.**

# National Forge Company®

## Plan B
## FY 2000 – FY 2003

**Products to remain:**
- Crankshafts
- Pipe Molds
- Paper Rolls
- Core Bars
- Ordnance – GOI
- Penetrators
- Loewy Press specials e.g. Kelly Bars
- VIM Molds

**Products to be deleted:**
- Metal Rolls
- Ingots and Billets
- Engineered Products
- Pressure Vessels
- Oil Field
- Electrical

# National Forge Company®

## Plan B
## FY 2000 – FY 2003

**People** – Over the next 14 months an estimated 100 to 125 jobs will be eliminated at Irvine. This represents 16% - 20% of current employment levels.

# National Forge Company®

# Plan B
# FY 2000 – FY 2003

## Benefits

**Summary of Changes to be Implemented to Healthcare Benefits of Current Salary and Retired Salary Employees on July 1, 2000**

### For Active Salary Employees Effective 7/1/00

- Employees will pay a portion of health care costs. The amount paid will be a percentage of the Company's premium.

- A provision to allow employees to pay the contribution on a pre-tax basis will be added.

- Estimated P&L Savings $145,000; Cash Savings $145,000

- Average after-tax effect $70 per month per salary employee, estimated for FY 2001

### Retired Salary Employees Since 1985 Effective 7/1/00

- The Company's cost for health coverage will be capped at the Fiscal Year 2000 level. Any increases above that level will be passed on to the retiree.

- The method of taking credit for payments made by Medicare will be changed.

- All retired salary employees since 1985 will have a standard package of benefits.

- Estimated P&L Savings $1,212,000; Cash Savings $59,000

- Average cost to retiree approximately $20 per month, estimated for FY 2001



Active and Retired Health Care Expense With No Change

| Fiscal Year | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| Total | 5,200,076 | 5,422,503 | 5,315,444 | 6,060,406 | 6,305,750 | 6,492,688 | 6,689,822 |
| Retired Health Care | 2,893,227 | 3,132,647 | 2,714,471 | 3,265,406 | 3,370,750 | 3,410,688 | 3,453,822 |
| Active Health Care | 2,306,849 | 2,289,856 | 2,600,974 | 2,795,000 | 2,935,000 | 3,082,000 | 3,236,000 |



Active and Retired Health Care Expense after Changes to Salary Group

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| | 5,200,076 | 5,422,503 | 5,315,444 | 6,060,406 | 4,945,750 | 5,123,688 | 5,309,822 |
| Retired Health Care | 2,893,227 | 3,132,647 | 2,714,471 | 3,265,406 | 2,155,750 | 2,193,688 | 2,233,822 |
| Active Health Care | 2,306,849 | 2,289,856 | 2,600,974 | 2,795,000 | 2,790,000 | 2,930,000 | 3,076,000 |

Fiscal Year

7,000,000
6,000,000
5,000,000
4,000,000
3,000,000
2,000,000
1,000,000
-



Active and Retired Health Care Expense for Hourly Employees

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| RETIRED HOURLY | 2,178,021 | 2,339,223 | 1,906,760 | 2,020,256 | 2,127,750 | 2,167,688 | 2,209,822 |
| ACTIVE HOURLY | 1,768,721 | 1,743,471 | 1,917,612 | 2,070,000 | 2,174,000 | 2,283,000 | 2,397,000 |

Totals: 3,946,743 · 4,082,694 · 3,824,372 · 4,090,256 · 4,301,750 · 4,450,688 · 4,606,822

Fiscal Year



Active and Retired Health Care Exp      se for Hourly and Salary Employees

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| Active & Retired Salary | 1,253,333 | 1,339,809 | 1,491,073 | 1,970,150 | 644,000 | 673,000 | 703,000 |
| Active & Retired Hourly | 3,946,743 | 4,082,694 | 3,824,372 | 4,090,256 | 4,301,750 | 4,450,688 | 4,606,822 |

5,200,076
5,422,503
5,315,444
6,060,406
4,945,750
5,123,688
5,309,822

Fiscal Year

■ Active & Retired Salary
□ Active & Retired Hourly



National Forge Company
Irvine Plant

Sales Mix in Dollars Plan B



National Forge Company
Irvine Plant

Sales Mix by Percent Plan B



National Forge Company
Irvine Plant

Forecasted Plant Sales and PTP - Plan B



National Forge Company
Irvine Plant

Forecasted Plant PTP - Plan B

P338

National Forge Company
Irvine Plant - only
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

| | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 79,320 | $ 76,099 | $ 69,651 | $ 76,270 | $ 63,230 | $ 63,932 | $ 63,523 |
| Cost of sales: | | | | | | | |
| Cost of Goods | 58,306 | 58,114 | 54,287 | 60,129 | 48,350 | 47,882 | 48,291 |
| Lifo adjustment | - | - | - | - | - | - | - |
| Errors and defects | 2,180 | 2,102 | 1,564 | 1,721 | 1,532 | 1,508 | 1,495 |
| Period costs | 1,760 | 1,509 | 1,530 | 1,626 | 1,382 | 1,395 | 1,408 |
| Research and development | 44 | 175 | 133 | 372 | 276 | 276 | 276 |
| Cost of sales | 62,290 | 61,900 | 57,514 | 63,848 | 51,540 | 51,061 | 51,470 |
| Gross profit | 17,030 | 14,199 | 12,137 | 12,422 | 11,690 | 12,871 | 12,053 |
| Gross Profit % | 21.5% | 18.7% | 17.4% | 16.3% | 18.5% | 20.1% | 19.0% |
| Selling and Administrative | 8,384 | 7,359 | 7,199 | 7,711 | 6,544 | 6,253 | 6,330 |
| Operating profit | 8,646 | 6,840 | 4,938 | 4,711 | 5,146 | 6,618 | 5,723 |
| Operating Profit % | 10.9% | 9.0% | 7.1% | 6.2% | 8.1% | 10.4% | 9.0% |
| Other expense (income) | 873 | 939 | 379 | 923 | 858 | 806 | 781 |
| Interest expense | 2,438 | 1,887 | 1,619 | 1,506 | 1,024 | 612 | 295 |
| Pre-tax profit | 5,335 | 4,014 | 2,940 | 2,282 | 3,264 | 5,200 | 4,647 |
| Pre-tax profit % | 6.7% | 5.3% | 4.2% | 3.0% | 5.2% | 8.1% | 7.3% |
| Extraordinary charge | - | 1,166 | - | - | - | - | - |
| Taxes | 1,830 | 994 | 8,035 | - | - | - | - |
| Net Income | $ 3,505 | $ 1,854 | $ (5,095) | $ 2,282 | $ 3,264 | $ 5,200 | $ 4,647 |
| Depreciation | $ 1,788 | $ 2,062 | $ 2,290 | $ 2,671 | $ 2,911 | $ 3,037 | $ 3,179 |



National Forge Company
Irvine Plant

Forecasted PTP Comparison - Plan A and Plan B

National Forge Company Holdings, Inc.
Consolidated
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

| | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 87,947 | $ 87,801 | $ 83,587 | $ 89,928 | $ 80,163 | $ 83,403 | $ 84,879 |
| Cost of sales: | | | | | | | |
| Cost of Goods | 64,825 | 67,044 | 65,027 | 70,106 | 60,655 | 61,942 | 63,722 |
| Lifo adjustment | - | - | - | - | - | - | - |
| Errors and defects | 2,325 | 2,274 | 1,674 | 1,982 | 1,844 | 1,819 | 1,806 |
| Period costs | 1,760 | 1,509 | 1,530 | 1,626 | 1,382 | 1,395 | 1,408 |
| Research and development | 44 | 175 | 133 | 372 | 276 | 276 | 276 |
| Cost of sales | 68,954 | 71,002 | 68,364 | 74,086 | 64,157 | 65,432 | 67,212 |
| Gross profit | 18,993 | 16,799 | 15,223 | 15,842 | 16,006 | 17,971 | 17,667 |
| Gross Profit % | 21.6% | 19.1% | 18.2% | 17.6% | 20.0% | 21.5% | 20.8% |
| Selling and Administrative | 9,622 | 9,120 | 9,568 | 10,045 | 9,213 | 9,146 | 9,373 |
| Operating profit | 9,371 | 7,679 | 5,655 | 5,797 | 6,793 | 8,825 | 8,294 |
| Operating Profit % | 10.7% | 8.7% | 6.8% | 6.4% | 8.5% | 10.6% | 9.8% |
| Other expense (income) | 875 | 1,062 | 784 | 1,349 | 1,278 | 1,226 | 1,226 |
| Interest expense | 2,224 | 1,958 | 2,196 | 1,964 | 1,524 | 1,153 | 777 |
| Minority interest | - | (5) | (2) | 28 | 45 | 50 | 52 |
| Pre-tax profit | 6,272 | 4,664 | 2,677 | 2,456 | 3,946 | 6,396 | 6,239 |
| Pre-tax profit | 7.1% | 5.3% | 3.2% | 2.7% | 4.9% | 7.7% | 7.4% |
| Extraordinary charge | - | 1,166 | - | - | - | - | - |
| Taxes | 2,251 | 1,297 | 8,096 | 24 | 88 | 255 | 449 |
| Net Income | $ 4,021 | $ 2,201 | $ (5,419) | $ 2,432 | $ 3,858 | $ 6,141 | $ 5,790 |
| Net Income % | 4.6% | 2.5% | -6.5% | 2.7% | 4.8% | 7.4% | 6.8% |
| Depreciation | $ 2,094 | $ 2,441 | $ 2,729 | $ 3,160 | $ 3,481 | $ 3,741 | $ 3,942 |

| Section 7.08 Debt Service Coverage Ratio | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| Net cash flow | 9,016 | 4,805 | 6,919 | 7,306 |
| Debt Service Expense | 3,646 | 3,639 | 4,219 | 4,126 |
| Required Covenant Ratio - Minimum Allowed | 1.20 | 1.20 | 1.20 | 1.20 |
| Calculated ratio | 2.47 | 1.32 | 1.64 | 1.77 |
| Compliance (Yes/No) | Yes | Yes | Yes | Yes |

| Section 7.09 Interest Coverage Ratio | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| EBITDA less capital expenditures | 12,541 | 8,115 | 9,637 | 9,853 |
| Cash Interest Expense | 1,844 | 1,404 | 1,033 | 657 |
| Required Covenant Ratio - Minimum Allowed | 4.00 | 4.00 | 4.00 | 4.00 |
| Calculated ratio | 6.80 | 5.78 | 9.33 | 15.00 |
| Compliance (Yes/No) | Yes | Yes | Yes | Yes |

| Section 7.10 Total Funded Debt to Net Cash Flow | | | | |
|---|---|---|---|---|
| | Fiscal Year 2000 | Fiscal Year 2001 | Fiscal Year 2002 | Fiscal Year 2003 |
| Total Funded Debt | 23,296 | 17,111 | 12,893 | 7,083 |
| Net Cash Flow | 9,016 | 4,805 | 6,919 | 7,306 |
| Required Covenant Ratio - Maximum Allowed | 4.00 | 4.00 | 4.00 | 3.00 |
| Calculated ratio | 2.58 | 3.56 | 2 | 0.97 |
| Compliance (Yes/No) | Yes | Yes | Yes | Yes |

National Forge Company Holdings, Inc.
Consolidated
Results of Operations
Strategic Long Range Forecast  (A)
(dollars in thousands)

| | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 87,947 | $ 87,801 | $ 83,587 | $ 89,928 | $ 77,724 | $ 78,656 | $ 80,512 |
| Cost of sales: | | | | | | | |
| Cost of Goods | 64,825 | 67,044 | 65,027 | 70,106 | 63,516 | 63,711 | 66,251 |
| Lifo adjustment | - | - | - | - | .. | - | - |
| Errors and defects | 2,325 | 2,274 | 1,674 | 1,982 | 1,768 | 1,755 | 1,758 |
| Period costs | 1,760 | 1,509 | 1,530 | 1,626 | 1,600 | 1,585 | 1,622 |
| Research and development | 44 | 175 | 133 | 372 | 276 | 276 | 276 |
| Cost of sales | 68,954 | 71,002 | 68,364 | 74,086 | 67,160 | 67,327 | 69,907 |
| Gross profit | 18,993 | 16,799 | 15,223 | 15,842 | 10,564 | 11,329 | 10,605 |
| Gross Profit % | 21.6% | 19.1% | 18.2% | 17.6% | 13.6% | 14.4% | 13.2% |
| Selling and Administrative | 9,622 | 9,120 | 9,568 | 10,045 | 9,921 | 9,932 | 10,210 |
| Operating profit | 9,371 | 7,679 | 5,655 | 5,797 | 643 | 1,397 | 395 |
| Operating Profit % | 10.7% | 8.7% | 6.8% | 6.4% | 0.8% | 1.8% | 0.5% |
| Other expense (income) | 875 | 1,062 | 784 | 1,349 | 1,278 | 1,176 | 1,201 |
| Interest expense | 2,224 | 1,958 | 2,196 | 1,964 | 1,686 | 1,660 | 1,828 |
| Minority interest | - | (5) | (2) | 28 | 13 | 18 | 21 |
| Pre-tax profit | 6,272 | 4,664 | 2,677 | 2,456 | (2,334) | (1,457) | (2,655) |
| Pre-tax profit % | 7.1% | 5.3% | 3.2% | 2.7% | -3.0% | -1.9% | -3.3% |
| Extraordinary charge | - | 1,166 | - | - | - | - | - |
| Taxes | 2,251 | 1,297 | 8,096 | 24 | 23 | 64 | 262 |
| Net Income | $  4,021 | $  2,201 | $ (5,419) | $  2,432 | $ (2,357) | $  (1,521) | $ (2,917) |
| Net Income % | 4.6% | 2.5% | -6.5% | 2.7% | -3.0% | -1.9% | -3.6% |
| Depreciation | $  2,094 | $  2,441 | $  2,729 | $  3,160 | $  3,480 | $  3,699 | $  3,899 |