National Forge Company
Irvine Plant - only
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Restated June 30, 1997 | Restated June 30, 1998 | Restated June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| Current Assets: | | | | | | | |
| Cash and cash equivalents | $ 2,924 | $ 6,074 | $ 348 | $ 849 | $ 2,307 | $ 3,180 | $ 3,703 |
| Accounts receivable | 11,316 | 12,511 | 11,616 | 12,733 | 9,859 | 9,984 | 9,920 |
| Intercompany receivable | 66 | 48 | 362 | 571 | 898 | 1,252 | 1,394 |
| Inventories: | | | | | | | |
|   Work in process | 11,594 | 10,714 | 10,382 | 12,992 | 8,542 | 8,949 | 9,031 |
|   Raw materials | 1,035 | 1,047 | 998 | 900 | 900 | 900 | 900 |
|   Supplies | 1,959 | 2,288 | 2,084 | 2,000 | 2,000 | 2,000 | 2,000 |
|     Total Inventories | 14,588 | 14,049 | 13,464 | 15,892 | 11,442 | 11,849 | 11,931 |
| Prepaid expenses | 510 | 558 | 73 | 550 | 500 | 500 | 500 |
| Deferred income taxes | 259 | 306 | - | - | - | - | - |
| Total Current Assets | 29,663 | 33,546 | 25,863 | 30,595 | 25,006 | 26,765 | 27,448 |
| Property, Plant and Equipment - net | 21,446 | 22,897 | 25,787 | 26,318 | 27,407 | 28,370 | 29,191 |
| Investment in Subsidiaries | 5,138 | 6,785 | 6,727 | 6,746 | 6,746 | 6,746 | 6,746 |
| Deferred Income Taxes | 6,734 | 6,236 | - | - | - | - | - |
| Other Assets | 9,905 | 9,141 | 8,684 | 8,159 | 7,649 | 7,140 | 6,632 |
| Goodwill | 4,619 | 4,418 | 4,217 | 4,016 | 3,815 | 3,615 | 3,414 |
| TOTAL ASSETS | $ 77,505 | $ 83,023 | $ 71,278 | $ 75,834 | $ 70,623 | $ 72,636 | $ 73,431 |
| **LIABILITIES** | | | | | | | |
| Current Liabilities: | | | | | | | |
|   Notes payable | $ - | $ - | $ 786 | $ - | $ - | $ - | $ - |
|   Current portion of long term debt | 5,047 | 4,759 | 3,228 | 5,889 | 3,775 | 4,221 | - |
|   Accounts payable | 3,400 | 3,456 | 3,195 | 3,200 | 2,800 | 2,800 | 2,800 |
|   Salaries, wages and commissions | 3,392 | 4,193 | 4,292 | 5,520 | 1,906 | 1,982 | 1,987 |
|   Accrued taxes on income | 0 | 0 | 430 | 320 | 0 | 0 | 0 |
|   Accrued pension | 1,010 | 920 | 114 | (11) | (88) | (172) | (265) |
|   Customer deposits | 187 | 227 | 66 | 200 | 200 | 200 | 200 |
|   Deferred income taxes | - | - | - | - | - | - | - |
|   Other accrued liabilities | 3,595 | 3,753 | 4,174 | 3,618 | 3,891 | 4,077 | 4,100 |
| Total Current Liabilities | 16,631 | 17,308 | 16,285 | 18,736 | 12,484 | 13,108 | 8,822 |
| Long Term Debt | 8,620 | 17,112 | 13,884 | 7,995 | 4,221 | - | - |
| Pension and Other Noncurrent Liabilities | 1,278 | 324 | (819) | (1,006) | (956) | (1,063) | (1,063) |
| Postretirement and Postemployment Benefits Other Than Pensions | 32,119 | 32,686 | 32,643 | 33,694 | 34,193 | 34,711 | 35,166 |
| Intercompany Payables | 14,659 | 9,890 | 8,164 | 12,952 | 13,954 | 13,953 | 13,932 |
| TOTAL LIABILITIES | 73,307 | 77,320 | 70,157 | 72,371 | 63,896 | 60,709 | 56,857 |
| **SHAREHOLDERS' EQUITY** | | | | | | | |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Paid in Capital | 1,601 | 1,601 | 1,601 | 1,601 | 1,601 | 1,601 | 1,601 |
| Retained Earnings (Deficit) | 2,554 | 4,629 | (466) | 1,816 | 5,080 | 10,280 | 14,927 |
| Minimum Pension Liability Adjustment | 0 | (571) | 0 | 0 | 0 | 0 | 0 |
| Foreign Currency Translation Adjustment | 43 | 44 | (14) | 46 | 46 | 46 | 46 |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SHAREHOLDERS' EQUITY | 4,198 | 5,703 | 1,121 | 3,463 | 6,727 | 11,927 | 16,574 |
| TOTAL LIABILITIES AND EQUITY | $ 77,505 | $ 83,023 | $ 71,278 | $ 75,834 | $ 70,623 | $ 72,636 | $ 73,431 |
| WORKING CAPITAL | $ 13,032 | $ 16,238 | $ 9,578 | $ 11,859 | $ 12,522 | $ 13,657 | $ 18,626 |

National Forge Company
Irvine Plant - only
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Restated FY 1997 | Restated FY 1998 | Restated FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | |
| Net income (loss) | $3,505 | $1,854 | ($5,095) | $2,282 | $3,264 | $5,200 | $4,647 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | | | | | |
| Provison for stock to be issued to the ESOP Trust | 5,600 | 5,100 | 5,400 | 6,324 | 2,700 | 1,309 | 1,300 |
| Depreciation | 1,788 | 2,062 | 2,290 | 2,671 | 2,911 | 3,037 | 3,179 |
| Amortization | 1,093 | 2,132 | 728 | 724 | 711 | 708 | 708 |
| Change in assets and liabilities: | | | | | | | |
| (Increase) decrease in accounts receivable | 3,087 | (1,195) | 895 | (1,117) | 2,874 | (125) | 64 |
| (Increase) decrease in inventories | 3,383 | 539 | 585 | (2,428) | 4,450 | (407) | (82) |
| (Increase) decrease in prepaid expenses | (456) | (48) | 485 | (477) | 50 | 0 | 0 |
| Increase (decrease) in accounts payable | (722) | 56 | (261) | 5 | (400) | 0 | 0 |
| Increase (decrease) in income taxes | (165) | 0 | 430 | (110) | (320) | 0 | 0 |
| Increase (decrease) in customer deposits | 47 | 40 | (161) | 134 | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | (4,851) | (4,231) | (5,686) | 547 | (3,418) | 178 | (65) |
| Other net | (723) | (3,321) | 5,915 | 847 | 549 | 412 | 456 |
| Net Cash Provided By (Used For) Operating Activities | 11,586 | 2,988 | 5,525 | 9,402 | 13,371 | 10,312 | 10,207 |
| **Cash Flows From Investing Activities:** | | | | | | | |
| (Additions) reductions of property, plant and equipment | (4,750) | (3,513) | (5,180) | (3,202) | (4,000) | (4,000) | (4,000) |
| Net Cash Used In Investing Activities | (4,750) | (3,513) | (5,180) | (3,202) | (4,000) | (4,000) | (4,000) |
| **Cash Flows From Financing Activities:** | | | | | | | |
| Additional (repayment of) borrowings | (6,782) | 8,204 | (3,973) | (4,014) | (5,888) | (3,775) | (4,221) |
| Increase (decrease) in intercompany account | 5,077 | (4,751) | (2,040) | (1,745) | (2,025) | (1,664) | (1,463) |
| Net Cash Provided By Financing Activities | (1,705) | 3,453 | (6,013) | (5,759) | (7,913) | (5,439) | (5,684) |
| Change in cumulative foreign currency translation adjustment | 394 | 222 | (58) | 60 | 0 | 0 | 0 |
| Restatement of inventories to a FIFO basis | (3,114) | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase (Decrease) In Cash And Cash Equivalents | $2,411 | $3,150 | ($5,726) | $501 | $1,458 | $873 | $523 |

LLC  3yrFC-B   irvcf

11/3/99 3:33 PM

National Forge Components, Inc.
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual 2 Months FY 1997 | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Sales-customers | $ 38 | 348 | 297 | 510 | 526 | 557 | 595 |
| Sales-intercompany | 1 | 4 | 1 | - | - | - | - |
| Net Sales | 39 | 352 | 298 | 510 | 526 | 557 | 595 |
| Cost of sales: | | | | | | | |
|   Material | | - | - | 64 | 67 | 73 | 81 |
|   Labor | 8 | 65 | 74 | 124 | 132 | 138 | 145 |
|   Overhead | 15 | 62 | 130 | 127 | 127 | 130 | 131 |
| Cost of sales | 23 | 127 | 204 | 315 | 326 | 341 | 357 |
| Gross profit | 16 | 225 | 94 | 195 | 200 | 216 | 238 |
| Gross profit % | 41.0% | 63.9% | 31.5% | 38.2% | 38.0% | 38.8% | 40.0% |
| Administrative | 15 | 62 | 66 | 75 | 69 | 69 | 70 |
| Operating profit | 1 | 163 | 28 | 120 | 131 | 147 | 168 |
| Operating profit % | 2.6% | 46.3% | 9.4% | 23.5% | 24.9% | 26.4% | 28.2% |
| Other expense (income) | | | - | (2) | (27) | (27) | (27) |
| Interest expense | - | 1 | (3) | 13 | 14 | 13 | 12 |
| Pre-tax profit | 1 | 162 | 31 | 109 | 144 | 161 | 183 |
| Pre-tax profit % | 2.6% | 46.0% | 10.4% | 21.4% | 27.4% | 28.9% | 30.8% |
| Taxes | - | 66 | 17 | 4 | 5 | 5 | 5 |
| Net Income | $ 1 | $ 96 | $ 14 | $ 105 | $ 139 | $ 156 | $ 178 |
| Depreciation | $ 1 | $ 6 | 9 | $ 12 | $ 12 | $ 12 | $ 12 |
| Dividends Paid | | | | 100 | 150 | 150 | 175 |

National Forge Components, Inc.
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

| | Actual June 30, 1997 | Actual June 30, 1998 | Actual June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets: | | | | | | | |
| Cash and cash equivalents | $ 1 | $ 1 | $ - | $ 1 | $ - | $ 1 | $ 1 |
| Accounts receivable | 37 | 39 | 53 | 95 | 88 | 93 | 99 |
| Intercompany receivable | - | - | - | - | - | - | - |
| Inventories: | | | | | | | |
|   Work in process | - | - | | | | | |
|   Supplies | - | - | | | | | |
|   Total Inventories | | | | | | | |
| Prepaid expenses | - | - | 6 | 6 | | | |
| Total Current Assets | 38 | 40 | 59 | 102 | 88 | 94 | 100 |
| Property, Plant and Equipment - net | 63 | 61 | 87 | 75 | 63 | 51 | 39 |
| Deferred Income Taxes | - | (1) | - | - | - | - | - |
| Other Assets | | | | | | | |
| TOTAL ASSETS | $ 101 | $ 100 | $ 146 | $ 177 | $ 151 | $ 145 | $ 139 |
| **LIABILITIES** | | | | | | | |
| rrent Liabilities: | | | | | | | |
| Notes payable | | | | | | | |
| Current portion of long term debt | | | | | | | |
| Accounts payable | - | - | 4 | - | - | - | - |
| Salaries, wages and commissions | | | 5 | 3 | | | |
| Accrued taxes on income | 0 | 47 | (6) | 5 | 5 | 5 | 5 |
| Other accrued liabilities | 31 | 3 | - | 1 | - | - | - |
| Total Current Liabilities | 31 | 50 | 3 | 9 | 5 | 5 | 5 |
| Intercompany Payables | 68 | (48) | 131 | 151 | 140 | 128 | 119 |
| TOTAL LIABILITIES | 99 | 2 | 134 | 160 | 145 | 133 | 124 |
| **SHAREHOLDERS' EQUITY** | | | | | | | |
| Common Stock | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Additional Paid in Capital | 0 | 0 | | | | | |
| Retained Earnings (Deficit) | 1 | 97 | 11 | 16 | 5 | 11 | 14 |
| Foreign Currency Translation Adjustment | | | | | | | |
| TOTAL SHAREHOLDERS' EQUITY | 2 | 98 | 12 | 17 | 6 | 12 | 15 |
| TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY | $ 101 | $ 100 | $ 146 | $ 177 | $ 151 | $ 145 | $ 139 |
| WORKING CAPITAL | $ 7 | $ (10) | $ 56 | $ 93 | $ 83 | $ 89 | $ 95 |

National Forge Components, Inc.
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual FY 1997 | Actual FY 1998 | Actual FY FY1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | |
| Net income (loss) | $1 | $96 | $14 | $105 | $139 | $156 | $178 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | | | | | |
| Depreciation | 1 | 6 | 9 | 12 | 12 | 12 | 12 |
| Change in assets and liabilities: | | | | | | | |
| (Increase) decrease in accounts receivable | (37) | (2) | (14) | (42) | 7 | (5) | (6) |
| (Increase) decrease in inventories | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Increase) decrease in prepaid expenses | 0 | 0 | (6) | 0 | 6 | 0 | 0 |
| Increase (decrease) in accounts payable | 0 | 0 | 4 | (4) | 0 | 0 | 0 |
| Increase (decrease) in income taxes | 0 | 47 | (53) | 11 | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | 31 | (28) | 2 | (1) | (4) | 0 | 0 |
| Other net | 0 | 1 | (1) | 0 | 0 | 0 | 0 |
| Net Cash Provided By (Used For) Operating Activities | (4) | 120 | (45) | 81 | 160 | 163 | 184 |
| **Cash Flows From Investing Activities:** | | | | | | | |
| Additions) reductions of property, plant and equipment | (64) | (4) | (35) | 0 | 0 | 0 | 0 |
| Net Cash Used In Investing Activities | (64) | (4) | (35) | 0 | 0 | 0 | 0 |
| **Cash Flows From Financing Activities:** | | | | | | | |
| Additional (repayment of) borrowings | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance of stock | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividend payment | | | (100) | (100) | (150) | (150) | (175) |
| Increase (decrease) in intercompany account | 68 | (116) | 179 | 20 | (11) | (12) | (9) |
| Net Cash Provided By Financing Activities | 69 | (116) | 79 | (80) | (161) | (162) | (184) |
| Increase (Decrease) In Cash And Cash Equivalents | $1 | $0 | ($1) | $1 | ($1) | $1 | $0 |

Mitchell, Shackleton & Co. LTD.
A Subsidiary of National Forge Europe Ltd.
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual FY 1997 | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| Sales-customers | $ 8,612 | $ 8,879 | $ 8,592 | $ 8,437 | $ 10,571 | $ 12,150 | $ 13,349 |
| Sales-intercompany | - | - | 31 | 2 | - | - | - |
| Net Sales | $ 8,612 | $ 8,879 | $ 8,623 | $ 8,439 | $ 10,571 | $ 12,150 | $ 13,349 |
| Cost of sales: | | | | | | | |
|   Material | 2,438 | 2,811 | 2,874 | 2,942 | 4,110 | 4,954 | 5,399 |
|   Labor | 1,213 | 1,166 | 1,196 | 1,128 | 1,361 | 1,490 | 1,644 |
|   Overhead | 2,869 | 3,148 | 3,065 | 2,486 | 2,659 | 2,846 | 3,165 |
|   Errors and defects | 145 | 172 | 110 | 261 | 312 | 311 | 311 |
| Cost of sales | 6,665 | 7,297 | 7,245 | 6,817 | 8,442 | 9,601 | 10,519 |
| Gross profit | 1,947 | 1,582 | 1,378 | 1,622 | 2,129 | 2,549 | 2,830 |
| Gross Profit % | 22.6% | 17.8% | 16.0% | 19.2% | 20.1% | 21.0% | 21.2% |
| Selling and Administrative | 1,223 | 1,247 | 1,406 | 1,318 | 1,535 | 1,640 | 1,736 |
| Operating profit | 724 | 335 | (28) | 304 | 594 | 909 | 1,094 |
| Operating Profit % | 8.4% | 3.8% | -0.3% | 3.6% | 5.6% | 7.5% | 8.2% |
| Other expense (income) | 2 | - | 3 | - | - | - | - |
| Interest expense | 136 | 132 | 142 | 100 | 157 | 158 | 110 |
| Pre-tax profit | 586 | 203 | (173) | 204 | 437 | 751 | 984 |
| Pre-tax profit % | 6.8% | 2.3% | -2.0% | 2.4% | 4.1% | 6.2% | 7.4% |
| Taxes | 268 | 67 | -- | - | - | 137 | 304 |
| Net Income | $ 318 | $ 136 | $ (173) | $ 204 | $ 437 | $ 614 | $ 680 |
| Depreciation | $ 305 | $ 341 | $ 355 | $ 389 | $ 454 | $ 541 | $ 585 |
| Exchange rate | 1.50 | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

Mitchell, Shackleton & Co. LTD.
A Subsidiary of National Forge Europe Ltd.
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual June 30, 1997 | Actual June 30, 1998 | Actual June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets: | | | | | | | |
| Cash and cash equivalents | $ 416 | $ 245 | $ 5 | $ 3 | $ 3 | $ 3 | $ 3 |
| Accounts receivable | 1,836 | 2,762 | 2,852 | 2,416 | 2,872 | 3,236 | 3,544 |
| Intercompany receivable | 2 | (28) | (85) | (73) | (89) | (89) | (89) |
| Inventories: | | | | | | | |
|   Work in process | 2,182 | 2,241 | 1,451 | 1,365 | 1,604 | 1,795 | 1,951 |
|   Raw materials | - | - | - | - | - | - | - |
|   Supplies | 72 | 62 | 50 | 49 | 49 | 49 | 49 |
|   Total Inventories | 2,254 | 2,303 | 1,501 | 1,414 | 1,653 | 1,844 | 2,000 |
| Prepaid expenses | 2 | 12 | - | - | - | - | - |
| Total Current Assets | 4,510 | 5,294 | 4,273 | 3,760 | 4,439 | 4,994 | 5,458 |
| Property, Plant and Equipment - net | 4,050 | 4,157 | 3,835 | 4,080 | 4,985 | 4,930 | 4,831 |
| Investment in subsidiaries | - | 125 | 125 | 125 | 125 | 125 | 125 |
| Deferred Income Taxes | - | - | - | - | - | - | - |
| Other Assets | 558 | 619 | 667 | 685 | 685 | 685 | 685 |
| TOTAL ASSETS | $ 9,118 | $ 10,195 | $ 8,900 | $ 8,650 | $ 10,234 | $ 10,734 | $ 11,099 |
| **LIABILITIES** | | | | | | | |
| Current Liabilities: | | | | | | | |
| Notes payable | $ 75 | $ 685 | $ 885 | $ 683 | $ 720 | $ 678 | $ 237 |
| Current portion of long term debt | 524 | 654 | 418 | 407 | 277 | 277 | 233 |
| Accounts payable | 1,189 | 1,716 | 1,284 | 1,042 | 1,374 | 1,429 | 1,689 |
| Accrued taxes on income | - | - | - | - | - | 137 | 304 |
| Customer deposits | 118 | - | 27 | - | - | - | - |
| Other accrued liabilities | - | - | 49 | 14 | 53 | 71 | 62 |
| Deferred tax liabilities | 291 | 369 | 349 | 358 | 358 | 358 | 358 |
| Total Current Liabilities | 2,197 | 3,424 | 3,012 | 2,504 | 2,782 | 2,950 | 2,883 |
| Long Term Debt | 941 | 649 | 192 | 94 | 966 | 684 | 435 |
| Pension and Other Noncurrent Liabilities | - | - | - | - | - | - | - |
| Postretirement and Postemployment Benefits Other Than Pensions | - | - | - | - | - | - | - |
| Intercompany Payables | 1,074 | 1,075 | 1,017 | 1,045 | 1,045 | 1,045 | 1,045 |
| TOTAL LIABILITIES | 4,212 | 5,148 | 4,221 | 3,643 | 4,793 | 4,679 | 4,363 |
| **SHAREHOLDERS' EQUITY** | | | | | | | |
| Common Stock | 2,708 | 2,708 | 2,708 | 2,708 | 2,708 | 2,708 | 2,708 |
| Additional Paid in Capital | 1,847 | 1,847 | 1,847 | 1,847 | 1,847 | 1,847 | 1,847 |
| Retained Earnings (Deficit) | (858) | (722) | (895) | (691) | (254) | 360 | 1,040 |
| Foreign Currency Translation Adjustment | 1,209 | 1,214 | 1,019 | 1,143 | 1,140 | 1,140 | 1,141 |
| TOTAL SHAREHOLDERS' EQUITY | 4,906 | 5,047 | 4,679 | 5,007 | 5,441 | 6,055 | 6,736 |
| TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY | $ 9,118 | $ 10,195 | $ 8,900 | $ 8,650 | $ 10,234 | $ 10,734 | $ 11,099 |
| WORKING CAPITAL | $ 2,313 | $ 1,870 | $ 1,261 | $ 1,256 | $ 1,657 | $ 2,044 | $ 2,575 |
| Exchange rate | 1.60 | 1.65 | 1.58 | 1.62 | 1.62 | 1.62 | 1.62 |

P375

LLC  3yrFC-B     msldlbs                                    11/2/99  5:38 PM

Mitchell, Shackleton & Co. LTD.
A Subsidiary of National Forge Europe Ltd.
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

| | Actual FY 1997 | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | |
| Net income (loss) | $318 | $136 | ($173) | $204 | $437 | $614 | $680 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | | | | | |
| Depreciation | 305 | 341 | 355 | 389 | 454 | 541 | 585 |
| Deferred taxes | 291 | 78 | 0 | 0 | 0 | 0 | 0 |
| Change in assets and liabilities: | | | | | | | |
| (Increase) decrease in accounts receivable | 1,392 | (926) | (90) | 436 | (456) | (364) | (308) |
| (Increase) decrease in inventories | (853) | (49) | 802 | 87 | (239) | (191) | (156) |
| (Increase) decrease in prepaid expenses | 9 | (10) | 12 | 0 | 0 | 0 | 0 |
| Increase (decrease) in accounts payable | (127) | 527 | (432) | (242) | 332 | 55 | 260 |
| Increase (decrease) in income taxes | 0 | 0 | 0 | 0 | 0 | 137 | 167 |
| Increase (decrease) in customer deposits | 118 | (118) | 27 | (27) | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | 0 | 0 | 49 | (35) | 39 | 18 | (9) |
| Other net | (145) | (186) | (48) | (18) | 0 | 0 | 0 |
| Cash Provided By (Used For) Operating Activities | 1,308 | (207) | 502 | 794 | 567 | 810 | 1,219 |
| **Cash Flows From Investing Activities:** | | | | | | | |
| (Additions) reductions of property, plant and equipment | (536) | (448) | (239) | (508) | (1,359) | (486) | (486) |
| Net Cash Used In Investing Activities | (536) | (448) | (239) | (508) | (1,359) | (486) | (486) |
| **Cash Flows From Financing Activities:** | | | | | | | |
| Additional (repayment of) borrowings | (858) | 448 | (493) | (311) | 779 | (324) | (734) |
| Increase (decrease) in intercompany account | 100 | 31 | (1) | 16 | 16 | 0 | 0 |
| Net Cash Provided By Financing Activities | (758) | 479 | (494) | (295) | 795 | (324) | (734) |
| Change in cumulative foreign currency translation adjustment | 315 | 5 | (9) | 7 | (3) | 0 | 1 |
| Increase (Decrease) In Cash And Cash Equivalents | $329 | ($171) | ($240) | ($2) | $0 | $0 | $0 |

Global Crankshaft Services Ltd.
A Subsidiary of Mitchell, Shackleton & Co. LTD.
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual 2 Months FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| Sales-customers | $ 23 | $ 354 | $ 832 | $ 948 | $ 1,094 | $ 1,175 |
| Sales-intercompany | - | - | - | - | - | - |
| Net Sales | $ 23 | $ 354 | $ 832 | $ 948 | $ 1,094 | $ 1,175 |
| Cost of sales: | | | | | | |
|  Material | 2 | 12 | - | 24 | 32 | 37 |
|  Labor | 7 | 102 | 191 | 359 | 403 | 429 |
|  Overhead | 13 | 69 | 259 | 77 | 97 | 109 |
| Cost of sales | 22 | 183 | 450 | 460 | 532 | 575 |
| Gross profit | 1 | 171 | 382 | 488 | 562 | 600 |
| Gross Profit % | 4.3% | 48.3% | 45.9% | 51.5% | 51.4% | 51.1% |
| Selling and Administrative | 21 | 176 | 223 | 217 | 264 | 290 |
| Operating profit | (20) | (5) | 159 | 271 | 298 | 310 |
| Operating Profit % | -87.0% | -1.4% | 19.1% | 28.6% | 27.2% | 26.4% |
| Other expense (income) | - | - | - | - | - | - |
| Interest expense | - | 2 | 5 | 3 | 10 | 16 |
| Minority interest | (5) | (2) | 28 | 45 | 50 | 52 |
| Pre-tax profit | (15) | (5) | 126 | 223 | 238 | 242 |
| Pre-tax profit % | -65.2% | -1.4% | 15.1% | 23.5% | 21.8% | 20.6% |
| Taxes | - | (3) | 38 | 82 | 87 | 90 |
| Net Income | $ (15) | $ (2) | $ 88 | $ 141 | $ 151 | $ 152 |
| Depreciation | | 4 | 25 | 27 | 39 | 38 | 45 |
| Exchange rate | | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

LLC  3yrFC-B   globdlis                                          11/2/99 5:39 PM
P377

Global Crankshaft Services Ltd.
A Subsidiary of Mitchell, Shackleton & Co. LTD.
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

| | Actual June 30, 1998 | Actual June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets: | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts receivable | 24 | 87 | 72 | 259 | 281 | 292 |
| Intercompany receivable | (20) | - | - | - | - | - |
| Inventories: | | | | | | |
| Work in process | - | 3 | - | - | - | - |
| Supplies | - | - | 5 | - | - | - |
| Total Inventories | 0 | 3 | 5 | 0 | 0 | 0 |
| Prepaid expenses | 9 | 2 | 2 | 3 | 4 | 4 |
| Total Current Assets | 13 | 92 | 79 | 262 | 285 | 296 |
| Property, Plant and Equipment - net | 120 | 93 | 198 | 272 | 364 | 449 |
| Deferred Income Taxes | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - |
| Goodwill | 77 | 68 | 62 | 54 | 46 | 38 |
| TOTAL ASSETS | $ 210 | $ 253 | $ 339 | $ 588 | $ 695 | $ 783 |
| **LIABILITIES** | | | | | | |
| Current Liabilities: | | | | | | |
| Notes payable | $ 12 | $ 52 | $ 62 | $ 190 | $ 277 | $ 353 |
| Current portion of long term debt | - | - | - | - | - | - |
| Accounts payable | 50 | 44 | 55 | 102 | 117 | 128 |
| Salaries, wages and commissions | - | - | - | - | - | - |
| Accrued taxes on income | - | (2) | 38 | 75 | 81 | 83 |
| Accrued pension | - | - | - | - | - | - |
| Customer deposits | - | 24 | - | - | - | - |
| Other accrued liabilities | - | - | - | - | - | - |
| Deferred tax liabilities | - | - | - | - | - | - |
| Total Current Liabilities | 62 | 118 | 155 | 367 | 475 | 564 |
| Long Term Debt | - | - | - | - | - | - |
| Pension and Other Noncurrent Liabilities | - | - | - | - | - | - |
| Postretirement and Postemployment Benefits Other Than Pensions | - | - | - | - | - | - |
| Intercompany Payables | - | - | - | - | - | - |
| TOTAL LIABILITIES | 62 | 118 | 155 | 367 | 475 | 564 |
| Minority interest | 32 | 35 | 62 | 81 | 100 | 120 |
| **SHAREHOLDERS' EQUITY** | | | | | | |
| Common Stock | 125 | 125 | 125 | 125 | 125 | 125 |
| Additional Paid in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings (Deficit) | (15) | (17) | 39 | 23 | 35 | 73 |
| Foreign Currency Translation Adjustment | 6 | (8) | (42) | (8) | (40) | (99) |
| TOTAL SHAREHOLDERS' EQUITY | 116 | 100 | 122 | 140 | 120 | 99 |
| TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY | $ 210 | $ 253 | $ 339 | $ 588 | $ 695 | $ 783 |
| WORKING CAPITAL | $ (49) | $ (26) | $ (76) | $ (105) | $ (190) | $ (268) |
| Exchange rate | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

Global Crankshaft Services Ltd.
A Subsidiary of Mitchell, Shackleton & Co. LTD.
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Flows From Operating Activities:** |  |  |  |  |  |  |
| Net income (loss) | ($15) | ($2) | $88 | $141 | $151 | $152 |
| Adjustment to reconcile net income to net cash provided by operating activities: |  |  |  |  |  |  |
| Depreciation | 4 | 25 | 27 | 39 | 38 | 45 |
| Amortization | 2 | 8 | 8 | 8 | 8 | 8 |
| Change in assets and liabilities: |  |  |  |  |  |  |
| (Increase) decrease in accounts receivable | (24) | (63) | 15 | (187) | (22) | (11) |
| (Increase) decrease in inventories | 0 | (3) | (2) | 5 | 0 | 0 |
| (Increase) decrease in prepaid expenses | (9) | 7 | 0 | (1) | (1) | 0 |
| Increase (decrease) in accounts payable | 50 | (6) | 11 | 47 | 15 | 11 |
| Increase (decrease) in income taxes | 0 | (2) | 40 | 37 | 6 | 2 |
| Increase (decrease) in customer deposits | 0 | 24 | (24) | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | 0 | 0 | 0 | 0 | 0 | 0 |
| Other net | (47) | 4 | 25 | 19 | 19 | 20 |
| Net Cash Provided By (Used For) Operating Activities | (39) | (8) | 188 | 108 | 214 | 227 |
| **Cash Flows From Investing Activities:** |  |  |  |  |  |  |
| (Additions) reductions of property, plant and equipment | (124) | 0 | (130) | (113) | (130) | (130) |
| Net Cash Used In Investing Activities | (124) | 0 | (130) | (113) | (130) | (130) |
| **Cash Flows From Financing Activities:** |  |  |  |  |  |  |
| Additional (repayment of) borrowings | 12 | 40 | (20) | 158 | 87 | 76 |
| Issuance of stock | 125 | 0 | 0 | 0 | 0 | 0 |
| Dividend payment | 0 | 0 | (32) | (186) | (199) | (206) |
| Increase (decrease) in intercompany account | 20 | (20) | 0 | 0 | 0 | 0 |
| Net Cash Provided By Financing Activities | 157 | 20 | (52) | (28) | (112) | (130) |
| Change in cumulative foreign currency translation adjustment | 6 | (12) | (6) | 33 | 28 | 33 |
| Increase (Decrease) In Cash And Cash Equivalents | $0 | $0 | $0 | $0 | $0 | $0 |

North West Forgemasters Ltd.
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual 5 months FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| Sales-customers | $ 2,551 | $ 4,693 | $ 3,875 | $ 4,888 | $ 5,670 | $ 6,237 |
| Sales-intercompany | - | 5 | 2 | - | - | - |
| Net Sales | $ 2,551 | $ 4,698 | $ 3,877 | $ 4,888 | $ 5,670 | $ 6,237 |
| Cost of sales: | | | | | | |
|   Material | 1,349 | 2,503 | 1,956 | 2,529 | 2,907 | 3,201 |
|   Labor | 166 | 269 | 282 | 359 | 413 | 455 |
|   Overhead | 244 | 482 | 418 | 501 | 577 | 635 |
|   Errors and defects | - | - | - | - | - | - |
| Cost of sales | 1,759 | 3,254 | 2,656 | 3,389 | 3,897 | 4,291 |
| Gross profit | 792 | 1,444 | 1,221 | 1,499 | 1,773 | 1,946 |
| Gross Profit % | 31.0% | 30.7% | 31.5% | 30.7% | 31.3% | 31.2% |
| Selling and Administrative | 408 | 699 | 663 | 793 | 866 | 893 |
| Operating profit | 384 | 745 | 558 | 706 | 907 | 1,053 |
| Operating Profit % | 15.1% | 15.9% | 14.4% | 14.4% | 16.0% | 16.9% |
| Other expense (income) | | (3) | - | - | - | - |
| Interest expense | - | 4 | 41 | 61 | 95 | 79 |
| Pre-tax profit | 387 | 741 | 517 | 645 | 812 | 974 |
| Pre-tax profit % | 15.2% | 15.8% | 13.3% | 13.2% | 14.3% | 15.6% |
| Taxes | 127 | 185 | 88 | 97 | 122 | 146 |
| Net Income | $ 260 | $ 556 | $ 429 | $ 548 | $ 690 | $ 828 |
| Depreciation | $ 28 | $ 50 | $ 61 | $ 65 | $ 113 | $ 121 |
| Exchange rate | | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 |

LLC  3yrFC-B     nwfmdlis                               11/2/99  5:39 PM

P380

North West Forgemasters Ltd.
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual June 30, 1998 | Actual June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets: | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts receivable | 1,551 | 789 | 1,119 | 1,200 | 1,480 | 1,612 |
| Intercompany receivable | 337 | 961 | 988 | 988 | 988 | 988 |
| Inventories: | | | | | | |
|   Work in process | 374 | 115 | 184 | 139 | 197 | 243 |
|   Raw materials | - | - | - | - | - | - |
|   Supplies | 145 | 162 | 138 | 138 | 138 | 138 |
|   Total Inventories | 519 | 277 | 322 | 277 | 335 | 381 |
| Prepaid expenses | - | - | - | - | - | - |
| Total Current Assets | 2,407 | 2,027 | 2,429 | 2,465 | 2,803 | 2,981 |
| Property, Plant and Equipment - net | 522 | 475 | 485 | 501 | 874 | 834 |
| Other Assets | - | - | - | - | - | - |
| TOTAL ASSETS | $ 2,929 | $ 2,502 | $ 2,914 | $ 2,966 | $ 3,677 | $ 3,815 |
| **LIABILITIES** | | | | | | |
| Current Liabilities: | | | | | | |
| Notes payable | $ 228 | $ 164 | $ 800 | $ 810 | $ 810 | $ 810 |
| Current portion of long term debt | - | - | - | - | 81 | 81 |
| Accounts payable | 1,046 | 640 | 745 | 843 | 944 | 977 |
| Accrued taxes on income | 245 | 347 | 232 | 282 | 404 | 475 |
| Other accrued liabilities | 90 | 28 | 27 | 28 | 26 | 30 |
| Total Current Liabilities | 1,609 | 1,179 | 1,804 | 1,963 | 2,265 | 2,373 |
| Long Term Debt | - | - | - | - | 247 | 167 |
| Pension and Other Noncurrent Liabilities | - | - | - | - | - | - |
| Postretirement and Postemployment Benefits Other Than Pensions | - | - | - | - | - | - |
| Intercompany Payables | - | - | - | - | - | - |
| TOTAL LIABILITIES | 1,609 | 1,179 | 1,804 | 1,963 | 2,512 | 2,540 |
| **SHAREHOLDERS' EQUITY** | | | | | | |
| Common Stock | 2 | 2 | 2 | 2 | 2 | 2 |
| Additional Paid in Capital | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 | 1,004 |
| Retained Earnings (Deficit) | 299 | 386 | 131 | 24 | 185 | 294 |
| Foreign Currency Translation Adjustment | 15 | (69) | (27) | (27) | (26) | (25) |
| TOTAL SHAREHOLDERS' EQUITY | 1,320 | 1,323 | 1,110 | 1,003 | 1,165 | 1,275 |
| TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY | $ 2,929 | $ 2,502 | $ 2,914 | $ 2,966 | $ 3,677 | $ 3,815 |
| WORKING CAPITAL | $ 798 | $ 848 | $ 625 | $ 502 | $ 538 | $ 608 |
| Exchange rate | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

North West Forgemasters Ltd.
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | |
| Net income (loss) | $260 | $556 | $429 | $548 | $690 | $828 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | | | | |
| Depreciation | 28 | 50 | 61 | 65 | 113 | 121 |
| Deferred taxes | (315) | 0 | 0 | 0 | 0 | 0 |
| Change in assets and liabilities: | | | | | | |
| (Increase) decrease in accounts receivable | 49 | 762 | (330) | (81) | (280) | (132) |
| (Increase) decrease in inventories | (8) | 242 | (45) | 45 | (58) | (46) |
| (Increase) decrease in prepaid expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase (decrease) in accounts payable | (340) | (406) | 105 | 98 | 101 | 33 |
| Increase (decrease) in income taxes | 245 | 102 | (115) | 50 | 122 | 71 |
| Increase (decrease) in customer deposits | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | 49 | (62) | (1) | 1 | (2) | 4 |
| Other net | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Provided By (Used For) Operating Activities | (32) | 1,244 | 104 | 726 | 686 | 879 |
| **Cash Flows From Investing Activities:** | | | | | | |
| (Additions) reductions of property, plant and equipment | (20) | (54) | (60) | (81) | (486) | (81) |
| Net Cash Used In Investing Activities | (20) | (54) | (60) | (81) | (486) | (81) |
| **Cash Flows From Financing Activities:** | | | | | | |
| Additional (repayment of) borrowings | 228 | (64) | 636 | 10 | 328 | (80) |
| Dividend payment | 0 | (469) | (684) | (655) | (529) | (719) |
| Increase (decrease) in intercompany account | (340) | (624) | (27) | 0 | 0 | 0 |
| Net Cash Provided By Financing Activities | (112) | (1,157) | (75) | (645) | (201) | (799) |
| Change in cumulative foreign currency translation adjustment | 15 | (33) | 31 | 0 | 1 | 1 |
| Increase (Decrease) In Cash And Cash Equivalents | ($149) | $0 | $0 | $0 | $0 | $0 |

National Forge Europe, Ltd.
Results of Operations
Strategic Long RangeForecast (B)
(dollars in thousands)

|  | Actual 5 months FY 1998 | Actual FY1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| Sales-customers | $ - | $ - | $ - | $ - | $ - | $ - |
| Dividend income | 0 | 469 | 684 | 795 | 678 | 874 |
| Net Sales | $ 0 | $ 469 | $ 684 | $ 795 | $ 678 | $ 874 |
| Cost of sales: | | | | | | |
|   Material | 0 | 0 | 0 | 0 | 0 | 0 |
|   Labor | - | - | - | - | - | - |
|   Overhead | - | - | - | - | - | - |
|   Errors and defects | - | - | - | - | - | - |
| Cost of sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross profit | - | 469 | 684 | 794 | 678 | 873 |
| Gross Profit % | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Selling and Administrative | 23 | 22 | 55 | 55 | 54 | 54 |
| Operating profit | (23) | 447 | 629 | 739 | 624 | 819 |
| Operating Profit % | 0.0% | 95.3% | 92.0% | 93.1% | 92.0% | 93.8% |
| Other expense (income) | 126 | 303 | 296 | 297 | 297 | 297 |
| Interest expense | 206 | 432 | 299 | 265 | 265 | 265 |
| Pre-tax profit | (355) | (288) | 34 | 177 | 62 | 257 |
| Taxes | (76) | (138) | (106) | (96) | (96) | (96) |
| Net Income | $ (279) | $ (150) | $ 140 | $ 273 | $ 158 | $ 353 |
| Exchange rate | | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

National Forge Europe, Ltd.
Including Only North West Forgemasters Ltd.
Results of Operations
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual 5 months FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| Sales-customers | $ 2,551 | $ 4,693 | $ 3,875 | $ 4,888 | $ 5,670 | $ 6,237 |
| Sales-intercompany | - | 5 | 2 | - | - | - |
| Net Sales | $ 2,551 | $ 4,698 | $ 3,877 | $ 4,888 | $ 5,670 | $ 6,237 |
| Cost of sales: | | | | | | |
| Material | 1,349 | 2,503 | 1,956 | 2,529 | 2,907 | 3,201 |
| Labor | 166 | 269 | 282 | 359 | 413 | 455 |
| Overhead | 244 | 482 | 418 | 501 | 577 | 635 |
| Errors and defects | - | - | - | - | - | - |
| Cost of sales | 1,759 | 3,254 | 2,656 | 3,389 | 3,897 | 4,291 |
| Gross profit | 792 | 1,444 | 1,221 | 1,499 | 1,773 | 1,946 |
| Gross Profit % | 31.0% | 30.7% | 31.5% | 30.7% | 31.3% | 31.2% |
| Selling and Administrative | 431 | 721 | 718 | 848 | 920 | 947 |
| Operating profit | 361 | 723 | 503 | 651 | 853 | 999 |
| Operating Profit % | 14.2% | 15.4% | 13.0% | 13.3% | 15.0% | 16.0% |
| Other expense (income) | 123 | 303 | 296 | 297 | 297 | 297 |
| Interest expense | 206 | 436 | 340 | 326 | 360 | 344 |
| Pre-tax profit | 32 | (16) | (133) | 28 | 196 | 358 |
| Taxes | 51 | 47 | (18) | 1 | 26 | 50 |
| Net Income | $ (19) | $ (63) | $ (115) | $ 27 | $ 170 | $ 308 |
| Exchange rate | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

National Forge Europe Ltd.
A Subsidiary of National Forge Company
Balance Sheet
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual June 30, 1998 | Actual June 30, 1999 | Forecast June 30, 2000 | Forecast June 30, 2001 | Forecast June 30, 2002 | Forecast June 30, 2003 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets: | | | | | | |
| Cash and cash equivalents | $ - | 30 | $ - | $ - | $ - | $ - |
| Restricted escrow | 192 | 237 | 510 | - | - | - |
| Accounts receivable | - | 2 | - | - | - | - |
| Intercompany receivable | (385) | - | - | - | - | - |
| Inventories: | | | | | | |
| Work in process | | - | .. | - | - | - |
| Raw materials | - | - | - | - | - | - |
| Supplies | | - | - | - | - | - |
| Total Inventories | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses | 3 | 3 | - | - | - | - |
| Total Current Assets | (190) | 272 | 510 | 0 | 0 | 0 |
| Property, Plant and Equipment - net | | - | - | - | - | - |
| Investment in Subsidiaries | 5,108 | 5,108 | 5,108 | 5,108 | 5,108 | 5,108 |
| Other Assets | - | - | - | - | - | - |
| Goodwill | 5,955 | 5,342 | 5,281 | 4,984 | 4,687 | 4,390 |
| TOTAL ASSETS | $ 10,873 | $ 10,722 | $ 10,899 | $ 10,092 | $ 9,795 | $ 9,498 |
| **LIABILITIES** | | | | | | |
| Current Liabilities: | | | | | | |
| Notes payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Current portion of long term debt | 911 | 924 | 1,071 | 706 | 706 | 706 |
| Accounts payable | 95 | 35 | 64 | 64 | 64 | 64 |
| Accrued taxes on income | (76) | (152) | (266) | (458) | (554) | (650) |
| Other accrued liabilities | - | .. | - | - | - | - |
| Total Current Liabilities | 930 | 807 | 869 | 312 | 216 | 120 |
| Long Term Debt | 4,509 | 3,521 | 3,170 | 2,320 | 1,614 | 908 |
| Pension and Other Noncurrent Liabilities | - | - | - | - | - | - |
| Postretirement and Postemployment Benefits Other Than Pensions | - | .. | - | - | - | - |
| Intercompany Payables | - | 1,107 | 1,335 | 1,675 | 2,023 | 2,174 |
| TOTAL LIABILITIES | 5,439 | 5,435 | 5,374 | 4,307 | 3,853 | 3,202 |
| **SHAREHOLDERS' EQUITY** | | | | | | |
| Common Stock | 5,709 | 5,709 | 5,709 | 5,709 | 5,709 | 5,709 |
| Additional Paid in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings (Deficit) | (279) | (429) | (289) | (15) | 143 | 496 |
| Foreign Currency Translation Adjustment | 4 | 7 | 105 | 91 | 91 | 90 |
| TOTAL SHAREHOLDERS' EQUITY | 5,434 | 5,287 | 5,525 | 5,785 | 5,942 | 6,296 |
| TOTAL LIABILITIES, PREFERRED STOCK AND EQUITY | $ 10,873 | $ 10,722 | $ 10,899 | $ 10,092 | $ 9,795 | $ 9,498 |
| WORKING CAPITAL | $ (1,120) | $ (535) | $ (359) | $ (312) | $ (216) | $ (120) |
| Exchange rate | 1.65 | 1.62 | 1.62 | 1.62 | 1.62 | 1.62 |

LLC  3yrFC-B     NFEdlbs                                    P385
                                                  11/2/99  5:39 PM

National Forge Europe Ltd.
A Subsidiary of National Forge Company
Statement of Cash Flows
Strategic Long Range Forecast (B)
(dollars in thousands)

|  | Actual FY 1998 | Actual FY 1999 | Forecast FY2000 | Forecast FY2001 | Forecast FY2002 | Forecast FY2003 |
|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | |
| Net income (loss) | ($279) | ($150) | $140 | $273 | $158 | $353 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | | | | |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization | 0 | 303 | 296 | 297 | 297 | 297 |
| Change in assets and liabilities: | | | | | | |
| (Increase) decrease in restricted escrow | 0 | (45) | (273) | 510 | 0 | 0 |
| (Increase) decrease in accounts receivable | 0 | (2) | 2 | 0 | 0 | 0 |
| (Increase) decrease in inventories | 0 | 0 | 0 | 0 | 0 | 0 |
| (Increase) decrease in prepaid expenses | (3) | 0 | 3 | 0 | 0 | 0 |
| Increase (decrease) in accounts payable | 95 | (60) | 29 | 0 | 0 | 0 |
| Increase (decrease) in income taxes | (76) | (76) | (114) | (192) | (96) | (96) |
| Increase (decrease) in customer deposits | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase (decrease) in all other current liabilities (excluding borrowings) | 0 | 0 | 0 | 0 | 0 | 0 |
| Other net | 1,502 | 310 | (235) | 0 | 0 | 0 |
| Net Cash Provided By (Used For) Operating Activities | 1,239 | 280 | (152) | 889 | 359 | 554 |
| **Cash Flows From Investing Activities:** | | | | | | |
| (Additions) reductions of property, plant and equipment | (7,048) | 0 | 0 | 0 | 0 | 0 |
| Net Cash Used In Investing Activities | (7,048) | 0 | 0 | 0 | 0 | 0 |
| **Cash Flows From Financing Activities:** | | | | | | |
| Additional (repayment of) borrowings | 5,420 | (975) | (204) | (1,215) | (706) | (706) |
| Increase (decrease) in intercompany account | 385 | 722 | 228 | 340 | 347 | 152 |
| Net Cash Provided By Financing Activities | 5,805 | (253) | 24 | (875) | (359) | (554) |
| Change in cumulative foreign currency translation adjustment | 4 | 3 | 98 | (14) | (0) | (0) |
| Increase (Decrease) In Cash And Cash Equivalents | $0 | $30 | ($30) | $0 | $0 | $0 |

LLC  3yrFC-B    NFEcf$                                   11/2/99 5:40 PM
P386