IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, <u>et al.</u>,

                              Debtor.

-----------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED           Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                              Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                              Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, <u>et al</u>.,

                              Defendants.

_____

### MOTION OF DEFENDANTS E. ROGER CLARK, MAURICE J. CASHMAN, DANA BEYELER AND ROBERT A. KAEMMERER FOR SUMMARY JUDGMENT AS TO COUNTS I THROUGH VII OF THE AMENDED COMPLAINT

Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A.

Kaemmerer hereby move, pursuant to Fed. R. Civ. P. 56, for entry of an Order granting them

summary judgment on the grounds that the causes of action alleged by the Plaintiff in Counts I,

II, III and VII of its Amended Complaint are barred by Bankruptcy Code § 546(e) and the causes

of action alleged in Counts IV, V and VI thereof are time-barred.  Arguments in support of these

grounds are fully set forth in the Brief that accompanies this Motion.

2

Dated:  September 26, 2005                    Respectfully submitted,

/s/ Erik Sobkiewicz
Douglas A. Campbell
PA I.D. No. 23143
Erik Sobkiewicz
PA I.D. No. 56836
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310

Counsel for Defendants E. Roger
Clark, Maurice J. Cashman, Dana
Beyeler and Robert A. Kaemmerer