IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>                              Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                              Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                              Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>                              Defendants. | Civil No. 04-21 Erie |

**Joinder of Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau in the Opening Brief and Appendix of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer to the Amended Complaint**

Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry

Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris,

Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau, (collectively "Transferee Defendants") by and through their counsel, The McDonald Group, L.L.P., respectfully submit this Joinder in the Opening Brief in Support of the Motion (the "Brief") and Appendix of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer to the Amended Complaint and state as follows:

1. Transferee Defendants agree with the statements of fact, arguments and authorities set forth in the Brief.

2. Transferee Defendants assert that the arguments and authorities set forth in the Brief apply with equal force to the Transferee Defendants and, therefore, join in the Brief in Support of Transferee Defendants' Motion.

3. Transferee Defendants join in the Appendix and submit a Supplemental Appendix in support of their Motion.

WHEREFORE, the Transferee Defendants respectfully request that the Court grant the relief requested in their Motion, and such other relief as the Court deems proper.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ James D. McDonald, Jr.
    James D. McDonald, Jr.
    PA I.D. No. 06570
    456 West Sixth Street
    P.O. Box 1757
    Erie, Pennsylvania 16507-0757
    (814) 456-5318

    Attorneys for:
    Daniel Antos, William D. Bailey,
    Richard A. Brewster, James E. Caldwell,
    Larry Campbell, James C. Confer,
    Richard D'Alessandro, Donald Fissel,
    James B. Harris, Thomas H. Jackson,
    Ashok K. Khare, Carl J. Luppino,
    Clarence E. Mason, Harold Murphy,
    Philip R. Novosel, Charles R. Olson,
    James D. Ruhlman, Phillip R. Simons,
    Glenn E. Turk, Ronald L. Young,
    Barry Zischkau (the "Transferee
    Defendants")

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, <u>et al.,</u><br><br>                      Debtor.<br>---------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                      Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                      Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, <u>et al.,</u><br><br>                      Defendants. | Civil No. 04-21 Erie |

**CERTIFICATE OF SERVICE**

I, James D. McDonald, Jr., do hereby certify that a true and correct copy of the foregoing Joinder was served by first class United States mail, postage prepaid, on this 27th day of September, 2005 upon each of the parties listed below:

John M. Steiner, Esquire            Joel M. Walker, Esquire
Leech Tishman Fuscaldo & Lampl, LLC    Duane Morris LLP
1800 Frick Building                     600 Grant Street, Suite 5010
Pittsburgh, PA 15219                 Pittsburgh, PA 15219

| | |
|---|---|
| Lawrence C. Bolla, Esquire<br>Michael P. Kruszewski, Esquire<br>The Quinn Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 | William T. Cullen, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 |

Douglas A. Campbell, Esquire
Campbell & Levine, LLC
1700 Grant Building, 310 Grant Street
Pittsburgh, PA 15219

                                              Respectfully submitted,

                                              THE McDONALD GROUP, L.L.P.

                                              By: /s/ James D. McDonald, Jr.
                                              James D. McDonald, Jr.
                                              PA I.D. No. 06570
                                              456 West Sixth Street
                                              P.O. Box 1757
                                              Erie, Pennsylvania 16507-0757
                                              (814) 456-5318

                                              Attorneys for:
                                              Daniel Antos, William D. Bailey,
                                              Richard A. Brewster, James E. Caldwell,
                                              Larry Campbell, James C. Confer,
                                              Richard D'Alessandro, Donald Fissel,
                                              James B. Harris, Thomas H. Jackson,
                                              Ashok K. Khare, Carl J. Luppino,
                                              Clarence E. Mason, Harold Murphy,
                                              Philip R. Novosel, Charles R. Olson,
                                              James D. Ruhlman, Phillip R. Simons,
                                              Glenn E. Turk, Ronald L. Young,
                                              Barry Zischkau (the "Transferee
                                              Defendants")

F:\CFD\2600\2649 (Turk)\Western District Court\joinderopening brief and app.doc