IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.,*<br><br>                         Debtor.<br>-------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>                         Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>                         Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.,*<br><br>                         Defendants. | Civil No. 04-21 Erie |

**Supplemental Appendix of Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau in support of their Motion Pursuant to Fed. R. Civ.P. 12(b)(6) and 56**

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ James D. McDonald, Jr.
James D. McDonald, Jr.
PA I.D. No. 06570
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318


Attorneys for:
Daniel Antos, William D. Bailey,
Richard A. Brewster, James E. Caldwell,
Larry Campbell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Philip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau (the "Transferee
Defendants")

Table of Contents

                                                                                                  <u>Exhibit</u>

Affidavit of  Larry Campbell……………………………………….A

Affidavit of James C. Confer…………………………………………B

Affidavit of  Thomas H. Jackson……………………………………..C

Affidavit of  Carl J. Luppino ……………………………………….D

Affidavit of Charles R. Olson………………………………………E

Affidavit of Phillip R. Simons………………………………………F

Affidavit of Glenn E. Turk………………………………………….G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY, *et al.*,<br><br>        Debtor.<br>--------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY,<br><br>        Plaintiff,<br><br>and<br><br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY,<br><br>        Intervenors,<br><br>v.<br><br>E. ROGER CLARK, both Individually and as an Officer and Director of National Forge Company, *et al.*,<br><br>        Defendants. | Civil No. 04-21 Erie |

**CERTIFICATE OF SERVICE**

I, James D. McDonald, Jr., do hereby certify that a true and correct copy of the foregoing Supplemental Appendix was served by first class United States mail, postage prepaid, on this 27th day of September, 2005 upon each of the partied listed below:

John M. Steiner, Esquire  
Leech Tishman Fuscaldo & Lampl, LLC  
1800 Frick Building  
Pittsburgh, PA 15219  

Joel M. Walker, Esquire  
Duane Morris LLP  
600 Grant Street, Suite 5010  
Pittsburgh, PA 15219

| | |
|---|---|
| Lawrence C. Bolla, Esquire<br>Michael P. Kruszewski, Esquire<br>The Quinn Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 | William T. Cullen, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 |

Douglas A. Campbell, Esquire
Campbell & Levine, LLC
1700 Grant Building, 310 Grant Street
Pittsburgh, PA 15219

        Respectfully submitted,

        THE McDONALD GROUP, L.L.P.

        By: /s/ James D. McDonald, Jr.
        James D. McDonald, Jr.
        PA I.D. No. 06570
        456 West Sixth Street
        P.O. Box 1757
        Erie, Pennsylvania 16507-0757
        (814) 456-5318

        Attorneys for:
        Daniel Antos, William D. Bailey,
        Richard A. Brewster, James E. Caldwell,
        Larry Campbell, James C. Confer,
        Richard D'Alessandro, Donald Fissel,
        James B. Harris, Thomas H. Jackson,
        Ashok K. Khare, Carl J. Luppino,
        Clarence E. Mason, Harold Murphy,
        Philip R. Novosel, Charles R. Olson,
        James D. Ruhlman, Phillip R. Simons,
        Glenn E. Turk, Ronald L. Young,
        Barry Zischkau (the "Transferee
        Defendants")

F:\CFD\2600\2649 (Turk)\Western District Court\amdsupplemental appendix.doc