IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: </br></br>NATIONAL FORGE COMPANY, *et, al.*, </br></br>Debtor. </br></br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, </br></br>Plaintiff, </br></br>and </br></br>OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, </br></br>Intervenors, </br></br>v. </br></br>E. ROGER CLARK both Individually and as an Officer and Director of National Forge Company; et al., </br></br>Defendants. | Civil Action No. 04-21 ERIE |

### AFFIDAVIT OF JAMES C. CONFER

I, James C. Confer, after being duly sworn according to law, depose and say the following:

1. I, James C. Confer, am a former employee of National Forge Company.

2. During my employment with National Forge Company I accumulated approximately 2,687 shares of stock through my IRA plan.

3.  On or about April 13, 1999, National Forge Company redeemed all of the shares of the Class B Common Stock from my IRA account.

4.  National Forge Company paid the funds to me by check and/or wire transfer from National City Bank of Pennsylvania.

5.  All statements contained in this Affidavit are true and correct to the best of my knowledge, information and belief.

                                                              *James C. Confer* (signature)
                                                              James C. Confer

COMMONWEALTH OF PENNSYLVANIA   )
                                             )  SS.
COUNTY OF ~~XXXX~~  Warren          )

Before me, the undersigned authority, personally appeared JAMES C. CONFER, who, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

                                                              *James C. Confer* (signature)
                                                              James C. Confer

Sworn to and subscribed before me this 13 day of July, 2005.

_Michele L. Bova_ (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Michele L. Bova, Notary Public
City Of Warren, Warren County
My Commission Expires June 4, 2009

Member, Pennsylvania Association of Notaries

F:\CFD\2600\2649 (Turk)\Affidavit - Confer.doc