IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:          ) | |
|          ) | |
| NATIONAL FORGE COMPANY, *et, al.,*    ) | |
|          ) | |
|      Debtor.       ) | |
|          ) | |
| OFFICIAL COMMITTEE OF UNSECURED  ) | |
| CREDITORS OF NATIONAL FORGE    ) | |
| COMPANY,         ) | |
|          ) | |
|      Plaintiff,      ) | |
|          ) | |
| and          ) | |
|          ) | |
| OFFICIAL COMMITTEE OF RETIREES OF  ) | Civil Action No. 04-21 ERIE |
| NATIONAL FORGE COMPANY,    ) | |
|          ) | |
|      Intervenors,     ) | |
|          ) | |
|     v. | |
| | |
| E. ROGER CLARK both Individually and as | |
| an Officer and Director of National Forge | |
| Company; et al., | |
| | |
|      Defendants. | |

### AFFIDAVIT OF THOMAS H. JACKSON

       I, Thomas H. Jackson, after being duly sworn according to law, depose and say the following:

    1.     I, Thomas H. Jackson, am a former employee of National Forge Company.

    2.     During my employment with National Forge Company I directly held 3,144 shares and I also accumulated approximately 1,330 shares of stock through my IRA plan.

3.    On or about April 13, 1999, National Forge Company redeemed all of the shares of the Class B Common Stock held directly by me and in my IRA account.

4.    National Forge Company paid the funds to me by check and/or wire transfer from National City Bank of Pennsylvania for my IRA shares and by check and/or wire transfer from Chase Bank for my individual shares.

5.    Attached hereto and incorporated herein are true and correct copies of the checks I received for my shares.

6.    All statements contained in this Affidavit are true and correct to the best of my knowledge, information and belief.

_____
Thomas H. Jackson

COMMONWEALTH OF PENNSYLVANIA     )
                                 )  SS.
COUNTY OF WARREN                 )


Before me, the undersigned authority, personally appeared THOMAS H. JACKSON, who, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

_____
Thomas H. Jackson

Sworn to and subscribed before me

this *14th* day of July, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Laura B. Callan, Notary Public
City of Warren, Warren County
My Commission Expires Apr. 15, 2008
Member, Pennsylvania Association of Notaries

C:\DOCUME~1\TRST1212\LOCALS~1\Temp\notesC7A056\~0723119.doc

```
THOMAS H. JACKSON IRA ROLL 2-23-21          L21
ACCOUNT NUMBER:  PO-9710-00-8        PAYMENT DATE: 06/09/99
BENEFIT PAYMENT TRANSFERRED TO
```

```
                                    CHECK NUMBER 9134703


CHARLES SCHWAB & CO INC CUST FOR IRASOC SEC NUM: 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
FBO THOMAS H JACKSON

305 W 5TH AVENUE
WARREN  PA  16365

                                   CURRENT         YEAR-TO-DATE
               GROSS AMOUNT        66,237.41          66,237.41
               NET PAYMENT         66,237.41          66,237.41




          TAXABLE AMOUNT                .00
          CAPITAL GAIN                  .00
          EMPLOYEE CONTRIB.            .00
          UNREALIZED APPREC.           .00
          DISTRIBUTION CODE             G
```

```
46NATIONAL CITY BANK OF PENNSYLVANIAPO-9710-00-8 DATE   06/09/99   9134703
THOMAS H. JACKSON IRA ROLL 2-23-21

                                                                6-12
                                                                410

                                                        9134703

PAY
     *** SIXTY SIX THOUSAND TWO HUNDRED ***
TO THE ORDER OF THIRTY-SEVEN AND 41/100 ***              AMOUNT

                                                        *****66,237.41

   CHARLES SCHWAB & CO INC CUST FOR IRA
   FBO THOMAS H JACKSON
   305 W 5TH AVENUE
   WARREN  PA  16365


NATIONAL CITY BANK
CLEVELAND, OHIO                               AUTHORIZED SIGNATURE

       ⑈9134703⑈ ⑈041000124⑈ 7791212⑈
```

Case 1:02-cv-00021-SJM Document 51-4 Filed 08/26/2005 Page 4 of 4

NATIONAL FORGE COMPANY HOLDINGS, INC.

DATE 4/13/1999

Ronald R. Jackson

$ 155,376

Hundred Fifty Five Thousand Three Hundred Seventy Six and 48/100 — — — — — — — — DOLLARS

CHASE
The Chase Manhattan Bank
1 Pittsburgh Square
Buffalo, NY 14202

Shares, Certificate 5