IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et, al.*, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF NATIONAL FORGE ) | |
| COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES OF ) | Civil Action No. 04-21 ERIE |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| Intervenors, ) | |
| ) | |
| v. | |
| | |
| E. ROGER CLARK both Individually and as | |
| an Officer and Director of National Forge | |
| Company; et al., | |
| | |
| Defendants. | |

### AFFIDAVIT OF GLENN E. TURK

I, Glenn E. Turk, after being duly sworn according to law, depose and say the following:

1. I, Glenn E. Turk, am a former employee of National Forge Company.

2. During my employment with National Forge Company I directly held 1,591 shares and I also accumulated approximately 5,567 shares of stock through my IRA plan.

3. On or about April 13, 1999, National Forge Company redeemed all of the shares of the Class B Common Stock held directly by me and in my IRA account.

4. National Forge Company paid the funds to me by check and/or wire transfer from National City Bank of Pennsylvania for my IRA shares and by check and/or wire transfer from Chase Bank for my individual shares.

5. All statements contained in this Affidavit are true and correct to the best of my knowledge, information and belief.

_____
Glenn E. Turk

COMMONWEALTH OF PENNSYLVANIA   )
                               ) SS.
COUNTY OF ~~ERIE~~ Warren      )

Before me, the undersigned authority, personally appeared GLENN E. TURK, who, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Affidavit are true and correct to the best of his knowledge, information and belief.

_____
Glenn E. Turk

Sworn to and subscribed before me
this 14th day of July, 2005.

_____
Christie L. Robeson
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Christie L. Robeson, Notary Public
City of Warren, Warren County
My Commission Expires Sept. 3, 2007
Member, Pennsylvania Association of Notaries