IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et, al.,* ) | |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF NATIONAL FORGE ) | |
| COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES OF ) | Civil Action No. 04-21 ERIE |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| E. ROGER CLARK both Individually and as ) | |
| an Officer and Director of National Forge ) | |
| Company; et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

AND NOW, comes Brian M. McGowan, Esquire, counsel for the Transferee Defendants, Daniel Antos, William D. Bailey, Richard A. Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and

Barry Zischkau, and moves this Honorable Court for an Order to Withdraw Appearance, and in support thereof alleges as follows:

1. Brian M. McGowan, Esquire is currently counsel of record with regard to the above-captioned matter.

2. Brian M. McGowan, Esquire is requesting to withdraw his appearance on behalf of the Transferee Defendants, as he is no longer with The McDonald Group, L.L.P.

3. James D. McDonald, Jr., Esquire, is also counsel of record with regard to the above named Transferee Defendants, and will continue to represent the Transferee Defendants in the above captioned matter through The McDonald Group, L.L.P.

4. This withdrawal of appearance is not intended to, nor will it, delay this proceeding in any way.

WHEREFORE, Brian M. McGowan, Esquire, requests the Honorable Court to enter an Order withdrawing his appearance on behalf of the Transferee Defendants.

    Respectfully submitted,

By: /s/ Brian M. McGowan_____
    Brian M. McGowan
    Pa. I.D. No. 73438
    425 W.10th St. Suite 201
    Erie, PA  16502
    Phone: (814) 453-4141

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et, al.*, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) )   Civil Action No. 04-21 ERIE |
| | ) |
| Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| E. ROGER CLARK both Individually and as an Officer and Director of National Forge Company; et al., | ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I the undersigned certify that on this 6th day of October, 2005 I served a copy of the foregoing Motion for Withdrawal of Appearance and Proposed Order on the parties identified below by United States First Class Mail, postage pre-paid:

| | |
|---|---|
| David A. Murdoch, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 | Guy Fustine, Esquire<br>Knox, McLaughlin, Gornall & Sennett, PC<br>120 West 10th Street<br>Erie, PA 16501 |

| | |
|---|---|
| David W. Lampl, Esquire<br>Leech Tishman Fuscaldo & Lampl, LLC<br>1800 Frick Building<br>Pittsburgh, PA 15219 | Lawrence C. Bolla, Esquire<br>Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.<br>2222 West Grandview Blvd.<br>Erie, PA 16506 |
| Douglas A. Campbell, Esquire<br>Campbell & Levine, LLC<br>1700 Grand Building, 310 Grant Street<br>Pittsburgh, PA 15219 | Joel M. Walker, Esquire<br>Bradley J. Walent<br>Duane Morris LLP<br>600 Grant Street, Suite 5010<br>Pittsburgh, PA 15219 |

        Respectfully submitted,

        By: /s/ Brian M. McGowan
        Brian M. McGowan
        Pa. I.D. No. 73438
        425 W.10th St. Suite 201
        Erie, PA 16502
        Phone: (814) 453-4141