IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et, al.,* ) | |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF NATIONAL FORGE ) | |
| COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES OF ) | Civil Action No. 04-21 ERIE |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| E. ROGER CLARK both Individually and as ) | |
| an Officer and Director of National Forge ) | |
| Company; et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING WITHDRAWAL OF APPEARANCE**

At Erie, in the Western District of Pennsylvania, this ____ day of _____ _____, 2005, upon consideration of the Motion for Withdrawal of Appearance, and after notice, and appearing that the Motion is well founded, it is ORDERED that the Withdrawal of Appearance of Brian M. McGowan as described in the Motion, is GRANTED.

_____
                                                                                                J.

F:\CFD\2600\2649 (Turk)\appear.order.doc