IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| NATIONAL FORGE COMPANY, *et, al.* | ) |
| Debtor. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) |
| Plaintiff | ) |
| And | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| Intervenors | ) |
| v. | ) C.A. No. 04-21 ERIE |
| E. ROGER CLARK, *et al.* | ) |
| Defendants | ) |

**MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE RESTRICTIONS**

AND NOW comes the Official Committee of Unsecured Creditors of National Forge Company, *et al.*, the Plaintiff, and the Official Committee of Retirees of National Forge Company, the Intervenor (collectively the "Committee" or the "Plaintiff"), by and through their undersigned counsel, and submits the within Motion for Leave to File Brief Exceeding Page Restrictions, and in support thereof represents as follows:

1.    On January 31, 2003, Plaintiff commenced the instant action by filing a Complaint seeking, *inter alia*, to bring claims for fraudulent transfers under the Pennsylvania

Fraudulent Transfer Act ("PAUFTA") and for breach of the Pennsylvania Business Corporation Law.

2. On August 22, 2005, the Plaintiff filed an Amended Complaint.

3. On September 26, 2005, Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer filed a Motion for Summary Judgment (the "Motion") and Brief in Support (the "Brief"). The remaining Defendants joined in the Motion and the Brief.

4. On October 17, 2005, Plaintiff filed its Brief in Opposition to Summary Judgment (the "Brief in Opposition"), which totaled thirty-two (32) pages.

5. Pursuant to the Section II.B of Your Honor's Local Practices and Procedures, the page restriction applicable to briefs is twenty-five (25) pages.

6. Plaintiff respectfully requests leave of court to file its Brief in Opposition in excess of the page restrictions imposed by this Court's Practices and Procedures. The arguments raised in the Motion and the Brief implicate complex issues of federal and state law that require a discussion and analysis that exceeds twenty-five (25) pages.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting leave for the Plaintiff to file a Brief in Opposition to Summary Judgment exceeding the twenty-five (25)-page restriction imposed by this Court's Practices and Procedures.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: 10/17/05          By: _____
David W. Lampl, Esquire
PA ID No.: 28900
John M. Steiner, Esquire
PA ID No.: 79390
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600
Counsel for the Official Committee of
Unsecured Creditors


Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.

*/s/ Lawrence C. Bolla*
Lawrence C. Bolla, Esquire
Arthur Martinucci, Esquire
2222 West Grandview Blvd.
Erie, PA 16506-4508
Counsel for Retirees' Committee