IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| NATIONAL FORGE COMPANY, *et, al.* | ) |
| Debtor. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) |
| Plaintiff | ) |
| And | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| Intervenors | ) |
| v. | ) C.A. No. 04-21 ERIE |
| E. ROGER CLARK, *et al.* | ) |
| Defendants | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Leave to File Brief Exceeding Page Restrictions of the Official Committee of Unsecured Creditors of National Forge Company, *et al.* (the "Plaintiff"), it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and the Plaintiff is hereby permitted to file its Brief in Opposition to Summary Judgment exceeding twenty-five (25) pages.

_____J.
United States District Judge