IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et, al.* ) | |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF ) | |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| And ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES ) | |
| OF NATIONAL FORGE COMPANY, ) | |
| ) | |
| Intervenors ) | |
| ) | C.A. No. 04-21 ERIE |
| v. ) | |
| ) | |
| E. ROGER CLARK, *et al.* ) | |
| ) | |
| Defendants ) | |

**APPENDIX TO BRIEF IN OPPOSITION TO SUMMARY JUDGMENT OF
DEFENDANTS E. ROGER CLARK, MAURICE CASHMAN, DANA BEYELER
AND ROBERT A. KAEMMERER AND JOINED BY REMAINING
DEFENDANTS DANIEL ANTOS, ET AL. AND J.P. MORGAN CHASE & CO.,
FLEET BUSINESS CREDIT CORPORATION, AND NATIONAL CITY BANK
OF PENNSYLVANIA**

The Plaintiff hereby incorporates the Appendix filed at Docket No. 38 as if fully set forth herein.

Respectfully submitted,

Leech Tishman Fuscaldo & Lampl, LLC

　/s/ Andrew L. Blattenberger
David W. Lampl, Esquire
PA I.D. No. 28900
John M. Steiner, Esquire
PA I.D. No. 79390
Andrew L. Blattenberger, Esquire
PA. I.D. No. 87342
525 William Penn Place, 30th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600
Counsel for the Official Committee of
Unsecured Creditors

Quinn, Buseck, Leemhuis, Toohey &
Kroto, Inc.

/s/ Lawrence C. Bolla
Lawrence C. Bolla, Esquire
Arthur Martinucci, Esquire
2222 West Grandview Blvd.
Erie, PA  16506-4508
Counsel for Retirees' Committee