IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, <u>et al.</u>,

                Debtor.
-------------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,         Related to Document No. 41

                Plaintiff,         Document No. _____

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                Intervenors,
v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, <u>et al</u>.,

                Defendants.
_____

<u>MOTION OF DEFENDANTS E. ROGER CLARK,
MAURICE J. CASHMAN, DANA BEYELER AND ROBERT A.
KAEMMERER FOR AN ORDER EXTENDING BRIEFING SCHEDULE DEADLINE</u>

      By this motion (the "Motion"), E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer (the "Defendants"), through their respective counsel, request additional time to reply to the Plaintiff's opposition to the Defendants' Motion for Summary Judgment as to Counts I Through VII of the Amended Complaint [Document No. 46] (the "Summary Judgment Motion") and in support of this request state as follows:

1.\tBy Order dated September 7, 2005, the Court, on the Defendants' motion, permitted the Defendants to withdraw their motion for summary judgment [Document No. 23] and the accompanying brief [Document No. 25] as well as the joinders filed by the remaining defendants to that motion and brief [Document Nos. 26 and 27, respectively].

2.\tIn the same Order, the Court set the deadline for the Defendants to respond to the Plaintiff's Amended Complaint at September 26, 2005, on which date the Defendants filed the Summary Judgment Motion. The remaining defendants either filed their own summary judgment motion or joined in with the Summary Judgment Motion.

3.\tPlaintiff and Intervenors filed their response to the Summary Judgment Motion on October 18, 2005.

4.\tThe deadline to file replies is October 31, 2005.

5.\tDue to an unexpected matter, Defendants' counsel has had to divert time away from working on a reply in this case.

6.\tDefendants request that they permitted an additional four days, until Friday, November 4, 2005, to file their reply to the Plaintiff's opposition to the Summary Judgment Motion. Plaintiff's counsel has consented to this extension.

WHEREFORE, the Defendants request that the relief sought above be granted. A proposed Order is attached for the Court's consideration.

Dated: October 28, 2005\t\t\tRespectfully submitted,

>\t/s/ Erik Sobkiewicz
>\tErik Sobkiewicz
>\tCAMPBELL & LEVINE, LLC
>\t1700 Grant Bldg., Pittsburgh, PA  15219
>\tTelephone:  (412) 261-0310
>\tCounsel for E. Roger Clark, Maurice J. Cashman,
>\tDana Beyeler and Robert A. Kaemmerer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,
              Debtor.
-----------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED          Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                         Document No. _____

                    Plaintiff,
        and
OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                   Intervenors,
v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                   Defendants.

_____

### Certificate of Service

     I hereby certify that on October 31, 2005, I caused a copy of the foregoing "Motion of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer for an Order Extending Briefing Schedule Deadline" to be served on the following by first class mail, postage prepaid:

                        David W. Lampl, Esquire
                        John M. Steiner, Esquire
                        LEECH TISHMAN FUSCALDO &
                           LAMPL, LLC
                        525 William Penn Place
                        Citizens Bank Building, 30th Floor
                        Pittsburgh, PA  15219

2

Dated: October 31, 2005                                  Respectfully submitted,


                                                         /s/ Erik Sobkiewicz
                                                         Erik Sobkiewicz
                                                         PA I.D. No. 56836
                                                         CAMPBELL & LEVINE, LLC
                                                         1700 Grant Building
                                                         Pittsburgh, PA  15219
                                                         Telephone:  (412) 261-0310