IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In re:<br>NATIONAL FORGE COMPANY, et al.,<br><br>                       Debtor.<br>--------------------------------------------------------<br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF NATIONAL FORGE<br>COMPANY,<br>                       Plaintiff,<br><br>   and<br><br>OFFICIAL COMMITTEE OF RETIREES<br>OF NATIONAL FORGE COMPANY,<br><br>                       Intervenors,<br>   v.<br><br>E. ROGER CLARK, both Individually and as<br>an Officer and Director of National Forge<br>Company, et al.,<br><br>                       Defendants. | Civil No. 04-21 Erie<br><br>Document No. _____ |

_____

<u>ORDER</u>

On this _____ day of October, 2005, and upon consideration of the Defendants' motion (the "Motion") styled "Motion of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer for an Order Extending Briefing Schedule Deadline" it is hereby

ORDERED, that the Motion is granted, and all Defendants may have until November 4, 2005, to reply to the Plaintiff's opposition to the Summary Judgment Motion (as defined in the Motion) and accompanying brief [Document Nos. 61 and 62, respectively].

 

_____
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

Counsel of Record _____