IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:
NATIONAL FORGE COMPANY, et al.,

                          Debtor.
----------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                       Document No. _____
                          Plaintiff,

    and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                          Intervenors,
    v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                          Defendants.
_____

## ORDER

On this _____ day of October, 2005, and upon consideration of the Defendants' motion (the "Motion") styled "Motion of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer for an Order Extending Briefing Schedule Deadline" it is hereby

ORDERED, that the Motion is granted, and all Defendants may have until November 4, 2005, to reply to the Plaintiff's opposition to the Summary Judgment Motion (as defined in the Motion) and accompanying brief [Document Nos. 61 and 62, respectively].

                                                                   SEAN J. MCLAUGHLIN
                                                                   UNITED STATES DISTRICT JUDGE

Counsel of Record _____