IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,

                      Debtor.

-------------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                      Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                      Intervenors,         Related to Document No. 66

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

                      Defendants.

_____

MOTION OF DEFENDANTS E. ROGER CLARK, MAURICE J.
CASHMAN, DANA BEYELER, AND ROBERT A. KAEMMERER
TO WITHDRAW REPLY BRIEF AND PROVIDE SUBSTITUTION

        To correct a typographical error in a quotation ("Our willingness to soften the import of Congress' chosen words even if we believe the words lead to a harsh outcome is longstanding." with "Our *un*willingness to soften the import of Congress' chosen words even if we believe the words lead to a harsh outcome is longstanding."), the Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer request that they be permitted to withdraw the Brief filed at docket number 66 and substitute it with the one attached.

2

Dated:  November 7, 2005　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Erik Sobkiewicz
　　　　　　　　　　　　　　　　　　　　　　　Douglas A. Campbell
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 23143
　　　　　　　　　　　　　　　　　　　　　　　Erik Sobkiewicz
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 56836
　　　　　　　　　　　　　　　　　　　　　　　CAMPBELL & LEVINE, LLC
　　　　　　　　　　　　　　　　　　　　　　　1700 Grant Building
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (412) 261-0310

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants E. Roger
　　　　　　　　　　　　　　　　　　　　　　　Clark, Maurice J. Cashman, Dana
　　　　　　　　　　　　　　　　　　　　　　　Beyeler and Robert A. Kaemmerer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, et al.,
            Debtor.
-----------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED          Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,                                             Document No. _____

            Plaintiff,
   and
OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

            Intervenors,
v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, et al.,

            Defendants.
_____

### Certificate of Service

     I hereby certify that on November 7, 2005, I caused a copy of the foregoing "Motion of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler, and Robert A. Kaemmerer to Withdraw Reply Brief and Provide Substitution " to be served on the following by electronic mail and first class mail, postage prepaid:

                David W. Lampl, Esquire
                John M. Steiner, Esquire
                LEECH TISHMAN FUSCALDO &
                    LAMPL, LLC
                525 William Penn Place
                Citizens Bank Building, 30th Floor
                Pittsburgh, PA  15219

2

Dated: November 7, 2005    Respectfully submitted,

/s/ Erik Sobkiewicz
Erik Sobkiewicz
PA I.D. No. 56836
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310