IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, <u>et al.</u>,

                      Debtor.
-------------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                      Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                      Intervenors,         Related to Document No. 66

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, <u>et al.</u>,

                      Defendants.
_____

<u>ORDER</u>

       On this _____ day of November, 2005, and upon consideration of the Defendants' motion (the "Motion") styled "Motion of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer to Withdraw Reply Brief and Provide Substitution" it is hereby

       ORDERED, that the Motion is granted, and the Brief of Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer in Reply to Plaintiff's and Intervenor's Brief in Opposition to the Defendants' Motion for Summary

Judgment as to Counts I through VII of the Amended Complaint filed at docket number 66 is stricken and is substituted with the Brief attached to the Motion.

 

                                                     SEAN J. MCLAUGHLIN
                                                     UNITED STATES DISTRICT JUDGE

Counsel of Record _____