IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NATIONAL FORGE COMPANY, *et al.,*

                           Debtor.

---

OFFICIAL COMMITTEE OF UNSECURED            Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                           Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                           Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, *et al.,*

                           Defendants.

---

**Joinder of Transferee Defendants (Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau) in the Substitution Brief of Director Defendants to Plaintiff's and Intervenor's Brief in Opposition to Motion for Summary Judgment**

      Transferee Defendants (Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young

and Barry Zischkau) by and through their counsel, The McDonald Group, L.L.P., respectfully submit this Joinder in the Substitution Brief (the "<u>Substitution Brief</u>") of Director Defendants to the Plaintiff's and Intervenor's Brief in Opposition to Motion for Summary Judgment and state as follows:

1. Transferee Defendants agree with the statements of fact, arguments and authorities set forth in the Substitution Brief of Director Defendants.

2. Transferee Defendants assert that the arguments and authorities set forth in the Substitution Brief apply with equal force to the Transferee Defendants and, therefore, join in the Substitution Brief of Director Defendants.

WHEREFORE, the Transferee Defendants respectfully request that the Court grant Summary Judgment in favor of all Defendants, and such other relief as the court deems proper.

    Respectfully submitted,

    THE McDONALD GROUP, L.L.P.

    By: <u>/s/ James D. McDonald, Jr.</u>
        James D. McDonald, Jr.
        PA I.D. No. 06570
        456 West Sixth Street
        P.O. Box 1757
        Erie, Pennsylvania 16507-0757
        (814) 456-5318

        Attorneys for Transferee Defendants:
        (Daniel Antos, William D. Bailey,
        Richard A. Brewster, James E. Caldwell,
        Larry Campbell, James C. Confer,
        Richard D'Alessandro, Donald Fissel,
        James B. Harris, Thomas H. Jackson,
        Ashok K. Khare, Carl J. Luppino,
        Clarence E. Mason, Harold Murphy,
        Philip R. Novosel, Charles R. Olson,
        James D. Ruhlman, Phillip R. Simons,
        Glenn E. Turk, Ronald L. Young,
        Barry Zischkau)