## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NATIONAL FORGE COMPANY, *et al.,*

                          Debtor.

--------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                          Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                          Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, *et al.,*

                          Defendants.

## **Certificate of Service**

      I, the undersigned, hereby certify that on this 14th day of November, 2005, I served or caused to be served a copy of the foregoing Joinder in the Substitution Brief of Director Defendants to Plaintiff's and Intervener's Brief in Opposition to Motion for Summary Judgment upon the following parties via electronic mailing, or first class mail, postage pre-paid:

| | |
|---|---|
| David W. Lampl, Esquire<br>John M. Steiner, Esquire<br>Andrew L. Blattenberger, Esquire<br>Leech Tishman Fuscaldo & Lampl, LLC<br>Citizens Bank Building, 30th Floor<br>525 William Penn Place<br>Pittsburgh, PA 15219 | Bradley J. Walent, Esquire<br>Joel M. Walker, Esquire<br>Duane Morris LLP<br>600 Grant Street, Suite 5010<br>Pittsburgh, PA 15219 |
| Lawrence C. Bolla, Esquire<br>Michael P. Kruszewski, Esquire<br>Arthur D. Martinucci, Esquire<br>The Quinn Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 | William T. Cullen, Esquire<br>Kirpatrick & Lockhart, LLC<br>Henry W. Oliver Building<br>553 Smithfield Street<br>Pittsburgh, PA 15222 |
| Douglas A. Campbell, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building, 310 Grant Street<br>Pittsburgh, PA 15219 | |

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By: /s/ James D. McDonald, Jr._____
James D. McDonald, Jr.
PA I.D. No. 06570
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757
(814) 456-5318

Attorneys for Transferee Defendants:
(Daniel Antos, William D. Bailey,
Richard A. Brewster, James E. Caldwell,
Larry Campbell, James C. Confer,
Richard D'Alessandro, Donald Fissel,
James B. Harris, Thomas H. Jackson,
Ashok K. Khare, Carl J. Luppino,
Clarence E. Mason, Harold Murphy,
Philip R. Novosel, Charles R. Olson,
James D. Ruhlman, Phillip R. Simons,
Glenn E. Turk, Ronald L. Young,
Barry Zischkau)