IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>NATIONAL FORGE COMPANY, et al., )<br>)<br>Debtor. )<br>OFFICIAL COMMITTEE OF UNSECURED )<br>CREDITORS OF NATIONAL FORGE )<br>COMPANY, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>OFFICIAL COMMITTEE OF RETIREES OF )<br>NATIONAL FORGE COMPANY, )<br>)<br>v. )<br>)<br>E. ROGER CLARK, et al., )<br>)<br>Defendants. ) | Civil Action No.: 1:04-cv-21 Erie |

## ORDER OF COURT

AND NOW, this ____ day of January, 2006, upon consideration of the Motion for Leave to File Surreply Brief of Plaintiff, is it hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and Plaintiff is granted leave to file the Surreply Brief attached to said Motion.

BY THE COURT:

_____J.