IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Debtor | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| And | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| | ) C.A. No. 04-21 ERIE |
| Intervenors. | ) |
| | ) |
| E. ROGER CLARK, *et al.* | ) |
| | ) |
| Defendants | ) |

CERTIFICATE OF SERVICE

I, John M. Steiner, Partner of Leech Tishman Fuscaldo & Lampl, LLC, hereby certify that a copy of the foregoing MOTION FOR LEAVE TO FILE SURREPLY BRIEF was served upon the parties listed below via First Class United States mail, postage prepaid, on the 5th day of January 2006.

PLEASE SEE THE ATTACHED SERVICE LIST

DATE: January 5, 2006         /s/ John M. Steiner

## SERVICE LIST

Douglas A. Campbell
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310

Joel M. Walker
Philip J. Uher
Bradley J. Walent
DUANE MORRIS LLP
600 Grant Building, Suite 5010
Pittsburgh, PA  15219
Telephone:  (412) 497-1000

William Cullen, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15219

James D. McDonald , Jr.
THE McDONALD GROUP, L.L.P.
456 West 6th Street
P.O. Box 1757
Erie, PA  16507
Telephone:  (814) 456-5318

Lawrence C. Bolla
QUINN, BUSECK, LEEMHUIS,
TOOHEY & KROTO
2222 West Grandview Boulevard
Erie, PA  16505
Telephone:  (814) 833-2222