IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

NATIONAL FORGE COMPANY, <u>et al.</u>,

                    Debtor.

-------------------------------------------------------------

OFFICIAL COMMITTEE OF UNSECURED         Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                    Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                    Intervenor,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, <u>et al</u>.,

                    Defendants.

_____

DEFENDANTS E. ROGER CLARK'S, MAURICE J. CASHMAN'S,
DANA BEYELER'S AND ROBERT A. KAEMMERER'S INITIAL
<u>DISCLOSURES PURSUANT TO FED.R.CIV. P. 26(a)(1)</u>

      Defendants E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer (the "Defendants"), pursuant to Fed.R.Civ.P. 26(a)(1), make the following disclosures:

      1.     The following (in addition to the Defendants themselves) may have discoverable information that the Defendants may use to support their claims and defenses:

           (a)     Defendant JPMorgan Chase & Co.

  (b) PricewaterhouseCoopers, LLP
    U.S. Steel Tower
    600 Grant Street
    Pittsburgh, PA  15219
    Telephone:  (412) 355-8600

  (c) William T. Cullen, Esquire
    Kirkpatrick & Lockhart Nicholson Graham LLP
    Henry W. Oliver Building
    535 Smithfield Street
    Pittsburgh, PA  15222
    Telephone: (412) 391-8500

  (d) Valuemetrics, Inc.
    150 East 52nd Street
    16th Floor
    New York, NY  10022
    Telephone:  (212) 980-5800

2. The documents that the Defendants may use to support their claims and defenses are those that the Defendants included in the Appendix filed in conjunction with their Motion for Summary Judgment as to Counts I through VII of the Amended Complaint.

3. The Defendants have asserted no claim for damages.

4. The Defendants may be insured under a policy of insurance issued by Gulf Insurance Group, and Gulf Insurance Group may be liable to satisfy part or all of any judgment entered against the Defendants in this action.

/ / /

/ / /

/ / /

3

Dated:  February 15, 2006				Respectfully submitted,


						/s/ Erik Sobkiewicz
						Douglas A. Campbell
						PA I.D. No. 23143
						Erik Sobkiewicz
						PA I.D. No. 56836
						CAMPBELL & LEVINE, LLC
						1700 Grant Building
						Pittsburgh, PA  15219
						Telephone:  (412) 261-0310

						Counsel for Defendants E. Roger
						Clark, Maurice J. Cashman, Dana
						Beyeler and Robert A. Kaemmerer