IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> NATIONAL FORGE COMPANY, *et, al.* <br><br> Debtor. <br><br> OFFICIAL COMMITTEE OF <br> UNSECURED CREDITORS OF <br> NATIONAL FORGE COMPANY, <br><br> Plaintiff <br><br> And <br><br> OFFICIAL COMMITTEE OF RETIREES <br> OF NATIONAL FORGE COMPANY, <br><br> Intervenors <br><br> v. <br><br> E. ROGER CLARK, *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-21 ERIE <br> ) <br> ) <br> ) <br> ) <br> ) |

## SCHEDULING MOTION CERTIFICATE

Pursuant to Local Rule 16.1.2(E), the Plaintiff attempted to confer with Defendants' counsel to seek their agreement to the requested modification. Counsel for the majority of the Defendants, Daniel Antos, William D. Bailey, Richard A. Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Allesandro, Donald Fissel, James B. Harris, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young, Barry Zischkau (the "Antos Defendants") consented to the proposed modification. Counsel for Defendants J.P. Morgan Chase & Co., Fleet Business Credit Corporation and National City Bank of Pennsylvania have

also agreed to the requested extension. Counsel for the Defendants, E. Roger Clark, Maurice J. Cashman, Dana Beyeler and Robert A. Kaemmerer, did not respond and thus their position relative to the same is unknown.

                                              Respectfully submitted,

                                              */S/ John M. Steiner*
                                              John M. Steiner, Esq.
                                              PA ID No. 79390
                                              525 William Penn Place, 30th Floor
                                              Pittsburgh, PA  15219
                                              (412) 261-1600
                                              Counsel for Plaintiff