IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et al.*, ) | |
| ) | C.A. No.: 04-21 ERIE |
| **Debtor** ) | |
| _____) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF ) | |
| NATIONAL FORGE COMPANY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| And ) | |
| ) | |
| OFFICIAL COMMITTEE OF RETIREES ) | |
| OF NATIONAL FORGE EMPLOYEES, ) | |
| ) | |
| **Intervenors,** ) | |
| ) | |
| v. ) | |
| ) | |
| E. ROGER CLARK, et. al. ) | |
| ) | |
| **Defendants** ) | |
| _____) | |

## NOTICE OF APPEAL

Notice is hereby given that the Official Committee of Unsecured Creditors of National Forge Company, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of Judgment entered on June 9, 2006, made final pursuant to Fed. R. Civ. P. 54(b) by order dated July 6, 2006.

[SIGNATURE PAGE TO FOLLOW]

Date: July 12, 2006                     Respectfully submitted,

                                                 Leech Tishman Fuscaldo & Lampl, LLC

                                                 *s/ John M. Steiner*
                                                 John M. Steiner, Esquire
                                                 PA I.D. No. 79390
                                                 David W. Lampl, Esquire
                                                 PA I.D. No. 28900
                                                 David V. Weicht, Esquire
                                                 PA I.D. No. 65191

                                                 525 William Penn Place
                                                 Citizens Bank Building, 30th Floor
                                                 Pittsburgh, Pennsylvania 15219
                                                 Phone (412) 261-1600
                                                 Facsimile (412) 227-5551

                                               Counsel for the Official Committee of
                                               Unsecured Creditors