# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            )
                                                  )
NATIONAL FORGE COMPANY, *et, al.*                 )
                                                  )
    Debtor.                   )
                                                  )
OFFICIAL COMMITTEE OF                             )
UNSECURED CREDITORS OF                            )
NATIONAL FORGE COMPANY,                           )
                                                  )
    Plaintiff                 )
                                                  )
  And                                   )
                                                  )
OFFICIAL COMMITTEE OF RETIREES                    )
OF NATIONAL FORGE COMPANY,                        )
                                                  )
    Intervenors               )
                                                  )    C.A. No.  04-21 ERIE
    v.                        )
                                                  )
E. ROGER CLARK, *et al.*                          )
                                                  )
    Defendants                )

## CERTIFICATE OF SERVICE

    I, Bret Emick, Paralegal to John M. Steiner of Leech Tishman Fuscaldo & Lampl, LLC, hereby certify that a copy of the foregoing **NOTICE OF APPEAL** was served upon the parties listed below via First Class United States mail, postage prepaid, on the 12th day of July 2006.

### PLEASE SEE THE ATTACHED SERVICE LIST

**DATE:** *July 12, 2006*                    *Bret Emick*
                                             **Bret Emick**

## SERVICE LIST

Douglas A. Campbell
CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310


Joel M. Walker
Philip J. Uher
Bradley J. Walent
DUANE MORRIS LLP
600 Grant Building, Suite 5010
Pittsburgh, PA  15219
Telephone:  (412) 497-1000


William Cullen, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222


Joseph M. Fornari, Jr.
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA   15219


James D. McDonald , Jr.
THE McDONALD GROUP, L.L.P.
456 West 6th Street
P.O. Box 1757
Erie, PA  16507
Telephone:  (814) 456-5318


Lawrence C. Bolla
QUINN, BUSECK, LEEMHUIS,
TOOHEY & KROTO
2222 West Grandview Boulevard
Erie, PA  16505
Telephone:  (814) 833-2222