## NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT  for the Western District of Pennsylvania
           (District/State)                                  (Location)

U.S. TAX COURT ( )                    CIRCUIT COURT
                                      DOCKET NO. _____
                                                 (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Official Committee of Unsecured           DISTRICT or
Creditors of National Forge Co.,          TAX COURT NO.  04-21 Erie
                      Plaintiff,          DISTRICT of
v.                                        TAX COURT
E. Roger Clark, both individually         JUDGE      Hon. Sean J. McLaughlin
and as Officer and Director of
National Forge Co., et al.                Defendants E. Roger Clark, Maurice J. Cashman
                      Defendants.         Dana Beyeler and Robert A. Kaemmerer
Notice is hereby given that _____
                                         (Named party)
appeals to the United States Court of Appeals for the Third Circuit from

( ) Judgment    (x) Order    ( ) Other (Specify) _____

entered in this action on  May 26, 2005 (Doc. No. 15)
                                (date)

DATED:

_____*signature*_____
(Counsel for Appellant - Signature)

Erik Sobkiewicz                           John M. Steiner, Esquire
                                          David W. Lampl, Esquire
(Name of Counsel - typed)                 (Counsel for Appellee)
Campbell & Levine, LLC                    Leech Tishman Fuscaldo & Lampl LLC
1700 Grant Building                       525 William Penn Place, 30th Floor
(Address)                                 (Address)

Pittsburgh, PA  15219                     Pittsburgh, PA  15219
(City, State, Zip Code)                   (City, State, Zip Code)

(412) 261-0310                            (412) 261-1600
(Telephone No. - U.S. Gov't FTS           (Telephone No. - U.S. Gov't
 or Other)                                 FTS or Other)

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for
appellees cannot be listed on
the Notice of Appeal sheet.

Continuation Page
(Notice of Appeal by Defendants)

United States Court of Appeals for the Third Circuit

Official Committee of Unsecured Creditors
of National Forge Co.,

        Plaintiff,

v.

E. Roger Clark, both individually and as
Officer and Director of National Forge
Co., et al.,

        Defendants.

  This is a cross appeal. Following entry of summary judgment in favor of the Appellees on seven of eight counts of the Appellant's Amended Complaint, the Court entered judgment under Fed. R. Civ. P. 54(b) in favor of the Appellees. The Court's Order of May 26, 2005 is now final and thus the Court of Appeals has jurisdiction to review that Order pursuant to 28 U.S.C. § 1291.

Continuation Page
(Notice of Appeal by Defendants)

Additional Counsel

| Joel M. Walker, Esquire<br>Duane Morris LLP<br>600 Grant Street, Suite 5010<br>Pittsburgh, PA  15219<br>*Counsel for Defendants J.P. Morgan Chase & Co., Fleet Business Credit Corp. and National City Bank of Pennsylvania* | James D. McDonald, Esquire<br>456 West Sixth Street<br>P.O. Box 1757<br>Erie, PA  16507-0757<br>*Counsel for Defendants Daniel Antos, William D. Bailey, Richard A. Brewster, Larry Campbell, James E. Caldwell, James C. Confer, Richard D'Allesandro, Donald Fissel, James B. Harris, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Phillip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young, Barry Zischkau* |