Order

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL FORGE COMPANY,<br><br>　　　Debtor.<br>_____<br><br>DANIEL ANTOS, ET AL.,<br><br>　　　Appellants,<br><br>v.<br><br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>NATIONAL FORGE CO.,<br><br>　　　Appellee. | Consolidated at Lead Case<br>Civil Action No. 04-21 Erie<br><br>Bankruptcy No. 02-10488-WWB |

## ORDER

AND NOW, to wit, this 26th day of May, 2005, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that the Defendants' motions for reconsideration of the Bankruptcy Court's Order of November 26, 2003, which retroactively approved the filing of Adversary Proceeding No. 03-1014 (the "Adversary Proceeding") by the Official Committee of Unsecured Creditors is DENIED.

Defendants have twenty (20) days from the date of this Order in which to file their Answers to the Committee's Complaint.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Sean J. McLaughlin_
　　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cm:　All counsel of record.

43