```
     UNITED STATES
    DISTRICT COURT
 WESTERN DISTRICT OF PENNSYLVANIA
        ERIE Division

   # 06000434  -  JD
      July 24, 2006


 Code   Case #    Qty    Amount

 APPEAL C 04-21cs e    1 @ 455.00
                         455.00 CC


 TOTAL→            455.00



 FROM: ERIK BOBKIEWICZ
       CAMPBELL AND LEVINE
       1700 GRANT BUILDING
       PITTSBURGH PA 15219
```

CA 04-21 E
appeal filing fee
receipt #06000434