```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNA
ERIE DIVISION

1010140 BIE
0000000000000000 #060000409
July 13, 2006
10:00am
Erie PA

FED               DN      $255.00
NOTICE OF APPEAL FEE
                          $255.00

TOTAL             $455.00

FROM: STEPHEN P
          xxxx-xxxx
          Erie PA
NOTICE OF APPEAL FEE
```

CA 04-21 E
appeal docket fee
receipt # 06000409