# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> ) <br> NATIONAL FORGE COMPANY, *et al.*, ) <br> ) <br> Debtor. ) <br> ) <br> OFFICIAL COMMITTEE OF ) <br> UNSECURED CREDITORS OF ) <br> NATIONAL FORGE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E. ROGER CLARK, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-21 (Erie) <br><br> Hon. Sean J. McLaughlin |

## NOTICE OF APPEAL

Defendants JPMorgan Chase & Co., Fleet Business Credit Corp. and National City Bank of Pennsylvania appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered under Fed. R. Civ. P. 54(b) on July 6, 2006 (Doc. No. 86), which encompasses the prior interlocutory order entered on May 26, 2005 (Doc. No. 15).

Dated: July 25, 2006

/s/ Joel M. Walker
Joel M. Walker
PA I.D. No.: 26515
Robert L. Byer
PA I.D. No.: 25447
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
(412) 497-1000
jmwalker@duanemorris.com