appeal filing fee
rcpt # 06-437

455.00

CA 04-21 E

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

      # 06000437 - DM
       July 26, 2006

  Code   Case #   Qty   Amount

  APPEAL D 04-21 E cv   1 @  455.00
                             455.00

  TOTAL ->              455.00


  FROM: JOEL WALKER
        600 GRANT STREET, STE 5010
        PITTSBURGH PA 15219
```