IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATIONAL FORGE COMPANY, *et, al.,* | ) | |
| | ) | |
| Debtors. | ) | Civil Action, No. 04-21 (Erie) |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) | Hon. Sean J. McLaughlin |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| E. ROGER CLARK, *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants, Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Ashok K. Khare, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young, Barry Zischkau, appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered under Fed.R.Civ.P. 54(b) on July 6, 2006 (Doc. No. 86), which encompasses the prior interlocutory order entered on May 26, 2005 (Doc. No. 15).

Respectfully submitted,
THE McDONALD GROUP, L.L.P.

By:  /s/ Daniel J. Pastore
James D. McDonald, Jr.
PA I.D. No. 06570
Daniel J. Pastore
PA I.D. No. 44619
456 West Sixth Street
P.O. Box 1757
Erie, Pennsylvania 16507-0757

               (814) 456-5318
    dpastore@tmgattys.com5318