**SCANNED**

CA 04-21 E
appeal filing fee
receipt # 06000441

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 06000441  -  JD
        July 27, 2006


    Code   Case #    Qty      Amount

    APPEAL D 04-21 ca e   1 @ 455.00
                              455.00 CC


    TOTAL→              455.00



    FROM: DANIEL PASTORE
          MACDONALD LAW FIRM
```