IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
NATIONAL FORGE COMPANY, *et al.,*

                            Debtor.
--------------------------------------------------------
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NATIONAL FORGE          Civil No. 04-21 Erie
COMPANY,

                            Plaintiff,
and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                            Intervenors,
v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, *et al.,*

                            Defendants.

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of the Defendants Daniel Antos, William D. Bailey, Richard A. Brewster, James E. Caldwell, Larry Campbell, James C. Confer, Richard D'Alessandro, Donald Fissel, James B. Harris, Thomas H. Jackson, Carl J. Luppino, Clarence E. Mason, Harold Murphy, Philip R. Novosel, Charles R. Olson, James D. Ruhlman, Phillip R. Simons, Glenn E. Turk, Ronald L. Young and Barry Zischkau, in the above-captioned action.

        Respectfully submitted,

        THE McDONALD GROUP, L.L.P.


By:  /s/ Daniel J. Pastore
       Daniel J. Pastore
       Pa. I.D. No. 44619
       456 West 6th Street
       P.O. Box 1757
       Erie, PA  16507-0757
       Phone: (814) 456-5318

       Attorney for Defendants

F:\CFD\2600\2649 (Turk)\A-06 (Appearance).doc