# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Official Committee of Unsecured Creditors of National Forge Co., et al., Plaintiff

vs.

Antos, et al., Defendant

No. CA 04-21 E

HEARING ON Telephonic Oral Argument [88, 89]

Held on Thursday 8-3-06

Before Judge Sean J. McLaughlin

John Steiner — Appear for Plaintiff

Eric Sobekiewicz
Joel Walker
Jim McDonald
Art Martinucci — Appear for Defendant

Hearing begun 9:30 - 10:00 am    Hearing adjourned to _____

Hearing concluded C.A.V. _____    Stenographer R. Bench

Clerk _____

## WITNESSES:

For Plaintiff — For Defendant

Mtn to Stay [88] DENIED

Mtn to Extend Time [89] GRANTED
Disc 11-3-06           Resp to Mtns 1-4-07
Mtn w/ Briefs 12-8-06  π PTS 12-8-06
                       Δ PTS 1-4-07