UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>NATIONAL FORGE COMPANY, *et al.,* )<br>)<br>    Debtor. )<br>)<br>_____ )<br>OFFICIAL COMMITTEE OF UNSECURED )<br>CREDITORS OF NATIONAL FORGE )<br>COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>           v. )<br>)<br>E. ROGER CLARK, both Individually and/or as )<br>an Officer and/or Director of National Forge )<br>Company and/or National Forge Company )<br>Holdings, Inc.; MAURICE J. CASHMAN, both )<br>Individually and/or as an Officer and Director of )<br>National Forge Company and/or National Forge )<br>Company Holdings, Inc. ;DANA BEYELER, )<br>both Individually and/or as an Officer of )<br>National Forge Company; ROBERT A. )<br>KAEMMERER, both Individually and/or as an )<br>Officer of National Forge Company )<br>and/or National Forge Company Holdings, Inc.; )<br>THOMAS H. JACKSON, both Individually )<br>and/or as an Officer of National Forge Company, )<br>Inc.; CHARLES R. OLSON, both Individually )<br>and/or as an Officer of National Forge Company, )<br>Inc.; DANIEL ANTOS; WILLIAM D. BAILEY; )<br>RICHARD A. BREWSTER; JAMES E. )<br>CALDWELL; LARRY CAMPBELL; JAMES )<br>C. CONFER; RICHARD D'ALESSANDRO; )<br>DONALD FISSEL; JAMES B. HARRIS; )<br>ASHOK K. KHARE; CARL J. LUPPINO; )<br>CLARENCE E. MASON; HAROLD MURPHY; )<br>PHILIP R. NONOSEL; JAMES D. RUHLMAN; )<br>PHILLIP R. SIMONS; GLENN E. TURK; )<br>RONALD L. YOUNG; BARRY ZISCHKAU; )<br>JP MORGAN CHASE & CO., as Lender and )<br>Agent on Behalf of Certain Lenders Under )<br>Various Amendments to Amended and Restated ) | <br><br><br><br><br><br><br><br>Civil Action No. 04-21 (Erie)<br><br>Hon. Sean J. McLaughlin<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>caption continued |

DM3\387217.1

|   |   |
|---|---|
| Credit Agreement dated April 6, 1998; FLEET BUSINESS CREDIT; NATIONAL CITY BANK OF PENNSYLVANIA, | ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT MOTION TO SUBSTITUTE DEFENDANTS

Now come, Plaintiff Official Committee of Unsecured Creditors of National Forge Company, Defendants listed above, Non-party JPMorgan Chase Bank, NA, and Official Committee of Retirees of National Forge Company and file this Joint Motion to Substitute Defendants as follows:

1. The parties have determined that JPMorgan Chase & Co. was inadvertently named as a defendant, and the appropriate defendant is JPMorgan Chase Bank, NA.

2. Defendant Fleet Business Credit Corporation has merged into and is now known as Bank of America, NA.

WHEREFORE, the parties respectfully request that an order in the form attached hereto be entered substituting as defendants JPMorgan Chase Bank, NA for JPMorgan Chase & Co. and Bank of America, NA for Fleet Business Credit Corporation.

Respectfully submitted,

Dated: August 15, 2006

/s/ John M. Steiner
John M. Steiner, PA I.D. No.: 79390
Leech Fishman Fuscaldo & Lampl
525 William Penn Place
30th Floor, Citizens Bank Building
Pittsburgh, PA  15219
(412) 261-1600

Counsel for the Official Committee of Unsecured Creditors

/s/ Joel M. Walker
Joel M. Walker, PA I.D. No.:  26515
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA  15219
(412) 497-1000

Counsel for JPMorgan Chase & Co.; Fleet Business Credit Corporation, n/k/a Bank of America, NA; National City Bank of Pennsylvania, and JPMorgan Chase Bank, NA

| | |
|---|---|
| /s/ Arthur Martinucci | /s/ Erik Sobkiewicz |
| Arthur Martinucci, PA I.D. No.: 63699 | Erik Sobkiewicz, PA I.D. No.: 56836 |
| Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. | Campbell & Levine |
| 2222 West Grandview Boulevard | 1700 Grant Building |
| Erie, PA 16506 | Pittsburgh, PA 15219 |
| (814) 833-2222 | (412) 261-0310 |
| | |
| Counsel for the Official Committee of Retirees of National Forge Company | Counsel for Defendants E. Roger Clark; Maurice J. Cashman; Dana Beyeler; and Robert A. Kaemmerer |

/s/) Daniel J. Pastore
Daniel J. Pastore, PA I.D. No.: 44619
The McDonald Group
456 West Sixth Street
POB 1757
Erie, PA 16507-1757
(814) 456-5318

Counsel for Defendants Daniel Antos; William D. Bailey; Richard A. Brewster; James E. Caldwell; Larry Campbell; James C. Confer; Richard D'Alessandro; Donald Fissel; James B. Harris; Thomas H. Jackson; Ashok K. Khare; Carl J. Luppino; Clarence E. Mason; Harold Murphy; Philip R. Nonosel; Charles R. Olson; James D. Ruhlman; Philip R. Simons; Glenn E. Turk; Ronald L. Young; Barry Zischkau

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on this 15th day of August, 2006, I served or caused to be served a copy of the foregoing Joint Motion to Substitute Defendants via electronic mail upon the following:

| | |
|---|---|
| John M. Steiner, Esquire<br>Leech Tishamn Fuscaldo & Lampl, LLC<br>Citizens Bank Building, 30th Floor<br>525 William Penn Place<br>Pittsburgh, PA  15219<br>jsteiner@leechtishman.com | Erik Sobkiewicz, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building<br>310 Grant Street<br>Pittsburgh, PA  15219<br>es@camlev.com |
| Arthur Martinucci, Esquire<br>Quinn, Buseck, Leemhuis, Toohey<br>& Kroto, Inc.<br>2222 West Grandview Boulevard<br>Erie, PA  16506<br>amartinucci@quinnfirm.com | Daniel J. Pastore, PA I.D. No.:  44619<br>The McDonald Group<br>456 West Sixth Street<br>POB 1757<br>Erie, PA  16507-1757<br>dpastore@tmgattys.com |

                                            /s/ Joel M. Walker
                                            Joel M. Walker