**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NATIONAL FORGE COMPANY, *et al.*, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) ) ) | Civil Action No. 04-21 (Erie) |
| | ) | Hon. Sean J. McLaughlin |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| E. ROGER CLARK, both Individually and/or as an Officer and/or Director of National Forge Company and/or National Forge Company Holdings, Inc.; MAURICE J. CASHMAN, both Individually and/or as an Officer and Director of National Forge Company and/or National Forge Company Holdings, Inc. ;DANA BEYELER, both Individually and/or as an Officer of National Forge Company; ROBERT A. KAEMMERER, both Individually and/or as an Officer of National Forge Company and/or National Forge Company Holdings, Inc.; THOMAS H. JACKSON, both Individually and/or as an Officer of National Forge Company, Inc.; CHARLES R. OLSON, both Individually and/or as an Officer of National Forge Company, Inc.; DANIEL ANTOS; WILLIAM D. BAILEY; RICHARD A. BREWSTER; JAMES E. CALDWELL; LARRY CAMPBELL; JAMES C. CONFER; RICHARD D'ALESSANDRO; DONALD FISSEL; JAMES B. HARRIS; ASHOK K. KHARE; CARL J. LUPPINO; CLARENCE E. MASON; HAROLD MURPHY; PHILIP R. NONOSEL; JAMES D. RUHLMAN; PHILLIP R. SIMONS; GLENN E. TURK; RONALD L. YOUNG; BARRY ZISCHKAU; JP MORGAN CHASE & CO, as Lender and Agent on Behalf of Certain Lenders Under Various Amendments to Amended and Restated | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | caption continued |

2

| | |
|---|---|
| Credit Agreement dated April 6, 1998; FLEET BUSINESS CREDIT; NATIONAL CITY BANK OF PENNSYLVANIA, | ) ) ) ) |
| Defendants. | ) ) ) |

**CONSENT ORDER**

The Court, having considered the Joint Motion to Substitute Defendants and for good cause shown therein;

IT IS HEREBY ORDERED that

    (1)    the Joint Motion is granted;

    (2)    JPMorgan Chase Bank, NA shall be substituted as party defendant in lieu of JPMorgan Chase & Co.;

    (3)    Bank of America, NA shall be substituted as party defendant in lieu of Fleet Business Credit Corporation; and

    (4)    the caption of this case shall be corrected to reflect these party substitutions.

SO ORDERED, this _____ day of _____, 2006

_____-
U.S. DISTRICT COURT