# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATIONAL FORGE COMPANY, *et al.,* ) | |
| ) | |
|     Debtor. ) | |
| _____ ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | Civil Action No. 04-21 (Erie) |
| CREDITORS OF NATIONAL FORGE ) | |
| COMPANY, ) | Hon. Sean J. McLaughlin |
| ) | |
|     Plaintiff, ) | |
| ) | |
|         v. ) | |
| ) | |
| E. ROGER CLARK, both Individually and/or as ) | |
| an Officer and/or Director of National Forge ) | |
| Company and/or National Forge Company ) | |
| Holdings, Inc.; MAURICE J. CASHMAN, both ) | |
| Individually and/or as an Officer and Director of ) | |
| National Forge Company and/or National Forge ) | |
| Company Holdings, Inc. ;DANA BEYELER, ) | |
| both Individually and/or as an Officer of ) | |
| National Forge Company; ROBERT A. ) | |
| KAEMMERER, both Individually and/or as an ) | |
| Officer of National Forge Company ) | |
| and/or National Forge Company Holdings, Inc.; ) | |
| THOMAS H. JACKSON, both Individually ) | |
| and/or as an Officer of National Forge Company, ) | |
| Inc.; CHARLES R. OLSON, both Individually ) | |
| and/or as an Officer of National Forge Company, ) | |
| Inc.; DANIEL ANTOS; WILLIAM D. BAILEY; ) | |
| RICHARD A. BREWSTER; JAMES E. ) | |
| CALDWELL; LARRY CAMPBELL; JAMES ) | |
| C. CONFER; RICHARD D'ALESSANDRO; ) | |
| DONALD FISSEL; JAMES B. HARRIS; ) | |
| ASHOK K. KHARE; CARL J. LUPPINO; ) | |
| CLARENCE E. MASON; HAROLD MURPHY; ) | |
| PHILIP R. NONOSEL; JAMES D. RUHLMAN; ) | |
| PHILLIP R. SIMONS; GLENN E. TURK; ) | |
| RONALD L. YOUNG; BARRY ZISCHKAU; ) | |
| JP MORGAN CHASE & CO, as Lender and ) | |
| Agent on Behalf of Certain Lenders Under ) | |
| Various Amendments to Amended and Restated ) | caption continued |

| | |
|---|---|
| Credit Agreement dated April 6, 1998; FLEET BUSINESS CREDIT; NATIONAL CITY BANK OF PENNSYLVANIA, | ) ) ) ) |
| Defendants. | ) ) ) |

## CONSENT ORDER

The Court, having considered the Joint Motion to Substitute Defendants and for good cause shown therein;

IT IS HEREBY ORDERED that

    (1)    the Joint Motion is granted;

    (2)    JPMorgan Chase Bank, NA shall be substituted as party defendant in lieu of JPMorgan Chase & Co.;

    (3)    Bank of America, NA shall be substituted as party defendant in lieu of Fleet Business Credit Corporation; and

    (4)    the caption of this case shall be corrected to reflect these party substitutions.

SO ORDERED, this _____ day of _____, 2006

                                                                            _____-
                                                                            U.S. DISTRICT COURT