IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) |
| NATIONAL FORGE COMPANY, *et, al.* | )<br>)<br>) |
| Debtor. | )<br>)<br>) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>NATIONAL FORGE COMPANY, | )<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| And | )<br>)<br>) |
| OFFICIAL COMMITTEE OF RETIREES<br>OF NATIONAL FORGE COMPANY, | )<br>)<br>)<br>) |
| Intervenors | )<br>) C.A. No. 04-21 ERIE |
| v. | )<br>) |
| E. ROGER CLARK, *et al.* | )<br>)<br>) |
| Defendants | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of the Official Committee of Unsecured Creditors of National Forge Company (the "Committee") To Dismiss Count VIII of the Complaint Pursuant to Fed.R.Civ.P. 41(a)(2) (the "Motion"), it is hereby:

ORDERED, ADJUDGED and DECREED that the Motion of the Committee is GRANTED; It is further

ORDERED, ADJUDGED and DECREED that Count VIII of the Complaint is hereby dismissed with prejudice.

BY THE COURT:

_____J.
Sean J. McLaughlin
United States District Judge

ORDERED, ADJUDGED and DECREED that Count VIII of the Complaint is hereby dismissed with prejudice.

BY THE COURT:

_____J.
Sean J. McLaughlin
United States District Judge