# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 06-3386, 06-3492, 06-3532, & 06-3543**

In re: National Forge Co.

To:  Clerk

1) Motion by Appellants in No. 06-3532, JPMorgan Chase & Co. and Fleet Business Credit Corporation to Substitute Parties and to Amend the Caption

_____
The foregoing Motion is granted.  JPMorgan Chase Bank, NA will be substituted for JPMorgan Chase & Co. Bank of America NA will be substituted for Fleet Business Credit Corporation.  The caption will be amended to read as follows:

IN RE: NATIONAL FORGE COMPANY, et al.,
                    Debtors

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NATIONAL FORGE COMPANY,
                    Appellant in No. 06-3386
   and

OFFICIAL COMMITTEE OF RETIREES OF NATIONAL
FORGE COMPANY
                    (Intervenor in D.C.)
   v.

E. ROGER CLARK, both Individually and/or as an Officer and/or Director of National Forge Company and/or National Forge Company Holdings, Inc.; MAURICE J. CASHMAN, both Individually and/or as an Officer and Director of National Forge Company and/or National Forge Company Holdings, Inc.; DANA BEYELER, both Individually and/or as an Officer of National Forge Company; ROBERT A. KAEMMERER, both Individually and/or as an Officer of National Forge Company and/or National Forge Company Holdings, Inc.; THOMAS H. JACKSON, both Individually and/or as an Officer of National Forge Company, Inc.; CHARLES R. OLSON, both Individually

and/or as an Officer of National Forge Company, Inc.;
DANIEL ANTOS; WILLIAM D. BAILEY; RICHARD A. BREWSTER;
JAMES E. CALDWELL; LARRY CAMPBELL; JAMES C. CONFER;
RICHARD D'ALESSANDRO; DONALD FISSEL; JAMES B. HARRIS;
ASHOK K. KHARE; CARL J. LUPPINO; CLARENCE E. MASON;
HAROLD MURPHY; PHILIP R. NONOSEL; JAMES D. RUHLMAN;
PHILLIP R. SIMONS;GLENN E. TURK; RONALD L. YOUNG;
BARRY ZISCHKAU; JP MORGAN CHASE BANK, NA, as a Lender and An
Agent on Behalf of Certain Lenders Under Various Amendments
to Amended and Restated Credit Agreement dated April 6, 1998;
BANK OF AMERICA, NA; NATIONAL CITY BANK OF PENNSYLVANIA

   E. Roger Clark; Maurice J. Cashman; Dana Beyeler; Robert A. Kaemmerer,
        Appellants in No. 06-3492

   JP Morgan Chase Bank, NA.; Bank of America, NA;  National City Bank
   of Pennsylvania,
        Appellants in No. 06-3532

   Daniel Antos; William D. Bailey; Richard A. Brewster;
   James E. Caldwell; Larry Campbell; James C. Confer;
   Richard D'Alessandro; Donald Fissel; James B. Harris;
   Thomas H. Jackson; Ashok K. Khare; Carl J. Luppino;
   Clarence E. Mason; Harold Murphy; Philip R. Nonosel;
   Charles R. Olson; James D. Ruhlman; Philip R. Simons;
   Glenn E. Turk; Ronald L. Young; Barry Zischkau,
        Appellants in No. 06-3543

   For the Court,

   /s/ Marcia M. Waldron
   Clerk

Dated: September 15, 2006
LML/cc: David W. Lampl, Esq.
   John M. Steiner, Esq.
   David V. Weicht, Esq.
   Robert L. Byer, Esq.
   Daniel J. Pastore, Esq.
   Erik Sobkiewicz, Esq.
   Joel M. Walker, Esq.

A True Copy:

Marcia M. Waldron, Clerk