IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>NATIONAL FORGE COMPANY, *et, al.* )<br>)<br>    Debtor. )<br>)<br>OFFICIAL COMMITTEE OF )<br>UNSECURED CREDITORS OF )<br>NATIONAL FORGE COMPANY, )<br>)<br>    Plaintiff )<br>)<br>  And )<br>)<br>OFFICIAL COMMITTEE OF RETIREES )<br>OF NATIONAL FORGE COMPANY, )<br>)<br>    Intervenors )<br>)  C.A. No. 04-21 ERIE<br>    v. )<br>)<br>E. ROGER CLARK, *et al.* )<br>)<br>    Defendants ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion to Approve Settlement and Release of Claims (the "Motion"), it is hereby:

ORDERED, ADJUDGED and DECREED that the Motion of the Official Committee of Unsecured Creditors (the "Committee") is GRANTED; It is further

ORDERE, ADJUDGED and DECREED that the Committee is authorized to execute that certain Settlement Agreement and Release attached to the Motion as Exhibit A. It is further

ORDERED, ADJUDGED and DECREED that Adversary Proceeding shall be dismissed with prejudice.

BY THE COURT:

_____ J.
Sean J. McLaughlin
United States District Judge