IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| NATIONAL FORGE COMPANY, *et, al.* | ) |
| Debtor. | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY, | ) |
| Plaintiff | ) |
| And | ) |
| OFFICIAL COMMITTEE OF RETIREES OF NATIONAL FORGE COMPANY, | ) |
| Intervenors | ) |
| v. | ) C.A. No. 04-21 ERIE |
| E. ROGER CLARK, *et al.* | ) |
| Defendants | ) |

**MOTION TO AMEND ORDER
APPROVING SETTLEMENT AND RELEASE AGREEMENT**

And now, comes THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL FORGE COMPANY (the "Committee"), and submits this Motion to Amend Order Approving Settlement and Release Agreement, stating as follows:

1. On June 5, 2007, this Court entered an Order in the above matter approving a settlement and dismissal of claims (the "Settlement Order").

2. The parties now seek to amend the Settlement Order to make it clear that the claims of the Committee and the Intervener, the Official Committee of Retirees (the "Retiree

Committee"), are being dismissed with prejudice. A copy of the amended order is attached hereto.

3. Counsel for the Retiree Committee has consented to the entry of this Order.

WHEREFORE, the Committee respectfully requests that this Honorable Court enter the amended order attached to this Motion.

                Respectfully submitted,

                LEECH TISHMAN FUSCALDO & LAMPL LLC

                */s/ John M. Steiner*
                John M. Steiner, Esq.
                PA ID No. 79390
                525 William Penn Place, 30th Floor
                Pittsburgh, PA 15219
                (412) 261-1600
                Counsel for the Committee of Unsecured Creditors of National Forge Company