IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NATIONAL FORGE COMPANY, *et al.*,

                Debtor

---

OFFICIAL COMMITTEE OF UNSECURED　　　　　　　　　Civil No. 04-21 Erie
CREDITORS OF NATIONAL FORGE
COMPANY,

                Plaintiff,

and

OFFICIAL COMMITTEE OF RETIREES
OF NATIONAL FORGE COMPANY,

                Intervenors,

v.

E. ROGER CLARK, both Individually and as
an Officer and Director of National Forge
Company, *et al.*,

                Defendants

## ORDER

      AND NOW, this _____ day of _____, 2007, upon consideration of the Motion to Approve Settlement and Release of Claims (the "Motion"), it is hereby:

      ORDERED, ADJUDGED and DECREED that the Motion of the Official Committee of Unsecured Creditors (the "Committee") is GRANTED; It is further

      ORDERED, ADJUDGED and DECREED that the Committee is authorized to execute that certain Settlement Agreement and Release attached to the Motion as Exhibit A. It is further

ORDERED, ADJUDGED and DECREED that the Adversary Proceeding, including all claims asserted by the Plaintiff, the Official Committee of Unsecured Creditors of National Forge Company, and the Intervenors, Official Committee of Retirees of National Forge Company, shall be and is hereby DISMISSED WITH PREJUDICE.

BY THE COURT

_____
Sean J. McLaughlin
United States District Judge