# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL FORGE COMPANY, *et, al.* | ) |
| | ) |
| Debtor. | ) |
| | ) |
| OFFICIAL COMMITTEE OF | ) |
| UNSECURED CREDITORS OF | ) |
| NATIONAL FORGE COMPANY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| And | ) |
| | ) |
| OFFICIAL COMMITTEE OF RETIREES | ) |
| OF NATIONAL FORGE COMPANY, | ) |
| | ) |
| Intervenors | ) |
| | )  C.A. No. 04-21 ERIE |
| v. | ) |
| | ) |
| JP MORGAN CHASE BANK, N.A.; | ) |
| BANK OF AMERICA, N.A. f/k/a FLEET | ) |
| BUSINESS CREDIT CORPORATION; and | ) |
| NATIONAL CITY BANK OF | ) |
| PENNSYLVANIA, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion to Approve Settlement and Release of Claims (the "Motion"), it is hereby:

ORDERED, ADJUDGED and DECREED that the Motion of the Official Committee of Unsecured Creditors (the "Committee") is GRANTED; it is further

2

ORDERED, ADJUDGED and DECREED that the Committee is authorized to execute that certain Settlement Agreement and Release attached to the Motion as Exhibit A. It is further ORDERED, ADJUDGED and DECREED that the Adversary Proceeding shall be dismissed with prejudice.

BY THE COURT:

_____J.
Sean J. McLaughlin
United States District Judge